IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

REVEREND DARCY ROAKE and ADRIAN VAN YOUNG, on behalf of themselves and on behalf of their minor children, A.V. and S.V., et al.,

Plaintiffs,

vs.

CADE BRUMLEY, in his official capacity as the Louisiana State Superintendent of Education, et al.,

Defendants.

CIVIL ACTION NO.
3:24-cv-00517-JWD-SDJ

## MOTION TO ADMIT JONATHAN K. YOUNGWOOD *PRO HAC VICE*

COMES NOW undersigned counsel and, upon the accompanying declaration of Jonathan K. Youngwood and certificate of good standing, moves this court for an order admitting Jonathan K. Youngwood *pro hac vice* in the above-captioned case as co-counsel.

I am confident that Mr. Youngwood will acquit himself uprightly in proceedings before this Court in the above-captioned matter.

A proposed order admitting Mr. Youngwood *pro hac vice* is attached hereto as **Exhibit C**.

Respectfully submitted,

DATED: June 24, 2024

ACLU FOUNDATION OF LOUISIANA

*/s/ Charles Andrew Perry*
Charles Andrew Perry
La. Bar No. 40906
PO Box 56157
New Orleans, LA 70156
(504) 522-0628
APerry@laaclu.org

*Counsel for Plaintiffs*