IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| REVEREND DARCY ROAKE and ADRIAN VAN YOUNG, on behalf of themselves and on behalf of their minor children, A.V. and S.V., et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>CADE BRUMLEY, in his official capacity as the Louisiana State Superintendent of Education, et al.,<br><br>Defendants. | CIVIL ACTION NO.<br>3:24-cv-00517-JWD-SDJ |

## MOTION TO ADMIT JORDAN KRIEGER *PRO HAC VICE*

COMES NOW undersigned counsel and, upon the accompanying declaration of Jordan Krieger and certificate of good standing, moves this court for an order admitting Jordan Krieger *pro hac vice* in the above-captioned case as co-counsel.

I am confident that Mr. Krieger will acquit himself uprightly in proceedings before this Court in the above-captioned matter.

A proposed order admitting Mr. Krieger *pro hac vice* is attached hereto as **Exhibit C**.

Respectfully submitted,

DATED: June 24, 2024

ACLU FOUNDATION OF LOUISIANA

*/s/ Charles Andrew Perry*
Charles Andrew Perry
La. Bar No. 40906
PO Box 56157
New Orleans, LA 70156
(504) 522-0628
APerry@laaclu.org

*Counsel for Plaintiffs*