# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| REVEREND DARCY ROAKE and ADRIAN VAN YOUNG, on behalf of themselves and on behalf of their minor children, A.V. and S.V., et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>CADE BRUMLEY, in his official capacity as the Louisiana State Superintendent of Education, et al.,<br><br>Defendants. | CIVIL ACTION NO.<br>3:24-cv-00517-JWD-SDJ |

## **DECLARATION OF JORDAN KRIEGER IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

JORDAN KRIEGER declares under penalty of perjury that the following is true and correct:

1. I am a member of Simpson Thacher & Bartlett LLP, co-counsel for Plaintiffs in the above-captioned matter. I submit this declaration in support of the motion of Charles Andrew Perry for my *pro hac vice* admission to practice in this Court in the above-captioned matter. I am associated in this matter with Mr. Perry, who is a member in good standing of this Court.

2. I have been a member in good standing of the District of Columbia bar since May 6, 2024. A Certificate of Good Standing issued by the Clerk of the District of Columbia Court of Appeals is attached hereto as **Exhibit B**.

3. No criminal or disciplinary proceedings are currently pending against me, nor have such proceedings ever been brought against me.

4. Plaintiffs in the above-captioned matter have requested my representation.

5. I have familiarized myself with the Local Rules of this Court.

6.      I DO SOLEMNLY SWEAR that I will conduct myself as an attorney and counselor of this Court, uprightly and according to law; and that I will support the Constitution of the United States.

DATED: June 24, 2024

                                         */s/ Jordan Krieger*
                                         Jordan Krieger