# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

REVEREND DARCY ROAKE and ADRIAN VAN YOUNG, on behalf of themselves and on behalf of their minor children, A.V. and S.V., et al.,

Plaintiffs,

vs.

CADE BRUMLEY, in his official capacity as the Louisiana State Superintendent of Education, et al.,

Defendants.

CIVIL ACTION NO.
3:24-cv-00517-JWD-SDJ

## DECLARATION OF JANET A. GOCHMAN IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

JANET A. GOCHMAN declares under penalty of perjury that the following is true and correct:

1. I am a member of Simpson Thacher & Bartlett LLP, co-counsel for Plaintiffs in the above-captioned matter. I submit this declaration in support of the motion of Charles Andrew Perry for my *pro hac vice* admission to practice in this Court in the above-captioned matter. I am associated in this matter with Mr. Perry who is a member in good standing of this Court.

2. I have been a member in good standing of the bar of the State of New York since August 8, 1994. A Certificate of Good Standing issued by the Clerk of the Appellate Division of the Supreme Court of the State of New York is attached hereto as **Exhibit B**.

3. No criminal or disciplinary proceedings are currently pending against me, nor have such proceedings ever been brought against me.

4. Plaintiffs in the above-captioned matter have requested my representation.

5. I have familiarized myself with the Local Rules of this Court.

6.      I DO SOLEMNLY SWEAR that I will conduct myself as an attorney and counselor of this Court, uprightly and according to law; and that I will support the Constitution of the United States.

DATED: June 24, 2024

                                          */s/ Janet A. Gochman*
                                          Janet A. Gochman