AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Louisiana

| | |
|---|---|
| REVEREND DARCY ROAKE and ADRIAN VAN YOUNG, on behalf of themselves and on behalf of their minor children, A.V. and S.V., et al., <br><br> *Plaintiff(s)* <br> v. <br> CADE BRUMLEY, in his official capacity as the Louisiana State Superintendent of Education, et al., <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 3:24-cv-517- JWD-SDJ |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Orleans Parish School Board
c/o Katherine Baudouin, President
2401 Westbend Pkwy.
Room #1050
New Orleans, LA 70114

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Charles Andrew Perry
ACLU Foundation of Louisiana
PO Box 56157
New Orleans, LA 70156

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: June 25, 2024

CLERK OF COURT

*Erika L. Williams*

*Signature of Clerk or Deputy Clerk*