# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| REVEREND DARCY ROAKE and ADRIAN VAN YOUNG, on behalf of themselves and on behalf of their minor children, A.V. and S.V., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CADE BRUMLEY, in his official capacity as the Louisiana State Superintendent of Education, et al., <br><br> Defendants. | CIVIL ACTION NO. 3:24-cv-00517-JWD-SDJ |

### DECLARATION OF PATRICK C. ELLIOTT IN SUPPORT OF MOTION FOR *PRO HAC VICE*

I, Patrick C. Elliott, declare as follows:

1. I am an attorney for the Freedom From Religion Foundation and represent the Plaintiffs in the above-captioned matter.

2. I am a member in good standing of the State Bar of Wisconsin. A certificate of good standing accompanies the motion for my admission *pro hac vice*.

3. No disciplinary proceedings or criminal charges have been instituted against me.

4. I DO SOLEMNLY AFFIRM that I will conduct myself as an attorney and counselor of this Court, uprightly and according to law; and that I will support the Constitution of the United States.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on June 25, 2024.

/s/ Patrick C. Elliott

Patrick C. Elliott
Freedom From Religion
Foundation, Inc.
PO Box 750
Madison, WI 53701
608-256-8900
pelliott@ffrf.org

*Attorney for Plaintiffs*