# Exhibit A

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| REVEREND DARCY ROAKE and ADRIAN VAN YOUNG, on behalf of themselves and on behalf of their minor children, A.V. and S.V., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CADE BRUMLEY, in his official capacity as the Louisiana State Superintendent of Education, et al., <br><br> Defendants. | CIVIL ACTION NO. 3:24-cv-00517-JWD-SDJ |

**DECLARATION OF SAMUEL T. GROVER IN SUPPORT
OF MOTION FOR *PRO HAC VICE***

I, Samuel T. Grover, declare as follows:

1.  I am an attorney for the Freedom From Religion Foundation and represent the Plaintiffs in the above-captioned matter.

2.  I am a member in good standing of the State Bar of Wisconsin. A certificate of good standing accompanies the motion for my admission *pro hac vice*.

3.  No disciplinary proceedings or criminal charges have been instituted against me.

4.  I DO SOLEMNLY AFFIRM that I will conduct myself as an attorney and counselor of this Court, uprightly and according to law; and that I will support the Constitution of the United States.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on June 25, 2024.

/s/ Samuel T. Grover

Samuel T. Grover
Freedom From Religion
Foundation, Inc.
PO Box 750
Madison, WI 53701
608-256-8900
sgrover@ffrf.org

*Attorney for Plaintiffs*