# Exhibit A

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

REVEREND DARCY ROAKE and ADRIAN VAN YOUNG, on behalf of themselves and on behalf of their minor children, A.V. and S.V., et al.,

Plaintiff,

v.

CADE BRUMLEY, in his official capacity as the Louisiana State Superintendent of Education, et al.,

Defendants.

CIVIL ACTION NO. 3:24-cv-00517-JWD-SDJ

### DECLARATION OF HEATHER L. WEAVER IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, Heather L. Weaver, declare as follows:

1. I am counsel for proposed co-counsel, the American Civil Liberties Union Foundation.

2. I am a member in good standing of the District of Columbia Bar. A certificate of good standing accompanies the motion for my admission pro hac vice.

3. No disciplinary proceedings or criminal charges have been instituted against me.

4. I DO SOLEMNLY AFFIRM that I will conduct myself as an attorney and counselor of this Court, uprightly and according to law; and that I will support the Constitution of the United States.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on June 26, 2024.

/s/ Heather L. Weaver
HEATHER L. WEAVER
American Civil Liberties Union Foundation
915 15th St. NW, Suite 600

1

Washington, DC 20005
(202) 675-2330
hweaver@aclu.org

2