# Exhibit C

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| REVEREND DARCY ROAKE and ADRIAN VAN YOUNG, on behalf of themselves and on behalf of their minor children, A.V. and S.V., et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>CADE BRUMLEY, in his official capacity as the Louisiana State Superintendent of Education, et al.,<br><br>Defendants. | CIVIL ACTION NO.<br>3:24-cv-00517-JWD-SDJ |

## ORDER FOR ADMISSION *PRO HAC VICE*

After considering Heather L. Weaver 's motion to appear *pro hac vice* (the "Motion"), and it appearing to the Court that the requirements of Local Rule 83(b)(8) have been satisfied:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the Motion be and is hereby GRANTED and that Heather L. Weaver be allowed to appear before this Court *pro hac vice* on behalf of the Plaintiffs in the above captioned action.

ORDERED THIS _____ day of _____, 2024.

_____
UNITED STATES DISTRICT JUDGE