# Exhibit A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| REVEREND DARCY ROAKE, et al., <br>     *Plaintiffs,* <br><br> v. <br><br> CADE BRUMLEY, in his official capacity as the Louisiana State Superintendent of Education, et al., <br>     *Defendants.* | Case No. 3:24-cv-00517-JWD-SDJ |

### DECLARATION OF ALEX J. LUCHENITSER IN SUPPORT OF
### MOTION FOR ADMISSION PRO HAC VICE

I, Alex J. Luchenitser, declare as follows:

1. I am one of the attorneys for plaintiffs Reverend Darcy Roake, et al.

2. I am a member in good standing of the Bar of the District of Columbia. A certificate of good standing accompanies the motion for my admission pro hac vice.

3. No disciplinary proceedings or criminal charges have been instituted against me.

4. I DO SOLEMNLY AFFIRM that I will conduct myself as an attorney and counselor of this Court, uprightly and according to law; and that I will support the Constitution of the United States.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on June 26, 2024.

1

2

    /s/ Alex J. Luchenitser
ALEX J. LUCHENITSER
*Americans United for Separation of Church and State*
*1310 L Street NW, Suite 200*
*Washington, DC 20005*
*(202) 466-7306*
*luchenitser@au.org*