IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| REVEREND DARCY ROAKE and ADRIAN VAN YOUNG, on behalf of themselves and on behalf of their minor children, A.V. and S.V., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CADE BRUMLEY, in his official capacity as the Louisiana State Superintendent of Education, et al., <br><br> Defendants. | CIVIL ACTION NO. <br> 3:24-cv-00517-JWD-SDJ |

## MOTION TO ADMIT DANIEL MACH *PRO HAC VICE*

COMES NOW undersigned counsel and, upon the accompanying declaration of Daniel Mach and certificate of good standing, moves this court for an order Daniel Mach *pro hac vice* in the above-captioned case as co-counsel.

I am confident that Mr. Mach will acquit himself uprightly in proceedings before this Court in the above-captioned matter.

A proposed order admitting Mr. Mach *pro hac vice* is attached hereto as **Exhibit C**.

Respectfully submitted,

DATED: June 27, 2024

ACLU FOUNDATION OF LOUISIANA

*/s/ Charles Andrew Perry*
Charles Andrew Perry
La. Bar No. 40906
PO Box 56157
New Orleans, LA 70156
(504) 522-0628
APerry@laaclu.org

*Counsel for Plaintiffs*