AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

## Middle District of Louisiana

REVEREND DARCY ROAKE and ADRIAN VAN YOUNG, on behalf of themselves and on behalf of their minor children, A.V. and S.V., et al.,

_____

*Plaintiff(s)*

v.

CADE BRUMLEY, in his official capacity as the Louisiana State Superintendent of Education, et al.,

_____

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. **3:24-cv-517**-JWD-SDJ

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Cade Brumley
Louisiana State Superintendent of Education
Louisiana Department of Education
1201 North Third Street
Baton Rouge, LA 70802-5243

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Charles Andrew Perry
ACLU Foundation of Louisiana
PO Box 56157
New Orleans, LA 70156

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:    June 25, 2024

*Erika L. Williams*

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  3:24-cv-00517-JWD-SDJ

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   CADE BRUMLEY, in his official capacity as the

was received by me on *(date)* 06/26/24 Louisiana State Superintendent of Education

☐ I personally served the summons on the individual at *(place)*

on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)* , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Anita Landry, General Counsel , who is

designated by law to accept service of process on behalf of *(name of organization)* CADE BRUMLEY, in his

official capacity as the Louisiana State Superintendent ofㅤㅤon *(date)* 6/26/24 @1:15 PM; or
Education
☐ I returned the summons unexecuted because ; or

☐ Other *(specify):*  Address of service is 1201 NORTH THIRD STREET, BATON ROUGE, LA 70802

My fees are $ N|A for travel and $ N|A for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 06/28/24

*Server's signature*

George Steimel, Process Server
*Printed name and title*

CourtㅤSupport Inc./Capital Process Servers
265 Post Ave, Suite 150, Westbury, New York  11590

*Server's address*

Additional information regarding attempted service, etc:

148 7065

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Louisiana

| | |
|---|---|
| REVEREND DARCY ROAKE and ADRIAN VAN YOUNG, on behalf of themselves and on behalf of their minor children, A.V. and S.V., et al., | ) ) ) ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | )    Civil Action No.  3:24-cv-517-JWD-SDJ |
| CADE BRUMLEY, in his official capacity as the Louisiana State Superintendent of Education, et al., | ) ) ) |
| _____ | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Judy Armstrong, in her official capacity as a member of
Louisiana State Board of Elementary and Secondary Education
1201 North Third Street
Baton Rouge, LA 70802-5243

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Charles Andrew Perry
ACLU Foundation of Louisiana
PO Box 56157
New Orleans, LA 70156

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:  June 25, 2024

*Erika L. Williams*
_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:24-cv-00517-JWD-SDJ

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   JUDY ARMSTRONG, in her official capacity as a member of LSBESE

was received by me on *(date)*          06/26/24

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   Anita Landry, General Counsel   , who is

designated by law to accept service of process on behalf of *(name of organization)*   JUDY ARMSTRONG, in her

official capacity as a member of the LSBESE          on *(date)*   6/26/24 @1:15 PM   ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*   Address of service is 1201 NORTH THIRD STREET, BATON ROUGE, LA 70802


My fees are $     N|A     for travel and $     N|A     for services, for a total of $     0.00

I declare under penalty of perjury that this information is true.

Date:     06/28/24

_____
*Server's signature*

George Steimel, Process Server
*Printed name and title*

Court Support Inc./Capital Process Servers
265 Post Ave, Suite 150, Westbury, New York 11590

_____
*Server's address*

Additional information regarding attempted service, etc:

1487067

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Louisiana

| | |
|---|---|
| REVEREND DARCY ROAKE and ADRIAN VAN YOUNG, on behalf of themselves and on behalf of their minor children, A.V. and S.V., et al., | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No.  3:24-cv-517-JWD-SDJ |
| CADE BRUMLEY, in his official capacity as the Louisiana State Superintendent of Education, et al., | ) ) ) |
| *Defendant(s)* | ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Preston Castille, in his official capacity as a member of
Louisiana State Board of Elementary and Secondary Education
1201 North Third Street
Baton Rouge, LA 70802-5243

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Charles Andrew Perry
ACLU Foundation of Louisiana
PO Box 56157
New Orleans, LA 70156

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: _    June 25, 2024

*Erika L. Williams*
_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:24-cv-00517-JWD-SDJ

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    PRESTON CASTILLE, in his official capacity as a

was received by me on *(date)*    06/26/24    Member of the LSBESE

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*    Anita Landry, General Counsel    , who is

designated by law to accept service of process on behalf of *(name of organization)*    PRESTON CASTILLE,

in his official capacity as a member of the LSBESE    on *(date)*    6/26/24 @1:15 PM    ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*   Address of service is 1201 NORTH THIRD STREET, BATON ROUGE, LA 70802

My fees are $    N/A    for travel and $    N/A    for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:    06/28/24

_____
*Server's signature*

George Steimel, Process Server
*Printed name and title*

Court Support Inc./Capital Process Servers
265 Post Ave, Suite 150, Westbury, New York  11590

*Server's address*

Additional information regarding attempted service, etc:

1487070

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Louisiana

REVEREND DARCY ROAKE and ADRIAN VAN
YOUNG, on behalf of themselves and on behalf of
their minor children, A.V. and S.V., et al.,

_____
*Plaintiff(s)*

v.

CADE BRUMLEY, in his official capacity as the
Louisiana State Superintendent of Education, et al.,

_____
*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.  3:24-cv-517-JWD-SDJ

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Sharon Latten-Clark, in her official capacity as a member of
Louisiana State Board of Elementary and Secondary Education
1201 North Third Street
Baton Rouge, LA 70802-5243

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:    Charles Andrew Perry
ACLU Foundation of Louisiana
PO Box 56157
New Orleans, LA 70156

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:   June 25, 2024

*Erika L. Williams*
_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  3:24-cv-00517-JWD-SDJ

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   SHARON LATTEN-CLARK, in her official capacity as
was received by me on *(date)*        06/26/24        a member of the LSBESE

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   Anita Landry, General Counsel           , who is
designated by law to accept service of process on behalf of *(name of organization)*   SHARON LATTEN-CLARK,
in her official capacity as a member of the LSBESE        on *(date)*   6/26/24 @1:15 PM   ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*  Address of service is 1201 NORTH THIRD STREET, BATON ROUGE, LA 70802


My fees are $        N/A        for travel and $        N/A        for services, for a total of $        0.00

I declare under penalty of perjury that this information is true.

Date:        06/28/24

_____
*Server's signature*

George Steimel, Process Server
*Printed name and title*

Court Support Inc./Capital Process Servers
265 Post Ave, Suite 150, Westbury, New York  11590

_____
*Server's address*

Additional information regarding attempted service, etc:

1487072

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Louisiana

REVEREND DARCY ROAKE and ADRIAN VAN
YOUNG, on behalf of themselves and on behalf of
their minor children, A.V. and S.V., et al.,

_____

*Plaintiff(s)*

v.

CADE BRUMLEY, in his official capacity as the
Louisiana State Superintendent of Education, et al.,

_____

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.  3:24-cv-517-JWD-SDJ

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Paul Hollis, in his official capacity as a member of
Louisiana State Board of Elementary and Secondary Education
1201 North Third Street
Baton Rouge, LA 70802-5243

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:

Charles Andrew Perry
ACLU Foundation of Louisiana
PO Box 56157
New Orleans, LA 70156

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: __    June 25, 2024

*Erika L. Williams*
_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  3:24-cv-00517-JWD-SDJ

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  PAUL HOLLIS, in his official capacity as a member
was received by me on *(date)*  06/26/24    of the LSBESE

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  Anita Landry, General Counsel              , who is
designated by law to accept service of process on behalf of *(name of organization)*  PAUL HOLLIS,
in his official capacity as a member of the LSBESE         on *(date)*  6/26/24 @1:15 PM  ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*  Address of service is 1201 NORTH THIRD STREET, BATON ROUGE, LA 70802


My fees are $    N/A    for travel and $    N/A    for services, for a total of $    0.00

I declare under penalty of perjury that this information is true.

Date:    06/28/24                                      _____
                                                              *Server's signature*

                                             George Steimel, Process Server
                                                    *Printed name and title*

                                      Court Support Inc./Capital Process Servers
                                      265 Post Ave, Suite 150, Westbury, New York  11590
                                      _____
                                                    *Server's address*

Additional information regarding attempted service, etc:

148-7074

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Louisiana

REVEREND DARCY ROAKE and ADRIAN VAN
YOUNG, on behalf of themselves and on behalf of
their minor children, A.V. and S.V., et al.,

_____
*Plaintiff(s)*

v.

CADE BRUMLEY, in his official capacity as the
Louisiana State Superintendent of Education, et al.,

_____
*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.  3:24-cv-517-JWD-SDJ

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Stacey Melerine, in her official capacity as a member of
Louisiana State Board of Elementary and Secondary Education
1201 North Third Street
Baton Rouge, LA 70802-5243

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:    Charles Andrew Perry
ACLU Foundation of Louisiana
PO Box 56157
New Orleans, LA 70156

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:    June 25, 2024

*Erika L. Williams*
_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:24-cv-00517-JWD-SDJ

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* STACEY MELERINE, in her official capacity as a
was received by me on *(date)* _____06/26/24_____ member of the LSBESE

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Anita Landry, General Counsel _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* STACEY MELERINE,
in her official capacity as a member of the LSBESE on *(date)* 6/26/24 @1:15 PM ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* Address of service is 1201 NORTH THIRD STREET, BATON ROUGE, LA 70802

My fees are $ ___N/A___ for travel and $ ___N/A___ for services, for a total of $ ____0.00____

I declare under penalty of perjury that this information is true.

Date: ____06/28/24____

_____
*Server's signature*

George Steimel, Process Server
*Printed name and title*

_____
Court Support Inc./Capital Process Servers
265 Post Ave, Suite 150, Westbury, New York 11590

_____
*Server's address*

Additional information regarding attempted service, etc:

1487077

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Louisiana

REVEREND DARCY ROAKE and ADRIAN VAN
YOUNG, on behalf of themselves and on behalf of
their minor children, A.V. and S.V., et al.,

_____
*Plaintiff(s)*

v.

CADE BRUMLEY, in his official capacity as the
Louisiana State Superintendent of Education, et al.,

_____
*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.  3:24-cv-517-JWD-SDJ

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    East Baton Rouge Parish School Board
c/o Carla Powell, President
1050 S. Foster Drive
Baton Rouge, LA 70806

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:    Charles Andrew Perry
ACLU Foundation of Louisiana
PO Box 56157
New Orleans, LA 70156

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.



CLERK OF COURT

Date: June 25, 2024

*Erika L. Williams*
_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  3:24-cv-00517-JWD-SDJ

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    EAST BATON ROUGE PARISH SCHOOL BOARD C/O

was received by me on *(date)*    06/26/24    Carla Powell, President

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*    APRIL ARMOND, BOARD SECRETARY    , who is

designated by law to accept service of process on behalf of *(name of organization)*    EAST BATON ROUGE

PARISH SCHOOL BOARD C/O CARLA POWELL,    on *(date)*   6/26/24 @12:42 PM   ; or
President

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*  Address of service is 1050 S. FOSTER DRIVE, BATON ROUGE, LA 70806

My fees are $    N/A    for travel and $    N/A    for services, for a total of $    0.00

I declare under penalty of perjury that this information is true.

Date:    06/28/24

_____
*Server's signature*

George Steimel, Process Server
*Printed name and title*

Court Support Inc./Capital Process Servers
265 Post Ave, Suite 150, Westbury, New York  11590

_____
*Server's address*

Additional information regarding attempted service, etc:

148 7079

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Louisiana

REVEREND DARCY ROAKE and ADRIAN VAN
YOUNG, on behalf of themselves and on behalf of
their minor children, A.V. and S.V., et al.,

_____

*Plaintiff(s)*

v.

CADE BRUMLEY, in his official capacity as the
Louisiana State Superintendent of Education, et al.,

_____

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.  3:24-cv-517-JWD-SDJ

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Vernon Parish School Board
c/o Shad Stewart, President
201 Belview Road
Leesville, LA 71446

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:        Charles Andrew Perry
ACLU Foundation of Louisiana
PO Box 56157
New Orleans, LA 70156

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:    June 25, 2024

*Erika L. Williams*
_____
*Signature of Clerk or Deputy Clerk*

**RETURN**

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Vernon Parish School Board c/o Shad Steward President

was received by me on *(date)* 6-27-2024 .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Tim Ward , who is

designated by law to accept service of process on behalf of *(name of organization)* Vernon Parish School Board

on *(date)* 6-27-2024 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 6-27-2024

James Hodge
*Server's signature*

James Hodge    Dep. VPSO
*Printed name and title*

203 5 3rd St Leesville La.
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Louisiana

REVEREND DARCY ROAKE and ADRIAN VAN
YOUNG, on behalf of themselves and on behalf of
their minor children, A.V. and S.V., et al.,

_____
*Plaintiff(s)*

v.

CADE BRUMLEY, in his official capacity as the
Louisiana State Superintendent of Education, et al.,

_____
*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.  3:24-cv-517 -JWD-SDJ

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Conrad Appel, in his official capacity as a member of
Louisiana State Board of Elementary and Secondary Education
1201 North Third Street
Baton Rouge, LA 70802-5243

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:

Charles Andrew Perry
ACLU Foundation of Louisiana
PO Box 56157
New Orleans, LA 70156

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.



CLERK OF COURT

Date:  June 25, 2024

*Erika L. Williams*
_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  3:24-cv-00517-JWD-SDJ

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   CONRAD APPEL, in his official capacity as a member of the Louisiana State Board of Elementary and Secondary Education ("LSBESE")
was received by me on *(date)*        06/26/24

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   Anita Landry, General Counsel            , who is
designated by law to accept service of process on behalf of *(name of organization)*   CONRAD APPEL, in his
official capacity as the Louisiana State Board of        on *(date)*   6/26/24 @1:15 PM   ; or
Elementary and Secondary Education ("LSBESE")
☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*  Address of service is 1201 NORTH THIRD STREET, BATON ROUGE, LA 70802

My fees are $    N|A    for travel and $    N|A    for services, for a total of $     0.00

I declare under penalty of perjury that this information is true.

Date:    06/28/24

_Server's signature_

George Steimel, Process Server
*Printed name and title*

Court Support Inc./Capital Process Servers
265 Post Ave, Suite 150, Westbury, New York  11590

*Server's address*

Additional information regarding attempted service, etc:

1487066

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Louisiana

REVEREND DARCY ROAKE and ADRIAN VAN
YOUNG, on behalf of themselves and on behalf of
their minor children, A.V. and S.V., et al.,

*Plaintiff(s)*

v.

CADE BRUMLEY, in his official capacity as the
Louisiana State Superintendent of Education, et al.,

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.  3:24-cv-517-JWD-SDJ

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Kevin Berken, in his official capacity as a member of
Louisiana State Board of Elementary and Secondary Education
1201 North Third Street
Baton Rouge, LA 70802-5243

        A lawsuit has been filed against you.

        Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:

        Charles Andrew Perry
        ACLU Foundation of Louisiana
        PO Box 56157
        New Orleans, LA 70156

        If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:  June 25, 2024

*Erika L. Williams*
_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:24-cv-00517-JWD-SDJ

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  KEVIN BERKEN, in his official capacity as a member of the LSBESE

was received by me on *(date)*  06/26/24

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  Anita Landry, General Counsel , who is

designated by law to accept service of process on behalf of *(name of organization)*  KEVIN BERKEN

in his official capacity as a member of the LSBESE  on *(date)*  6/26/24 @1:15 PM ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:  Address of service is 1201 NORTH THIRD STREET, BATON ROUGE, LA 70802

My fees are $  N/A  for travel and $  N/A  for services, for a total of $  0.00

I declare under penalty of perjury that this information is true.

Date:  06/28/24

*Server's signature*

George Steimel, Process Server
*Printed name and title*

Court Support Inc./Capital Process Servers
265 Post Ave, Suite 150, Westbury, New York  11590

*Server's address*

Additional information regarding attempted service, etc:

1487068

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Louisiana

REVEREND DARCY ROAKE and ADRIAN VAN
YOUNG, on behalf of themselves and on behalf of
their minor children, A.V. and S.V., et al.,

_Plaintiff(s)_

v.

CADE BRUMLEY, in his official capacity as the
Louisiana State Superintendent of Education, et al.,

_Defendant(s)_

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.   3:24-cv-517-JWD-SDJ

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_    Simone Champagne, in her official capacity as a member of
Louisiana State Board of Elementary and Secondary Education
1201 North Third Street
Baton Rouge, LA 70802-5243

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:    Charles Andrew Perry
ACLU Foundation of Louisiana
PO Box 56157
New Orleans, LA 70156

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.



_CLERK OF COURT_

Date:   June 25, 2024

_Erika L. Williams_

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  3:24-cv-00517-JWD-SDJ

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  SIMONE CHAMPAGNE, in her official capacity as a

was received by me on *(date)*            06/26/24            member of the LSBESE

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   Anita Landry, General Counsel             , who is

designated by law to accept service of process on behalf of *(name of organization)*   SIMONE CHAMPAGNE in her

official capacity as a member of the LSBESE             on *(date)*   6/26/24 @1:15 PM   ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*  Address of service is 1201 NORTH THIRD STREET, BATON ROUGE, LA 70802


My fees are $   N/A   for travel and $   N/A   for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:       06/28/24                    _____
                                                  *Server's signature*

                                        George Steimel, Process Server
                                                *Printed name and title*

                                        Court Support Inc./Capital Process Servers
                                        265 Post Ave, Suite 150, Westbury, New York  11590

                                                *Server's address*

Additional information regarding attempted service, etc:

1487071

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Louisiana

| | |
|---|---|
| REVEREND DARCY ROAKE and ADRIAN VAN YOUNG, on behalf of themselves and on behalf of their minor children, A.V. and S.V., et al., <br><br> *Plaintiff(s)* <br><br> v. <br><br> CADE BRUMLEY, in his official capacity as the Louisiana State Superintendent of Education, et al., <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No.  3:24-cv-517-JWD-SDJ

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Lance Harris, in his official capacity as a member of
Louisiana State Board of Elementary and Secondary Education
1201 North Third Street
Baton Rouge, LA 70802-5243

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Charles Andrew Perry
ACLU Foundation of Louisiana
PO Box 56157
New Orleans, LA 70156

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:  June 25, 2024

*Erika L. Williams*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  3:24-cv-00517-JWD-SDJ

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  LANCE HARRIS, in his official capacity as a member

was received by me on *(date)*  ___06/26/24___  of the LSBESE

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  Anita Landry, General Counsel ____, who is

designated by law to accept service of process on behalf of *(name of organization)*  LANCE HARRIS,

in his official capacity as a member of the LSBESE ___ on *(date)*  6/26/24 @1:15 PM  ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*  Address of service is 1201 NORTH THIRD STREET, BATON ROUGE, LA 70802


My fees are $ ___N/A___ for travel and $ ___N/A___ for services, for a total of $ ___0.00___

I declare under penalty of perjury that this information is true.

Date: ___06/28/24___

_____
*Server's signature*

George Steimel, Process Server
*Printed name and title*

Court Support Inc./Capital Process Servers
265 Post Ave, Suite 150, Westbury, New York  11590

_____
*Server's address*

Additional information regarding attempted service, etc:

1487073

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Louisiana

REVEREND DARCY ROAKE and ADRIAN VAN
YOUNG, on behalf of themselves and on behalf of
their minor children, A.V. and S.V., et al.,

_Plaintiff(s)_

v.

CADE BRUMLEY, in his official capacity as the
Louisiana State Superintendent of Education, et al.,

_Defendant(s)_

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.  3:24-cv-517-JWD-SDJ

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Sandy Holloway, in her official capacity as a member of
Louisiana State Board of Elementary and Secondary Education
1201 North Third Street
Baton Rouge, LA 70802-5243

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:

Charles Andrew Perry
ACLU Foundation of Louisiana
PO Box 56157
New Orleans, LA 70156

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.



_CLERK OF COURT_

Date:  June 25, 2024

_Erika L. Williams_

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:24-cv-00517-JWD-SDJ

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  SANDY HOLLOWAY, in her official capacity as a
was received by me on *(date)*  ___06/26/24___  member of the LSBESE

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  Anita Landry, General Counsel _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*  SANDY HOLLOWAY,
in her official capacity as a member of the LSBESE _____ on *(date)* ___6/26/24 @1:15 PM___ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*  Address of service is 1201 NORTH THIRD STREET, BATON ROUGE, LA 70802

My fees are $ ___N/A___ for travel and $ ___N/A___ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: ___06/28/24___

_____
*Server's signature*

George Steimel, Process Server
*Printed name and title*

Court Support Inc./Capital Process Servers
265 Post Ave, Suite 150, Westbury, New York  11590

_____
*Server's address*

Additional information regarding attempted service, etc:

1487076

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Louisiana

REVEREND DARCY ROAKE and ADRIAN VAN
YOUNG, on behalf of themselves and on behalf of
their minor children, A.V. and S.V., et al.,

_____
*Plaintiff(s)*

v.

CADE BRUMLEY, in his official capacity as the
Louisiana State Superintendent of Education, et al.,

_____
*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.  3:24-cv-517-JWD-SDJ

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Ronnie Morris, in his official capacity as a member of
Louisiana State Board of Elementary and Secondary Education
1201 North Third Street
Baton Rouge, LA 70802-5243

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:

Charles Andrew Perry
ACLU Foundation of Louisiana
PO Box 56157
New Orleans, LA 70156

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:  June 25, 2024

*Erika L. Williams*
_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  3:24-cv-00517-JWD-SDJ

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  RONNIE MORRIS, in his official capacity as a member
was received by me on *(date)*            06/26/24            . of the LSBESE

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  Anita Landry, General Counsel            , who is

designated by law to accept service of process on behalf of *(name of organization)*  RONNIE MORRIS,

in his official capacity as a member of the LSBESE            on *(date)*  6/26/24 @1:15 PM  ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*  Address of service is 1201 NORTH THIRD STREET, BATON ROUGE, LA 70802

My fees are $    N/A    for travel and $    N/A    for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:    06/28/24

_____
*Server's signature*

George Steimel, Process Server
*Printed name and title*

Court Support Inc./Capital Process Servers
265 Post Ave, Suite 150, Westbury, New York  11590

_____
*Server's address*

Additional information regarding attempted service, etc:

1487078

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Louisiana

REVEREND DARCY ROAKE and ADRIAN VAN
YOUNG, on behalf of themselves and on behalf of
their minor children, A.V. and S.V., et al.,

_____
*Plaintiff(s)*

v.

CADE BRUMLEY, in his official capacity as the
Louisiana State Superintendent of Education, et al.,

_____
*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.   3:24-cv-517-JWD-SDJ

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Livingston Parish School Board
c/o Stephen Link, President
13909 Florida Blvd.
Livingston, LA 70754

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:        Charles Andrew Perry
ACLU Foundation of Louisiana
PO Box 56157
New Orleans, LA 70156

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:  June 25, 2024

*Erika L. Williams*
_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:24-cv-00517-JWD-SDJ

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  LIVINGSTON PARISH SCHOOL BOARD C/O STEPHEN Link,

was received by me on *(date)* _____06/26/24_____ . President

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  Bruce Choffin, Assistant Superintendent  , who is

designated by law to accept service of process on behalf of *(name of organization)*  LIVINGSTON PARISH

SCHOOL BOARD C/O  C/O STEPHEN LINK, PRESIDENT  on *(date)*  6/26/24 @ 1:13 PM  ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*  Address of service is  13909 FLORIDA BLVD., LIVINGSTON, LA 70754

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date: _____06/28/24_____

*Herbt Battistal, P.S.*
*Server's signature*

Herbert Battistella, Process Server
*Printed name and title*

Court Support Inc./Capital Process Servers
265 Post Ave, Suite 150, Westbury, New York  11590

*Server's address*

Additional information regarding attempted service, etc:

1487081

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Louisiana

REVEREND DARCY ROAKE and ADRIAN VAN
YOUNG, on behalf of themselves and on behalf of
their minor children, A.V. and S.V., et al.,

_____
*Plaintiff(s)*

v.

CADE BRUMLEY, in his official capacity as the
Louisiana State Superintendent of Education, et al.,

_____
*Defendant(s)*

) ) ) ) ) ) ) ) ) ) ) )

Civil Action No.  3:24-cv-517-JWD-SDJ

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    St. Tammany Parish School Board
c/o James Braud, President
321 N. Theard Street
Covington, LA 70433

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Charles Andrew Perry
ACLU Foundation of Louisiana
PO Box 56157
New Orleans, LA 70156

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:    June 25, 2024

*Erika L. Williams*

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  3:24-cv-00517-JWD-SDJ

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   ST. TAMMANY PARISH SCHOOL BOARD C/O JAMES

was received by me on *(date)*  _____06/26/24_____  . Braud, President

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   Jane Labraud, Receptionist _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*   ST. TAMMANY PARISH

SCHOOL BOARD C/O JAMES BRAUD, PRESIDENT   on *(date)*   6/26/24 @ 1:46 PM  ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*   Address of service is   321 N. THEARD STREET, COVINGTON, LA 70433


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date:  _____06/28/24_____

*Jeanne Murry*
_____
*Server's signature*

Jeanne Murry, Process Server
_____
*Printed name and title*

Court Support Inc./Capital Process Servers
265 Post Ave, Suite 150, Westbury, New York  11590
_____
*Server's address*

Additional information regarding attempted service, etc:

1487084

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Louisiana

| | |
|---|---|
| REVEREND DARCY ROAKE and ADRIAN VAN YOUNG, on behalf of themselves and on behalf of their minor children, A.V. and S.V., et al., | ) ) ) ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | )     Civil Action No.  3:24-cv-517- JWD-SDJ |
| CADE BRUMLEY, in his official capacity as the Louisiana State Superintendent of Education, et al., | ) ) ) |
| _____ | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*     Orleans Parish School Board
c/o Katherine Baudouin, President
2401 Westbend Pkwy.
Room #1050
New Orleans, LA 70114

       A lawsuit has been filed against you.

       Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                   Charles Andrew Perry
ACLU Foundation of Louisiana
PO Box 56157
New Orleans, LA 70156

       If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



                                       *CLERK OF COURT*

Date:    June 25, 2024                             *Erika L. Williams*
                                                  *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:24-cv-00517-JWD-SDJ

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*     ORLEANS PARISH SCHOOL BOARD C/O KATHERINE

was received by me on *(date)*        06/26/24        . Baudouin, President

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

*(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*    Felicia Renee Brown, Director of Board Operations    , who is

designated by law to accept service of process on behalf of *(name of organization)*    ORLEANS PARISH SCHOOL

BOARD C/O KATHERINE BAUDOUIN, PRESIDENT    on *(date)*    6/26/24 @ 1:55 PM    ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:  Address of service is  2401 Westbend Pkwy, Room #1050, New Orleans, LA 70114


My fees are $ _____ for travel and $ _____ for services, for a total of $        0.00        .

I declare under penalty of perjury that this information is true.

Date:        06/28/24        

*Server's signature*

James Whitlow, Process Server
*Printed name and title*

Court Support Inc./Capital Process Servers
265 Post Ave, Suite 150, Westbury, New York  11590

*Server's address*

Additional information regarding attempted service, etc:

1487082