UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

REVEREND DARCY ROAKE and ADRIAN VAN YOUNG, on behalf of themselves and on behalf of their minor children, A.V. and S.V., et al.,

Plaintiffs,

v.

CADE BRUMLEY, in his official capacity as the Louisiana State Superintendent of Education, et al.,

Defendants.

CIVIL ACTION NO.
3:24-cv-00517-JWD-SDJ

## DECLARATION OF JENNIFER HARDING IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

I, Jennifer Harding, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a plaintiff in the above-captioned case, on behalf of myself and my child, A.O. I live in East Baton Rouge Parish with my spouse and plaintiff, Benjamin Owens. A.O. is enrolled in a public high school in the East Baton Rouge Parish School System.

2. I am nonreligious, and my child, A.O., is an atheist. I am raising A.O. in a nonreligious household and tradition and seek to provide A.O. space and autonomy to develop A.O.'s own beliefs and views about religion.

3. I object to H.B. 71 because the displays it mandates will promote, and forcibly subject my child to, religious scripture to which we do not subscribe. The displays impinge on my role as a parent in directing my child's non-religious upbringing.

4. My family does not subscribe to the religious dictates of the Ten Commandments generally or the specific version that H.B. 71 mandates.

1

5.      I believe that H.B. 71 and the required Ten Commandments displays directly interfere with and substantially burden and undermine my ability to raise A.O. in a nonreligious tradition by subjecting A.O. to displays of religious doctrine in every classroom. Specifically, I believe that H.B. 71's Ten Commandments displays will impose on A.O. one set of religious values and beliefs over our family's values, which are not based in religion. I do not want the government to push religious morality on A.O.

6.      I believe that the Ten Commandments displays required under H.B. 71 will create a structure for teachers and school administrators to inject other religious beliefs into the classroom. A.O. and I also believe that the displays will signal that some are in the "in group" and some are in the "out group" in A.O.'s classes, leading to peer-to-peer harassment of A.O., who has been open about being an atheist.

7.      My family believes that the religious displays mandated by H.B. 71 will increase the pressure on A.O. to suppress expression of A.O.'s own nonreligious background and atheist views at school as well as pressure A.O. to observe, venerate, and adopt the state's preferred religious doctrine.

8.      For the 2024-25 school year, A.O. will begin school on August 8, 2024.

I declare under penalty of perjury that the foregoing is true and correct.

*[signature]*

Jennifer Harding
Executed on this 1st day of July, 2024.