UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| REVEREND DARCY ROAKE and ADRIAN VAN YOUNG, on behalf of themselves and on behalf of their minor children, A.V. and S.V., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CADE BRUMLEY, in his official capacity as the Louisiana State Superintendent of Education, et al.,<br><br>Defendants. | CIVIL ACTION NO.<br>3:24-cv-00517-JWD-SDJ |

## MOTION FOR EXPEDITED BRIEFING AND CONSIDERATION OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Plaintiffs move this Court to expedite briefing and consideration of Plaintiffs' Motion for Preliminary Injunction (ECF No. 20). On June 19, 2024, Governor Jeff Landry signed into law House Bill No. 71, Act No. 676 ("H.B. 71" or the "Act"), which requires every elementary, secondary, and postsecondary public school in the state to permanently display a state-prescribed version of the Ten Commandments in every classroom. H.B. 71 took effect upon Governor Landry's signature. Under the Act, the mandatory displays may be installed immediately and must be installed no later than January 1, 2025. The plaintiffs in this case are parents of children who attend Louisiana public schools, as well as the minor children themselves (on whose behalf the parents sue). All the minor-child Plaintiffs will begin their 2024-25 academic year in August, with some commencing school attendance as soon as August 8, 2024.[1]

---

[1] *See, e.g.*, Owens Decl. (ECF No. 20-8) ¶ 8; Harding Decl. (ECF No. 20-7) ¶ 8; McCrory Decl. (ECF No. 20-11) ¶ 8; David Hawley Decl. (ECF No. 20-10) ¶ 2; Erin Hawley Decl. (ECF No. 20-9) ¶ 2; Rev. Williams Decl. (ECF No. 20-2) ¶ 2; Rev. Broadhurst Decl. (ECF No. 20-4) ¶ 2.

1

As set forth in Plaintiffs' Motion for Preliminary Injunction and accompanying memorandum (ECF No. 20), H.B. 71's mandatory classroom displays of a state-prescribed version of the Ten Commandments will cause irreparable harm to Plaintiffs, including the minor-child Plaintiffs, who will be directly subjected to these displays in every classroom. A prompt decision on Plaintiffs' Motion for Preliminary Injunction is necessary to avoid this harm.

Accordingly, pursuant to 28 U.S.C. § 1657(a), Local Civil Rule 78, Federal Rule of Civil Procedure 6(c)(l)(C), and this Court's inherent power to manage its docket, Plaintiffs respectfully move for expedited consideration of their Motion for Preliminary Injunction. Plaintiffs respectfully request an expedited briefing schedule under which Defendants file any response to Plaintiffs' Motion for Preliminary Injunction by **July 19, 2024**, and Plaintiffs are granted leave to file a reply brief and file it by **July 26, 2024**. Plaintiffs respectfully request a hearing on Plaintiffs' Motion for Preliminary Injunction during the week of **July 29, 2024**. This proposed schedule is designed to provide clarity to Defendants and Louisiana public-school governing authorities before students begin school on August 8.

Date: July 8, 2024

Respectfully submitted,

By: */s/ Charles Andrew Perry*
Charles Andrew Perry
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF LOUISIANA
Charles Andrew Perry
La. Bar No. 40906
PO Box 56157
New Orleans, LA 70156
(504) 522-0628
aperry@laaclu.org

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
Daniel Mach*
Heather L. Weaver*
915 15th Street, NW, Suite 600
Washington, DC 20005
(202) 675-2330
dmach@aclu.org
hweaver@aclu.org

AMERICANS UNITED
FOR SEPARATION OF
CHURCH & STATE
Alex J. Luchenitser*
1310 L Street NW, Suite 200
Washington, DC 20005
(202) 466-7306
luchenitser@au.org

FREEDOM FROM RELIGION
FOUNDATION
Patrick C. Elliott*
Samuel T. Grover*
PO Box 750
Madison, WI 53701
(608) 256-8900
Patrick@ffrf.org
sgrover@ffrf.org

SIMPSON THACHER & BARTLETT LLP
Jonathan K. Youngwood*
Janet A. Gochman*
Nicholas J. Prendergast*
Jordan T. Krieger*
425 Lexington Avenue
New York, NY 10017
(212) 455-2000
jyoungwood@stblaw.com
jgochman@stblaw.com
Nicholas.Prendergast@stblaw.com
Jordan.Krieger@stblaw.com

* Admitted *Pro Hac Vice*

*Counsel for Plaintiffs*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on **July 8, 2024**, pursuant to Federal Rule of Civil Procedure 5(b)(2)(C) and Local Civil Rule 5(e)(2), I caused to be served a true and correct copy of the foregoing Motion, and all attachments thereto, upon the following parties at the addresses listed below, contemporaneously with its filing with the Court, by depositing a true copy of the same in a properly addressed wrapper into the custody of Federal Express for overnight delivery, prior to the latest time designated by Federal Express for overnight delivery. I also certify that I am working to have all parties served by hand to ensure timely receipt of the foregoing documents by all Defendants:

Cade Brumley
Louisiana State Superintendent of Education
Louisiana Department of Education
1201 North Third Street
Baton Rouge, LA 70802-5243

Conrad Appel, in his official capacity as a member of the Louisiana State Board of Elementary and Secondary Education
1201 North Third Street
Baton Rouge, LA 70802-5243

Judy Armstrong, in her official capacity as a member of the Louisiana State Board of Elementary and Secondary Education
1201 North Third Street
Baton Rouge, LA 70802-5243

Kevin Berken, in his official capacity as a member of the Louisiana State Board of Elementary and Secondary Education
1201 North Third Street
Baton Rouge, LA 70802-5243

Preston Castille, in his official capacity as a member of the Louisiana State Board of Elementary and Secondary Education
1201 North Third Street
Baton Rouge, LA 70802-5243

Simone Champagne, in her official capacity as a member of the Louisiana State Board of Elementary and Secondary Education
1201 North Third Street
Baton Rouge, LA 70802-5243

Sharon Latten-Clark, in her official capacity as a member of the Louisiana State Board of Elementary and Secondary Education
1201 North Third Street
Baton Rouge, LA 70802-5243

Lance Harris, in his official capacity as a member of the Louisiana State Board of Elementary and Secondary Education
1201 North Third Street
Baton Rouge, LA 70802-5243

Paul Hollis, in his official capacity as a member of the Louisiana State Board of Elementary and Secondary Education
1201 North Third Street
Baton Rouge, LA 70802-5243

Sandy Holloway, in her official capacity as a member of the Louisiana State Board of Elementary and Secondary Education
1201 North Third Street
Baton Rouge, LA 70802-5243

Stacey Melerine, in her official capacity as a member of the Louisiana State Board of Elementary and Secondary Education
1201 North Third Street
Baton Rouge, LA 70802-5243

Ronnie Morris, in his official capacity as a member of the Louisiana State Board of Elementary and Secondary Education
1201 North Third Street
Baton Rouge, LA 70802-5243

East Baton Rouge Parish School Board
c/o Carla Powell, President
1050 S. Foster Drive
Baton Rouge, LA 70806

Orleans Parish School Board
c/o Katherine Baudouin, President
2401 Westbend Pkwy.
Room #1050
New Orleans, LA 70114

Livingston Parish School Board
c/o Stephen Link, President
13909 Florida Blvd.
Livingston, LA 70754

Vernon Parish School Board
c/o Shad Stewart, President
201 Belview Road
Leesville, LA 71446

St. Tammany Parish School Board
c/o James Braud, President
321 N. Theard Street
Covington, LA 70433

By: */s/ Charles Andrew Perry*
Charles Andrew Perry

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF LOUISIANA
Charles Andrew Perry
La. Bar No. 40906
PO Box 56157
New Orleans, LA 70156
(504) 522-0628
aperry@laaclu.org

*Counsel for Plaintiffs*