UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

REVEREND DARCY ROAKE and ADRIAN VAN YOUNG, on behalf of themselves and on behalf of their minor children, A.V. and S.V., et al.,

    Plaintiffs,

    v.

CADE BRUMLEY, in his official capacity as the Louisiana State Superintendent of Education, et al.,

    Defendants.

CIVIL ACTION NO.
3:24-cv-00517-JWD-SDJ

### [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR EXPEDITED BRIEFING AND CONSIDERATION OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

After considering Plaintiffs' Motion for Expedited Briefing and Consideration of Plaintiffs' Motion for Preliminary Injunction, the Court finds good cause to expedite the briefing schedule and consideration of Plaintiffs' Motion for Preliminary Injunction.

Accordingly, the Court ORDERS that:

1. Defendants file any response to the Motion by **July 19, 2024**;

2. Plaintiffs may file a reply in support of the Motion by **July 26, 2024**; and

3. A hearing on the Motion is set for _____ \_\_\_\_**, 2024**.

IT IS SO ORDERED THIS \_\_\_\_ day of July, 2024.

                                                      The Hon. John W. deGravelles