UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| REVEREND DARCY ROAKE and ADRIAN VAN YOUNG, on behalf of themselves and on behalf of their minor children, A.V. and S.V., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CADE BRUMLEY, in his official capacity as the Louisiana State Superintendent of Education, et al.,<br><br>Defendants. | CIVIL ACTION NO.<br>3:24-cv-00517-JWD-SDJ |

**MOTION TO APPEAR AS COUNSEL OF RECORD**

Zachary Faircloth, an attorney admitted to practice before this Court and in good standing, respectfully moves to appear as counsel in this matter for Defendants Cade Brumley, Conrad Appel, Judy Armstrong, Kevin Berken, Preston Castille, Simone Champagne, Sharon Latten-Clark, Lance Harris, Paul Hollis, Sandy Holloway, Stacey Melerine, Ronnie Morris, East Baton Rouge Parish School Board, Livingston Parish School Board, Vernon Parish School Board, and St. Tammany Parish School Board.

                  Respectfully submitted,

                  Elizabeth B. Murrill
                    ATTORNY GENERAL OF LOUISIANA

                  /s/ *Zachary Faircloth*
                  Zachary Faircloth (#39875)
                    Principal Deputy Solicitor General

                  OFFICE OF THE ATTORNEY GENERAL
                  LOUISIANA DEPARTMENT OF JUSTICE
                  1885 N. Third Street

Baton Rouge, Louisiana 70802
Telephone: (225) 421-4088
Email: fairclothz@ag.louisiana.gov

2

**CERTIFICATE OF SERVICE**

I hereby certify that, on this date, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participating attorneys.

This the 16th day of July, 2024.

       /s/ *Zachary Faircloth*
      Zachary Faircloth