UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| REVEREND DARCY ROAKE and ADRIAN VAN YOUNG, on behalf of themselves and on behalf of their minor children, A.V. and S.V., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>CADE BRUMLEY, in his official capacity as the Louisiana State Superintendent of Education, et al.,<br><br>    Defendants. | CIVIL ACTION NO.<br>3:24-cv-00517-JWD-SDJ |

## MOTION FOR *PRO HAC VICE* ADMISSION

In accordance with the Local Rules of the United States District Court for the Middle District of Louisiana, I, Zachary Faircloth, hereby move this Court for an Order authorizing J. Benjamin Aguiñaga to practice *pro hac vice* as counsel for Defendants Cade Brumley, Conrad Appel, Judy Armstrong, Kevin Berken, Preston Castille, Simone Champagne, Sharon Latten-Clark, Lance Harris, Paul Hollis, Sandy Holloway, Stacey Melerine, Ronnie Morris, East Baton Rouge Parish School Board, Livingston Parish School Board, Vernon Parish School Board, and St. Tammany Parish School Board in the above-captioned matter.

Pursuant to the Local Rules, the following documents are attached:

1. Declaration of J. Benjamin Aguiñaga in support of Motion for Admission Pro Hac Vice, Exhibit A;

2. Certificate of Good Standing for J. Benjamin Aguiñaga from The Supreme Court of Texas, Exhibit B;

1

3. Proposed Order

                      Respectfully submitted,

                      Elizabeth B. Murrill
                        ATTORNY GENERAL OF LOUISIANA

                      /s/ *Zachary Faircloth*
                      Zachary Faircloth (#39875)
                        Principal Deputy Solicitor General

                      OFFICE OF THE ATTORNEY GENERAL
                      LOUISIANA DEPARTMENT OF JUSTICE
                      1885 N. Third Street
                      Baton Rouge, Louisiana 70802
                      Telephone: (225) 421-4088
                      Email: fairclothz@ag.louisiana.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this date, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participating attorneys.

This the 16th day of July, 2024.

        /s/ *Zachary Faircloth*
        Zachary Faircloth