UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

Reverend Darcy Roake, et al.
Plaintiff

v.

Cade Brumley, et al.
Defendant

3:24-cv-00517-JWD-SDJ
Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Local Civil Rule 7.1,
The State of Louisiana, by and through Attorney General Murrill,

provides the following information:

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

*Please separate names with a comma and do not add address information. Only text visible within box will print.*

Reverend Darcy Roake, Adrian Van Young, Reverend Mamie Broadhurst, Reverend Richard Williams, Reverend Jeff Sims, Jennifer Harding, Benjamin Owens, Erin Hawley, David Hawley, Dustin McCrory, Gary Sernovitz, Molly Pulda, Christy Alkire, Joshua Herlands, Cade Brumley, Conrad Appel, Judy Armstrong, Kevin Berken, Preston Castille, Simone Champagne, Sharon Latten-Clark, Lance Harris, Paul Hollis, Sandy Holloway, Stacey Melerine, Ronnie Morris, Louisiana State Board of Elementary and Secondary Education, East Baton Rouge Parish School Board, Livingston Parish School Board, Orleans Parish School Board, Vernon Parish School Board, St. Tammany Parish School Board, the State of Louisiana, American Civil Liberties Union Foundation of Louisiana (Trial Counsel), American Civil Liberties Union Foundation (Trial Counsel), Americans United for Separation of Church and State (Trial Counsel), Freedom from Religion Foundation (Trial Counsel), Simpson Thatcher & Bartlett LLP (Trial Counsel)

Zachary Faircloth (LA 39875)

Attorney Name and Bar Number

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Notices => Certificate of Interested Persons.