UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

REVEREND DARCY ROAKE and ADRIAN VAN YOUNG, on behalf of themselves and on behalf of their minor children, A.V. and S.V., et al.,

    Plaintiffs,

    v.

CADE BRUMLEY, in his official capacity as the Louisiana State Superintendent of Education, et al.,

    Defendants.

CIVIL ACTION NO.
3:24-cv-00517-JWD-SDJ

## NOTICE IN ACCORDANCE WITH THE COURT'S ORDER

Following the status conference in this case held July 17, 2024, at 10:30 a.m., and per the Court's order (ECF No. 29), counsel for the parties have conferred regarding Defendants' implementation of the statute at issue in this case.

Without waiving any procedural or merits arguments regarding implementation of the statute, the parties agree that:

(a) No Defendant will post the Ten Commandments in any public-school classroom before November 15, 2024.

(b) Defendant Cade Brumley and defendant members of the Board of Education and Secondary Education will not, before November 15, 2024, promulgate advice, rules, or regulations regarding proper implementation of the challenged statute.

Date: July 19, 2024

                Respectfully submitted,

                By: /s/ *Charles Andrew Perry*
                Charles Andrew Perry
                AMERICAN CIVIL LIBERTIES UNION
                FOUNDATION OF LOUISIANA
                Charles Andrew Perry
                La. Bar No. 40906
                PO Box 56157
                New Orleans, LA 70156
                (504) 522-0628
                aperry@laaclu.org

                AMERICAN CIVIL LIBERTIES UNION
                FOUNDATION
                Daniel Mach*
                Heather L. Weaver*
                915 15th Street, NW, Suite 600
                Washington, DC 20005
                (202) 675-2330
                dmach@aclu.org
                hweaver@aclu.org

                AMERICANS UNITED
                FOR SEPARATION OF
                CHURCH & STATE
                Alex J. Luchenitser*
                1310 L Street NW, Suite 200
                Washington, DC 20005
                (202) 466-7306
                luchenitser@au.org

                FREEDOM FROM RELIGION
                FOUNDATION
                Patrick C. Elliott*
                Samuel T. Grover*
                PO Box 750
                Madison, WI 53701

(608) 256-8900
Patrick@ffrf.org
sgrover@ffrf.org

SIMPSON THACHER & BARTLETT LLP
Jonathan K. Youngwood*
Janet A. Gochman*
Nicholas J. Prendergast*
Jordan T. Krieger*
425 Lexington Avenue
New York, NY 10017
(212) 455-2000
jyoungwood@stblaw.com
jgochman@stblaw.com
Nicholas.Prendergast@stblaw.com
Jordan.Krieger@stblaw.com

\* Admitted *Pro Hac Vice*

*Counsel for Plaintiffs*

By: /s/ Rebecca Sha
Rebecca Sha (#35317)
Dan Zimmerman (#2202)
PHELPS DUNBAR LLP
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: 504-566-1311
Facsimile: 504-568-9130
rebecca.sha@phelps.com
dan.zimmerman@phelps.com

*ATTORNEYS FOR DEFENDANT,
ORLEANS PARISH SCHOOL BOARD*

/s/ J. Benjamin Aguiñaga
J. Benjamin Aguiñaga*
  Solicitor General
Zachary Faircloth (LA #39875)
  Principal Deputy Solicitor General
Office of the Louisiana Attorney General
1885 North Third Street
Baton Rouge, LA 70802
(225) 326-6705
aguinagab@ag.louisiana.gov
fairclothz@ag.louisiana.gov

*\* Pro Hac Vice motion pending*

*Counsel for All Other Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on **July 19, 2024**, I filed the foregoing Notice via this Court's electronic-filing system and, per agreement of the parties, served a true and correct copy of the Notice via email upon counsel for all Defendants:

*Attorneys for Defendant Orleans Parish School Board:*
Rebecca Sha (#35317)
Dan Zimmerman (#2202)
PHELPS DUNBAR LLP
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: 504-566-1311
Facsimile: 504-568-9130
rebecca.sha@phelps.com
dan.zimmerman@phelps.com

*Attorneys for all other Defendants:*
J. Benjamin Aguiñaga
Solicitor General
Zachary Faircloth (LA #39875)
Principal Deputy Solicitor General
Office of the Louisiana Attorney General
1885 North Third Street
Baton Rouge, LA 70802
(225) 326-6705
aguinagab@ag.louisiana.gov
fairclothz@ag.louisiana.gov

By: */s/ Charles Andrew Perry*
Charles Andrew Perry

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF LOUISIANA
Charles Andrew Perry
La. Bar No. 40906
PO Box 56157
New Orleans, LA 70156
(504) 522-0628
aperry@laaclu.org

*Counsel for Plaintiffs*