**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

REVEREND DARCY ROAKE and ADRIAN VAN YOUNG, on behalf of themselves and on behalf of their minor children, A.V. and S.V., et al.

CIVIL ACTION

VERSUS

NO. 24-517-JWD-SDJ

CADE BRUMLEY, in his official capacity as the Louisiana State Superintendent of Education, et al.,

## ORDER

. The parties having conferred regarding Defendants' implementation of the statute at issue in this case (*see* Docs. 29, 30, 32), the Court recognizes and approves the below agreements to allow the Court adequate time to review the extensive briefing on Plaintiffs' *Motion for Preliminary Injunction* (Doc. 20), consider any evidence offered at the hearing of that motion, and then issue a ruling:

1. No Defendant will post the Ten Commandments in any public-school classroom before November 15, 2024.

2. Defendant Cade Brumley and defendant members of the Board of Education and Secondary Education will not, before November 15, 2024, promulgate advice, rules, or regulations regarding proper implementation of the challenged statute.

Signed in Baton Rouge, Louisiana, on <u>July 22, 2024.</u>

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**