UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| REVEREND DARCY ROAKE and ADRIAN VAN YOUNG, on behalf of themselves and on behalf of their minor children, A.V. and S.V., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>CADE BRUMLEY, in his official capacity as the Louisiana State Superintendent of Education, et al.,<br><br>    Defendants. | CIVIL ACTION NO.<br>3:24-cv-00517-JWD-SDJ |

## MOTION TO APPEAR AS ADDITIONAL COUNSEL OF RECORD

Phyllis Glazer, an attorney admitted to practice before this Court and in good standing, respectfully moves to appear as additional counsel in this matter for Defendants Cade Brumley, Conrad Appel, Judy Armstrong, Kevin Berken, Preston Castille, Simone Champagne, Sharon Latten-Clark, Lance Harris, Paul Hollis, Sandy Holloway, Stacey Melerine, and Ronnie Morris.

    Respectfully submitted,

    Elizabeth B. Murrill
      ATTORNY GENERAL OF LOUISIANA

    /s/ *Zachary Faircloth*
    Zachary Faircloth (#39875)
      Principal Deputy Solicitor General

    OFFICE OF THE ATTORNEY GENERAL
    LOUISIANA DEPARTMENT OF JUSTICE
    1885 N. Third Street
    Baton Rouge, Louisiana 70802
    Telephone: (225) 421-4088
    Email: fairclothz@ag.louisiana.gov

## CERTIFICATE OF SERVICE

I hereby certify that, on this date, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participating attorneys.

This the 24th day of July, 2024.

                                        /s/ *Zachary Faircloth*
                                        Zachary Faircloth