UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **REVEREND DARCY ROAKE AND ADRIAN VAN YOUNG, ON BEHALF OF THEMSELVES AND ON BEHALF OF THEIR MINOR CHILDREN, A.V AND S.V, ET AL.** | **CIVIL ACTION NO. 3:24-CV-0517**<br><br>**JUDGE JOHN W. DEGRAVELLES**<br><br>**MAGISTRATE JUDGE SCOTT D. JOHNSON** |
| **VERSUS** | |
| **CADE BRUMLEY, IN HIS OFFICIAL CAPACITY AS LOUISIANA STATE SUPERINTENDENT OF EDUCATION ET AL.** | |

## DECLARATION OF KRISTEN ILLARMO

1. I am an employee of NOLA Public Schools. My current title is Executive Director of Enrollment Operations and K-12 Services and I have worked in this capacity since July 2022. I am personally familiar with the facts set forth in this declaration.

2. By virtue of my position, I am familiar with, and have access to, the enrollment data for students who use the Common Application to apply for and attend a school in Orleans Parish.

3. Orleans Parish School Board ("OPSB") has only two direct run public schools - the Leah Chase School and the Travis Hill School.

4. The Leah Chase School just opened for the 2024-2025 school year.

5. The Travis Hill School is for incarcerated students.

6. As of June 24, 2024, none of the Plaintiffs in the above-captioned lawsuit including Darcy Roake and Adrian Van Young, Gary Sernovitz and Molly Pulda, and Joshua Herlands, have a minor child enrolled in the Leah Chase School or the Travis Hill School.

7. As of the date of this Declaration, none of the Plaintiffs in the above-captioned lawsuit including Darcy Roake and Adrian Van Young, Gary Sernovitz and Molly Pulda, and Joshua Herlands, have a minor child enrolled in the Leah Chase School or the Travis Hill School.

8. Based upon my personal knowledge and review of the enrollment data, the minor children of Darcy Roake and Adrian Van Young, Gary Sernovitz and Molly Pulda, and Joshua Herlands are either not enrolled in a school or enrolled in a charter school as summarized in the below chart:

**EXHIBIT A**

| Parents | Students (Enrolled School) |
|---|---|
| Darcy Roake and Adrian Van Young | A.V. (not enrolled) and S.V. (International School of Louisiana) |
| Gary Sernovitz and Molly Pulda | T.S. (The Willow School) |
| Joshua Herlands | E.H. (The Willow School) and J.H. (The Willow School) |

9. The Willow School is a Type 3B charter school in Orleans Parish authorized by OPSB.

10. The International School of Louisiana is a Type 2 charter school in Orleans Parish authorized by the Louisiana State Board of Elementary and Secondary Education.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on August 2nd, 2024 in New Orleans, Louisiana.

_____
Kristen Illarmo

PD.46348309.1