# EXHIBIT B

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DARCY ROAKE, et al., | |
| PLAINTIFFS, | |
| v. | Civil Action No. 3:24-cv-517 |
| CADE BRUMLEY, et al., | Judge: JWD - SDJ |
| DEFENDANTS. | |

### DECLARATION OF RONNIE MORRIS

Pursuant to 28 U.S.C. § 1746, I, Ronnie Morris, duly affirm under penalty of perjury as follows:

1. I am over 18 years of age, have personal knowledge of the matters set forth herein, and am competent to make this Declaration.

2. My name is Ronnie Morris. I currently serve as the President of the Louisiana State Board of Elementary and Secondary Education (BESE). I have served on BESE since 2020 as the representative of District 6.

3. I understand that the Louisiana Legislature passed into law H.B. 71, which requires each public school governing authority to display the Ten Commandments in each classroom because of the prominent role of that text in the history of American public schools as evidenced by the copies of *McGuffey Readers* and the textbooks of Noah Webster, widely used in schools for three centuries.

4. I understand that H.B. 71 requires schools to display, alongside the Ten Commandments, a context statement explaining the history of the Ten Commandments in American public schools and that H.B. 71 permits the

1

accompanying display of other prominent historical documents, including but not limited to the Mayflower Compact, the Declaration of Independence, and the Northwest Ordinance.

5. I understand that H.B. 71 proscribes public school governing authorities from having to spend their funds to purchase displays, so the authorities can accept donated funds to purchase displays or accept donated displays.

6. I understand that H.B. 71 requires that (a) BESE adopt rules and regulations that will govern the proper implementation of the law and (b) the Department of Education (DOE) identify appropriate resources to comply with the law that are free of charge and list those resources on its website.

7. I understand that public school governing authorities must comply with the law in 149 days from now—by January 1, 2025.

8. The last regular meeting of BESE was June 12, 2024, and BESE will not convene for a regular meeting again until August 21, 2024.[1]

9. BESE has not adopted any rules or regulations governing the proper implementation of H.B. 71.

10. To adopt any rules or regulations, BESE would be required to comply with the Louisiana Administrative Procedure Act. *See* La. R.S. § 49.950 *et seq.*

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on: August 5, 2024        Ronnie Morris

_/s/ Ronnie Morris_

---

[1] A special meeting of BESE was held on July 31 for the sole purpose of appointing an executive director.