# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DARCY ROAKE, et al., <br><br> PLAINTIFFS, <br><br> v. <br><br> CADE BRUMLEY, et al., <br><br> DEFENDANTS. | Civil Action No. 3:24-cv-517 <br><br> Judge: JWD - SDJ |

## DEFENDANTS' CONDITIONAL MOTION TO STAY PRELIMINARY INJUNCTIVE RELIEF PENDING APPEAL

If the Court grants, in whole or in part, Plaintiffs' Motion for Preliminary Injunction, ECF No. 20, Defendants Cade Brumley, Conrad Appel, Judy Armstrong, Kevin Berken, Preston Castille, Simone Champagne, Sharon Latten-Clark, Lance Harris, Paul Hollis, Sandy Holloway, Stacey Melerine, Ronnie Morris, East Baton Rouge Parish School Board, Livingston Parish School Board, Vernon Parish School Board, and St. Tammany Parish School Board respectfully move for the Court to stay the order pending appeal under Federal Rule of Appellate Procedure 8(a)(1) for the reasons stated in the attached Memorandum of Law.

1

Dated: August 5, 2024

Respectfully submitted,

  /s/ *J. Benjamin Aguiñaga*
J. BENJAMIN AGUIÑAGA*
  *Solicitor General*

  /s/ *Zachary Faircloth*
ZACHARY FAIRCLOTH (La #39875)
  *Principal Deputy Solicitor General*
MORGAN BRUNGARD (La #40298)
  *Deputy Solicitor General*
OFFICE OF THE LOUISIANA ATTORNEY GENERAL
1885 North Third Street
Baton Rouge, LA 70804
Telephone: (225) 326-6766
Facsimile:  (225) 326-6795
aguinagab@ag.louisiana.gov
fairclothz@ag.louisiana.gov
brungardm@ag.louisiana.gov

*Counsel for Defendants Cade Brumley, Conrad Appel, Judy Armstrong, Kevin Berken, Preston Castille, Simone Champagne, Sharon Latten-Clark, Lance Harris, Paul Hollis, Sandy Holloway, Stacey Melerine, Ronnie Morris, East Baton Rouge Parish School Board, Livingston Parish School Board, Vernon Parish School Board, and St. Tammany Parish School Board*

*pro hac vice granted