UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **REVEREND DARCY ROAKE AND ADRIAN VAN YOUNG, ON BEHALF OF THEMSELVES AND ON BEHALF OF THEIR MINOR CHILDREN, A.V AND S.V, ET AL.** | **CIVIL ACTION NO. 3:24-CV-0517**<br><br>**JUDGE:**<br>**JOHN W. DEGRAVELLES** |
| **VERSUS** | **MAGISTRATE JUDGE:**<br>**SCOTT D. JOHNSON** |
| **CADE BRUMLEY, IN HIS OFFICIAL CAPACITY AS LOUISIANA STATE SUPERINTENDENT OF EDUCATION ET AL.** | |

LOCAL CIVIL RULE 7.1 CERTIFICATE OF INTERESTED PERSONS
BY ORLEANS PARISH SCHOOL BOARD

Pursuant to Local Civil Rule 7.1 of the United States District Court for the Middle District of Louisiana, Defendant Orleans Parish School Board files this Certificate of Interested Persons.

There are no persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case.

Respectfully submitted,

**PHELPS DUNBAR LLP**

*/s/ Rebecca Sha*
Rebecca Sha (#35317)
Dan Zimmerman (#2202)
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: 504-566-1311
Facsimile: 504-568-9130
Email:  rebecca.sha@phelps.com
          dan.zimmerman@phelps.com

**ATTORNEYS FOR ORLEANS PARISH SCHOOL BOARD**