## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

DARCY ROAKE, et al.,

PLAINTIFFS,

v.

CADE BRUMLEY, et al.,

DEFENDANTS.

Civil Action No. 3:24-cv-517

Judge: JWD - SDJ

## DEFENDANTS' COMBINED MOTION FOR LEAVE TO EXCEED PAGE LIMITS AND MOTION TO SUBSITUTE INCORRECT PLEADING

Defendants Cade Brumley, Conrad Appel, Judy Armstrong, Kevin Berken, Preston Castille, Simone Champagne, Sharon Latten-Clark, Lance Harris, Paul Hollis, Sandy Holloway, Stacey Melerine, Ronnie Morris, East Baton Rouge Parish School Board, Livingston Parish School Board, Vernon Parish School Board, and St. Tammany Parish School Board respectfully request leave to file a memorandum in excess of twenty-five pages in support of their Conditional Motion to Stay Preliminary Injunctive Relief. *See* ECF No. 40. That memorandum is identical to the Memorandum of Law in Support of Defendants' Consolidated Motion to Dismiss and Opposition to Plaintiffs' Motion for Preliminary Injunction. *See* ECF No. 39; ECF No. 39-1.

This Court's Local Rule 7(g) limits memoranda "to twenty-five pages excluding attachments" and requires "[l]eave of Court . . . to file memoranda in excess of [that] limit." Leave is warranted here. For the sake of judicial economy, Defendants briefed the merits of their Conditional Motion to Stay, in the alternative, alongside their Consolidated Memorandum of Law. *See* ECF No. 39; ECF No. 39-1. That Memorandum of Law exceeds the twenty-five page minimum (as agreed upon by the parties and ordered by the Court). *See* ECF No. 37. Because consolidation into a single brief streamlines the issues and conserves valuable judicial resources (within the agreed upon page limit), Defendants have

1

good cause for requesting a page expansion of twenty-six pages to submit the identical brief in support of their standalone Conditional Motion to Stay any Preliminary Injunctive Relief. *See* at ECF No. 40.

Defendants respectfully move the Court to grant leave to file the overlong Memorandum and grant substitution of that Memorandum, attached again here, as a proposed pleading in support of Defendants' Conditional Motion to Stay. *See* ECF No. 40.


Dated: August 6, 2024                    Respectfully submitted,

                                          */s/ J. Benjamin Aguiñaga*
                                         J. Benjamin Aguiñaga*
                                          *Solicitor General*

                                          */s/ Zachary Faircloth*
                                         Zachary Faircloth (La #39875)
                                          *Principal Deputy Solicitor General*
                                         Morgan Brungard (La #40298)
                                          *Deputy Solicitor General*
                                         Office of the Louisiana Attorney General
                                         1885 North Third Street
                                         Baton Rouge, LA 70804
                                         Telephone: (225) 326-6766
                                         Facsimile:   (225) 326-6795
                                         aguinagab@ag.louisiana.gov
                                         fairclothz@ag.louisiana.gov
                                         brungardm@ag.louisiana.gov

                                         *Counsel for Defendants Cade Brumley, Conrad Appel,
                                         Judy Armstrong, Kevin Berken, Preston Castille, Simone
                                         Champagne, Sharon Latten-Clark, Lance Harris, Paul
                                         Hollis, Sandy Holloway, Stacey Melerine, Ronnie Morris,
                                         East Baton Rouge Parish School Board, Livingston Parish
                                         School Board, Vernon Parish School Board, and St. Tam-
                                         many Parish School Board*

                                         *\*pro hac vice granted*