# EXHIBIT 5

# NEW ORLEANS PUBLIC SCHOOLS
## 2022 - 2023 GOVERNANCE CHART

## New Orleans Public Schools (NOLA-PS): 71 Schools

### Algiers Charter School Association
- L. B. Landry High School — 9-12
- Martin Behrman Charter School Academy of Creative Arts and Sciences — PK4-8

### Advocates for Academic Excellence in Education
- Benjamin Franklin High School — 9-12

### Advocates for Arts-Based Education
- The Willow School — K-12

### Advocates for Innovative Schools
- Robert Russa Moton Charter School — PK4-8

### Advocates for Science & Mathematics Education
- New Orleans Charter Science and Math High School — 9-12

### ARISE
- Mildred Osborne Charter School — K-8

### Bricolage Academy
- Bricolage Academy — PK4-8

### Collegiate Academies
- Abramson Sci Academy — 9-12
- G.W. Carver High School — 9-12
- Livingston Collegiate Academy — 9-12
- Opportunities Academy — 11-12
- Rosenwald Collegiate Academy — 9-12

### Community Academies of New Orleans
- Esperanza Charter School — K-8
- Foundation Preparatory Charter School — K-8
- Lafayette Academy Charter School — PK4-8

### Community Leaders Advocating Student Success, Inc.
- Fannie C. Williams Charter School — PK4-8

### Crescent City Schools
- Akili Academy of New Orleans — PK4-8
- Harriet Tubman Charter School — PK4-8
- Dorothy Height Charter School — PK4-8

### Educators for Quality Alternatives
- The NET Charter High School: Central City (Alternative School) — 8-12
- The NET Charter High School: East (Alternative School) — 8-12
- The NET Charter High School: Gentilly (Alternative School) — 8-12

### Élan Academy
- Élan Academy — PK4-7

### Encore Academy
- Encore Academy — PK 4-8

### FirstLine Schools
- Arthur Ashe Charter School — K-8
- Langston Hughes Academy — PK4-8
- Phillis Wheatley Community School — PK4-8
- Samuel J. Green Charter School — PK4-8

### French and Montessori
- Audubon Charter School: Gentilly — PK4-6
- Audubon Charter School — PK4-8

### Friends of King
- Dr. Martin Luther King Jr. Charter School — PK4-12

### Hynes Charter School Corporation
- Edwards Hynes Charter School - Lakeview — PK3-8
- Edwards Hynes Charter School - Parkview — K-8
- Edwards Hynes Charter School - UNO — K-3

### InspireNOLA
- Alice M. Harte Charter School — PK4-8
- Andrew H. Wilson Charter School — PK4-8
- Dwight D. Eisenhower Charter School — PK4-8
- Edna Karr High School — 9-12
- Eleanor McMain Secondary School — 9-12
- McDonogh 35 Senior High School — 9-12
- McDonogh 42 Elementary Charter School — PK4-8
- Pierre A. Capdau at Avery Alexander Charter School — PK4-8

### Institute for Academic Excellence
- Sophie B. Wright High School — 9-12

### KIPP New Orleans
- KIPP Believe — K-8
- Booker T. Washington High School — 9-12
- Frederick A. Douglass High School — 9-12
- John F. Kennedy High School — 9-12
- KIPP Central City — PK4-8
- KIPP East — PK4-8
- KIPP Leadership — PK4-8
- KIPP Morial — PK4-8

### Legacy of Excellence, Inc.
- Benjamin Franklin Elementary Mathematics and Science School — PK4-8

### Living School Charter
- Living School — 9-12

### Lyceum Schools, Inc.
- Delores Taylor Arthur School for Young Men — 8-10

### Morris Jeff Community School
- Morris Jeff Community School — PK4-12

### New Orleans College Prep
- Walter L. Cohen College Prep — 9-12

### ReNEW
- ReNEW Dolores T. Aaron Academy — PK4-8
- ReNEW Laurel Elementary — PK4-8
- ReNEW Schaumburg Elementary — PK4-8

### Rooted School
- Rooted School — 9-12

### Significant Educators, Inc
- Mary McLeod Bethune Elementary Charter School — PK4-8

### Success Preparatory Academy
- Success at Thurgood Marshall — PK4-8

### The Citizens' Committee for Education
- Homer A. Plessy Community School — PK4-8

### The Council for Quality Education
- Lake Forest Elementary Charter School — K-8

### The Einstein Group
- Einstein Charter Middle School at Sarah Towles Reed — 7-8
- Einstein Charter School at Sherwood Forest — PK4-6
- Einstein Charter School at Village de l'Est — PK4-6
- Sarah Towles Reed High School — 9-12

### Warren Easton Charter High School Foundation
- Warren Easton High School — 9-12

### Young Audiences Charter Schools
- Young Audiences Charter School at Lawrence D. Crocker — PK4-8

### NOLA-PS Contract Schools
- Travis Hill School — 6-12

## BESE Schools: 6 Schools
- International High School of New Orleans — 9-12
- International School of Louisiana — K-8
- Lycee Francais de la Nouvelle-Orleans — PK4-12
- New Harmony High — 9-12
- New Orleans Military and Maritime Academy — 8-12
- Noble Minds Institute for Whole Child Learning — K-7

## State Legislature: 1 School
- New Orleans Center for Creative Arts — 9-12

## Changes for 2022 - 2023

### Name Changes
- Dorothy Height Charter School (Formerly Paul Habans)
- ReNEW Laurel Elementary (Formerly ReNEW Laurel SciTech)
- The Willow School (Formerly Lusher)

### School Closures
- ARISE Academy (ARISE)
- James M. Singleton Charter School (Dryades YMCA)
- Live Oak Academy (FirstLine Schools)
- Oscar Dunn (IDEA Public Schools New Orleans)

*Note: There are five independently operated schools under the NOLA-PS LEA -- Benjamin Franklin Mathematics and Science School, Delores T. Arthur School for Young Men, Élan Academy, Mary McLeod Bethune Elementary School of Literature and Technology, & Travis Hill School.*