UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

REVEREND DARCY ROAKE and ADRIAN VAN YOUNG, on behalf of themselves and on behalf of their minor children, A.V. and S.V., et al.,

    Plaintiffs,

v.

CADE BRUMLEY, in his official capacity as the Louisiana State Superintendent of Education, et al.,

    Defendants.

CIVIL ACTION NO.
3:24-cv-00517-JWD-SDJ

**DECLARATION OF STEVEN K. GREEN, J.D., Ph.D.**

I, Steven K. Green, pursuant to 28 U.S.C. § 1746, declare the following:

    1.    I have personal knowledge of the facts set forth herein and, if called upon, could and would competently testify thereto.

    2.    I am the Fred H. Paulus Professor of Law and Affiliated Professor of Religious Studies and History at Willamette University in Salem, Oregon. In the College of Law (my primary appointment), I teach courses in Constitutional Law, First Amendment Law, Education Law, Legal History, and Jurisprudence (legal philosophy). In the College of Arts and Sciences, I occasionally teach courses in Constitutional History and American Religious History. In addition to holding a J.D. from the University of Texas, I have an M.A. in American Religious History and a Ph.D. in American Constitutional History from the University of North Carolina. I also spent a year of graduate study at Duke Divinity School and Duke Law School. A copy of my curriculum vitae

("CV") is attached as **Exhibit A** to the Expert Report of Steven K. Green, J.D., Ph.D. (the "Expert Report"), which is itself attached as **Exhibit 1** hereto.

3. I was asked to give my expert opinions on, and prepare a report examining, the history of the U.S. Constitution and First Amendment with respect to religious matters; the history of the Ten Commandments with respect to U.S. law and government; the history of displays of the Ten Commandments in public schools; and the denominational nature of the specific version of the Ten Commandments adopted in House Bill No. 71, Act No. 676.

4. The Expert Report is based on my knowledge, research, and study in this area, spanning the past 30 years. The methodology used and sources relied on in preparing the Expert Report are further discussed therein.

5. I certify that **Exhibit 1** is a true and correct copy of the Expert Report that I prepared for Plaintiffs in connection with this case. If called upon, I could and would competently testify as to the facts and opinions set forth therein.

6. I am receiving $150 per hour for expert work related to this case up to $5,000 for preparing this report; up to $3,000 for any rebuttal/reply report preparation; up to $3,000 for any deposition preparation; and up to $3,000 for any hearing preparation.

7. My CV, attached as **Exhibit A** to the Expert Report, includes a list of the publications that I have authored in the last ten years.

8. I have not testified as an expert witness at trial or by deposition during the previous four years.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed on this 25th day of August, 2024.

_Steven K. Green_
Steven K. Green, J.D., Ph.D.