# Exhibit 2



EXHIBIT 2