# Exhibit 3



1:02 PM · Jul 24, 2024 · **1,541** Views

EXHIBIT 3