# Exhibit 5

Case 3:24-cv-00517-JWD-SDJ    Document 47-8    08/26/24   Page 2 of 7



**2023-2024 Charter School Assurances**

There are a number of requirements found in statutes and regulations applicable to charter schools. To ensure charter school autonomy, the Department has developed this assurance form that schools must submit in lieu of evidence of compliance. Each charter school should have evidence of compliance for each requirement for review on request.

*This list is non-exhaustive and may not reflect recent changes to statues or BESE policy. A number of the statutes referenced below were amended during the 2023 Legislative Session, but may not have been updated by legislative staff. It is the responsibility of each charter school to ensure compliance with all applicable laws/policies regardless of whether or not they are included or accurately represented on this document.*

Louisiana Statutes referenced below can be found on the Legislature's website [here](). BESE Bulletins can be found on the Division of Administration's website [here](). Additional state regulations can also be found on the Division of Administration's website [here]().

<u>Directions</u>: The Charter Board President must sign or initial each of the indicators below and sign and date the assurance at the bottom of the list. Please scan and upload a signed copy to [charters@la.gov](mailto:charters@la.gov) by the deadline indicated on the Annual Reporting Calendar..

Non Profit Organization Name:_____

Charter School Name(s):_____

_____

1



2023-2024 Charter School Assurances

| Initial | Description | Regulations & Resources (as applicable) |
|---|---|---|
| | All applicable requirements of Louisiana charter law | R.S. 17:3971 through 3999 |
| | All applicable requirements of BESE Bulletin 126, *Charter Schools* | Bulletin 126, *Charter Schools* |
| | Requirements for other public schools and Local Education Agencies (LEAs) that are also applicable to Type 2 and 5 charter schools | Portions of various BESE Bulletins, including, but not limited to: <br> Bulletin 111, *The Louisiana School, District, and State Accountability System* <br> Bulletin 118, *Statewide Assessment Standards and Practices* <br> Bulletin 741, *Louisiana Handbook for School Administrators* <br> Bulletin 1566, *Pupil Progression Policies and Procedures* <br> Bulletin 1929, *Louisiana Accounting and Uniform Governmental Handbook (LAUGH)* <br> Bulletin 1706, *Regulations for Implementation of the Children with Exceptionalities Act* <br> Bulletin 1922, *Compliance Monitoring Procedures* <br> Bulletin 1530, *Louisiana's IEP Handbook for Students with Exceptionalities* <br> Bulletin 1508, *Pupil Appraisal Handbook* <br> Bulletin 129, *The Recovery School District* (Type 5 charter schools only) <br> Bulletin 130, *Regulations for the Evaluation and Assessment of School Personnel* (§§301-309, 325-329, 701 only) <br> Bulletin 131, *Alternative Education Schools/Programs Standards* <br> Bulletin 140, *Louisiana Childhood Care and Education Network* |

2



**2023-2024 Charter School Assurances**

**La. R.S. 17:3996 requires charter schools to comply with state <u>rules and regulations</u> listed below that are applicable to other public schools. By initialing below, I assure that the charter school is in compliance with each of these requirements.**

| Initial | Item/Responsibility | Regulations & Resources (as applicable) |
|---|---|---|
| | Facility accessibility | R.S. 40:1731 through 1749<br>Bulletin 741, *Louisiana Handbook for School Administrators* |
| | Asbestos detection and abatement | Louisiana Administrative Code, Title 33, Part II, *Environmental Quality: Air*, Chapter 27: Asbestos-Containing Materials (ACM) in Schools and State Buildings |
| | The Sanitary Code | Louisiana Administrative Code, Title 51, *Public Health – Sanitary Code* (primarily Part XVII, Public Buildings, Schools, and Other Institutions) |
| | Pesticide use and safety | R.S. 3:3387-3389<br>La. Dept. of Agriculture & Forestry Integrated Pest Management |
| | Fire safety | Bulletin 741, *Louisiana Handbook for School Administrators* |
| | Safe work environments | Occupational Safety and Health Act & regulations |
| | The possession and safe use of weapons and hazardous materials | Bulletin 741, *Louisiana Handbook for School Administrators* |
| | Adolescent health initiatives and school health centers | R.S. 40:31.3<br>La. Office of Public Health's Adolescent School Health program (ASHP)P |
| | Hearing and vision screenings | Bulletin 135, *Health and Safety* |
| | Immunizations and health records | Bulletin 135, *Health and Safety* |
| | Communicable disease prevention | Bulletin 135, *Health and Safety* |
| | Drug use prevention | La. Commission on Law Enforcement and Administration of Criminal Justice, Drug Abuse Resistance Education (D.A.R.E.) |
| | Eye safety and the use of protective goggles | R.S. 17:2114 |
| | Missing children identification procedures | R.S. 40:2511 through 2528, |
| | School and district accountability system | Bulletin 111, *The Louisiana School, District, and State Accountability System*<br>Bulletin 118, *Statewide Assessment Standards and Practices* |
| | Required competencies and assessments for high school graduation | Bulletin 111, The Louisiana School, District, and State Accountability System<br>Bulletin 118, Statewide Assessment Standards and Practices<br>Bulletin 1566, Pupil Progression Policies and Procedures |



2023-2024 Charter School Assurances

**La. R.S. 17:3996 requires charter schools to comply with the <u>statutes</u> listed below that are applicable to other public schools. By initialing below, I assure that the charter school is in compliance with each of these requirements.**

| Initial | Item/Responsibility | Statutes (as applicable) |
|---|---|---|
| | School entrance age | R.S. 17:222 |
| | Corporal punishment | R.S. 17:416.1(B) |
| | Suspension of students | R.S. 17:223 |
| | Expulsion of students | R.S. 17:224 |
| | Attendance reporting | R.S. 17:232 |
| | Admission of home study students | R.S. 17:236 |
| | Unauthorized use of electronic communication devices, | R.S. 17:239 |
| | Smoking | R.S. 17:240 |
| | Open meetings | R.S. 42:11 et seq. |
| | Public records | R.S. 44:1 et seq. |
| | Teaching regarding the United States Constitution | R.S. 17:261 |
| | Teaching regarding the Federalist Papers and the Declaration of Independence | R.S. 17:268 |
| | Teaching regarding Civics and Free Enterprise | R.S. 17:274.1 |
| | Teaching regarding sex | R.S. 17:281 |
| | Religious liberty of students | R.S. 17:2115 et seq. |
| | Pupil assessment | R.S. 17:24.4. |
| | Any school and district accountability system required by law of a public school of similar grade or type | R.S. 17:10 through 10.8 |
| | Public bids for the erection, construction, alteration, improvement, or repair of a public facility or immovable property | Part II of Chapter 10 of Title 38 of the Louisiana Revised Statutes of 1950 |
| | Code of Governmental Ethics, with the exception of R.S. 42:1119 as it applies to any person employed by a charter school prior to August 15, 2003 | R.S. 42:1101 et seq. |
| | Electronic communication by an employee at a school to a student enrolled at that school | R.S. 17:81(Q) |
| | Teaching regarding the state's Safe Haven Law | R.S. 17:81(R) |
| | Inspection and operation of fire safety and prevention equipment | R.S. 17:81(S) |

4



**2023-2024 Charter School Assurances**

| | | |
|---|---|---|
| | Teaching regarding dating violence | R.S. 17:81(T) |
| | Reporting by a school bus operator employed by the governing authority of a public elementary or secondary school of his arrest for one or more of the specified offenses relative to operating a vehicle | R.S. 17:491.3 |
| | School master plans for supporting student behavior and discipline | R.S. 17:252 |
| | Data collection system | R.S. 17:3911 |
| | Reporting by a school employee employed by the governing authority of a public elementary or secondary school of his arrest for one or more of the specified offenses relative to sexual morality affecting minors, crimes listed in R.S. 15:587.1, or any justified | R.S. 17:16<br>R.S. 15:587.1 |
| | complaint of child abuse or neglect on file in the central registry pursuant to Article 615 of the Children's Code | Article 615 of the Children's Code |
| | Seclusion and physical restraint of students with exceptionalities | R.S. 17:416.21 |
| | Teaching regarding Internet and cell phone safety | R.S. 17:280 |
| | Instruction on the Founding Principles of the United States of America in American history and civics courses | R.S. 17:265 |
| | Procedures on bullying | R.S. 17:416.13 |
| | School crisis management and response plans | R.S. 17:416.16 |
| | Instruction relative to cardiopulmonary resuscitation and the use of automatic external defibrillators | R.S. 17:81(X) |
| | Instruction and hotline number posting requirements relative to child assault awareness and prevention | R.S. 17:81(Y) |
| | Deferred compensation plans | R.S. 17:81(Z) |
| | School bus loading and unloading provisions | R.S. 17:158(J) |
| | School transportation plan | R.S. 17:158(J)<br>Bulletin 126 Section 2801 |
| | Student information | R.S. 17:3913 and 3914 |
| | Notification of homework assistance services | R.S. 17:182.1 |
| | Prohibits suspension or expulsion of students in grades pre kindergarten through five | R.S. 17:416(J) |
| | Deaf Child's Bill of Rights | R.S. 17:1960 |
| | Instruction in cursive writing | R.S. 17:266 |
| | Louisiana Expectant and Parenting Students Act | R.S. 17:221.7 |
| | In-service training regarding suicide prevention | R.S. 17:437.1 |
| | Instruction in litter prevention and awareness | R.S. 17:267 |
| | Administration of medication and exceptions thereto | R.S. 17:436.1 |



## 2023-2024 Charter School Assurances

| | | |
|---|---|---|
| | State and federal laws and regulations otherwise applicable to public schools with respect to civil rights and individuals with disabilities | Various |
| | A charter school shall accordingly recruit, employ, and train teachers, administrators, and other employees without regard to race, color, religion, sex, or national origin. Race, color, religion, sex, and national origin shall not constitute bona fide occupational qualifications. Proficiency in a foreign language may constitute a bona fide occupational qualification for a teacher who spends more than half of his daily instruction time providing instruction in or teaching in a foreign language. | Various |
| | Financial audits | R.S. 24:513 et seq. |
| | Budgets preparation; each Type 2 and Type 5 charter school annually shall submit its budget directly to the state superintendent of education. | R.S. 39:1301 through 1315 |

By signing below, I certify that I have read, understand, and agree to each of the above provisions and requirements. Evidence for each indicator is available for review upon request.

_____          _____

Signature of Charter Board President                                                                     Date