UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

REVEREND DARCY ROAKE and ADRIAN VAN YOUNG, on behalf of themselves and on behalf of their minor children, A.V. and S.V., et al.,

    Plaintiffs,

v.

CADE BRUMLEY, in his official capacity as the Louisiana State Superintendent of Education, et al.,

    Defendants.

CIVIL ACTION NO.
3:24-cv-00517-JWD-SDJ

## EXHIBIT LIST

Plaintiffs submit this exhibit list and the exhibits listed below to accompany their Combined Memorandum of Law In Opposition to Defendants' Motion to Dismiss and Motion to Stay and Reply in Support of Plaintiffs' Motion for Preliminary Injunction (ECF No. 47):

- Exhibit A – Declaration of Steven K. Green.
- Exhibit A-1 – Expert Report of Steven K. Green.
- Exhibit B – Declaration of Chloe Slater.
- Exhibit B-1 – Attorney General Liz Murrill's X.Com (formerly Twitter) post, dated July 19, 2024.
- Exhibit B-2 – Attorney General Liz Murrill's Facebook post, dated July 19, 2024.
- Exhibit B-3 – Attorney General Liz Murrill's Facebook post, dated July 24, 2024.

- Exhibit B-4 – Policies/Bulletins, Louisiana State Board of Elementary and Secondary Education website.

- Exhibit B-5 – Louisiana Department of Education's 2023-2024 Charter School Assurances.

Date: August 27, 2024

Respectfully submitted,

By: /s/ Charles Andrew Perry
Charles Andrew Perry
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF LOUISIANA
Charles Andrew Perry
La. Bar No. 40906
PO Box 56157
New Orleans, LA 70156
(504) 522-0628
aperry@laaclu.org

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
Daniel Mach*
Heather L. Weaver*
915 15th Street, NW, Suite 600
Washington, DC 20005
(202) 675-2330
dmach@aclu.org
hweaver@aclu.org

AMERICANS UNITED FOR SEPARATION OF
CHURCH & STATE
Alex J. Luchenitser*
1310 L Street NW, Suite 200
Washington, DC 20005
(202) 466-7306
luchenitser@au.org

FREEDOM FROM RELIGION FOUNDATION
Patrick C. Elliott*
Samuel T. Grover*
PO Box 750
Madison, WI 53701

(608) 256-8900
Patrick@ffrf.org
sgrover@ffrf.org

SIMPSON THACHER & BARTLETT LLP
Jonathan K. Youngwood*
Janet A. Gochman*
Nicholas J. Prendergast*
Jordan T. Krieger*
425 Lexington Avenue
New York, NY 10017
(212) 455-2000
jyoungwood@stblaw.com
jgochman@stblaw.com
Nicholas.Prendergast@stblaw.com
Jordan.Krieger@stblaw.com

* Admitted *Pro Hac* Vice

*Counsel for Plaintiffs*