# Exhibit B-3



EXHIBIT 3