# Exhibit B-4

# Policies/Bulletins

### Policy Decisions

The Louisiana Board of Elementary and Secondary Education has the constitutional and statutory authority to make policy decisions that govern the public education system of the state. It also exercises budgetary responsibility for all funds appropriated or allocated by the state for schools under its jurisdiction.

Acting in its capacity as a quasi-legislative body, the Board adopts policies and regulatory rules which have the force and effect of law. The regulatory policies adopted by the Board are contained in the bulletins compiled by the Department of Education or BESE. In accordance with R.S. 49:950 et seq., the Administrative Procedure Act, all regulatory policies adopted by BESE are advertised as Notices of Intent and Rules in the *Louisiana Register*. Rules become part of the *Louisiana Administrative Code*, the official compilation of administrative rules published by state agencies and boards, when they are promulgated in the Louisiana Register. Title 28, Education, Part I (Board of Elementary and Secondary Education) of the *Louisiana Administrative Code* contains additional policies and operational procedures.

### Online Education Bulletins

Online regulatory publications (bulletins) are available through the *Louisiana Register*. Questions regarding the following bulletins should be directed to the LDE Policy Office at 225.342.3772. Links will be updated monthly as rules are adopted

### Rulemaking Docket (Act 401 Compliance)

BESE maintains an online Rulemaking Docket in compliance with Act 401 of the 2014 Regular Legislative Session, specifically the reporting requirements outlined in R.S. 49:957. The docket contains information on Notices of Intent, Emergency Rules and other current rulemaking activity. Click here to view the BESE Rulemaking Docket.

### Petition for Rulemaking

In accordance with R.S. 49:953(C)(1), any interested person may petition the BESE executive director in writing to adopt a new rule or amend or repeal an existing rule contained within the Louisiana Administrative Code, Title 28. For more information on submitting a rulemaking petition, see the 'Petition for Rulemaking' section on the Contact Us page.

**NOTE ON PUBLISHING FORMAT CHANGE:** The Office of the State Register (OSR) is transitioning to a new publishing format for policy bulletins, in which multiple bulletins will be published in a "book" of related policies. Please note that the BESE listing of policy bulletins below has changed to reflect the OSR's new format. Instead of individual document links for each bulletin, users may click on the appropriate book heading (Part XI, XIII, etc.) and refer to the page number provided for each listed bulletin to access the policy.

**Part I. BESE/8(g) Operations**
Revised May 2024
*Contents include:*

Subpart 1. Board of Elementary and Secondary Education (The BESE Code)                                   pp. 1-20

Subpart 3. Louisiana Quality Education Support Fund - 8(g) Program                                       pp. 21-29

**Part XI. Accountability/Testing**
Revised July 2024
*Contents include:*

| | |
|---|---|
| **Bulletin 111** - The Louisiana School, District, and State Accountability System | pp. 1-29 (Subpart 1) |
| **Bulletin 118** - Statewide Assessment Standards and Practices | pp. 30-58 (Subpart 3) |
| **Bulletin 127** - LEAP Connect Assessment, Louisiana Connectors for Students with Significant Cognitive Disabilities | pp. 59-116 (Subpart 5) |

*Note: The following policy bulletins have not yet been consolidated into OSR's new "book" format.*
*Please click on the individual bulletin links to access the currently published version of the desired policy.*

### Part XIII. Administrative

**Bulletin 119** - Louisiana School Transportation Specifications and Procedures     - -
Revised February 2024

**Bulletin 135** - Health and Safety     - -
Revised July 2024

**Bulletin 741** - Louisiana Handbook for School Administrators     - -
Revised July 2024

**Bulletin 741 (Nonpublic)** - Louisiana Handbook for Nonpublic School Administrators     - -
Revised July 2024

**Bulletin 1566** - Pupil Progression Policies and Procedures     - -
Revised July 2024

**Bulletin 1674** - Safety manual for Career and Technical Education Programs     - -
Revised January 2007

**Bulletin 1929** - Louisiana Accounting and Uniform Governmental Handbook     - -
Revised July 2014

### Part XIV. Parental Options/Enhancements

**Bulletin 126** - Charter Schools     - -
Revised July 2024

**Bulletin 129** - The Recovery School District     - -
Revised January 2022

**Bulletin 131** - Alternative Education Schools/Programs Standards     - -
Revised March 2021

**Bulletin 132** - Louisiana Course Choice Program     - -
Adopted December 2014

**Bulletin 133** - Scholarship Programs     - -
Revised January 2022

**Bulletin 134** - Tuition Donation Rebate Program     - -
Revised December 2017

**Bulletin 138** - Jump Start Program     - -
Revised October 2015

### XV. Special Education

**Bulletin 1508** - Pupil Appraisal Handbook     - -
Revised July 2023

**Bulletin 1530** - Louisiana's IEP Handbook for Students with Exceptionalities     - -
Revised January 2023

**Bulletin 1573** - Complaint Management Procedures     - -
Revised April 2024

**Bulletin 1706** - Regulations for Implementation of the Children with Exceptionalities Act     - -
Revised January 2022

**Bulletin 1903** - Louisiana Handbook for Students with Dyslexia
Revised May 2024

**Bulletin 1922** - Compliance Monitoring Procedures
Revised May 2024                                                                                                                                                           - -

## XVI. Teacher Preparation/Certification/Evaluation

**Bulletin 121** - Students Teaching and Reaching (STAR) Content Standards Curriculum Framework
Revised July 2008                                                                                                                                                           - -

**Bulletin 125** - Standards for Educational Leaders in Louisiana
Revised February 2019                                                                                                                                                      - -

**Bulletin 130** - Regulations for the Evaluation and Assessment of School Personnel
Revised July 2024                                                                                                                                                           - -

**Bulletin 746** - Louisiana Standards for State Certification of School Personnel
Revised July 2024                                                                                                                                                           - -

**Bulletin 996** - Standards for Approval of Teacher and/or Educational Leader Preparation Programs
Revised January 2024                                                                                                                                                       - -

## XVII. Early Childhood

**Bulletin 136** - Louisiana Standards for Early Childhood Care and Education Programs
Revised July 2024                                                                                                                                                           - -

**Bulletin 137** - Louisiana Early Learning Center Licensing Regulations
Revised July 2024                                                                                                                                                           - -

**Bulletin 139** - Louisiana Child Care and Development Fund Programs
Revised July 2024                                                                                                                                                           - -

**Bulletin 140** - Louisiana Early Childhood Care and Education Network
Revised October 2023                                                                                                                                                        - -

## XIX. Content Standards

**Bulletin 102** - Louisiana Physical Education Content Standards
Revised November 2017                                                                                                                                                      - -

**Bulletin 103** - Louisiana Health Education Content Standards
Revised July 2011                                                                                                                                                           - -

**Bulletin 104** - Louisiana K-12 Educational Technology Standards
Revised May 2009                                                                                                                                                            - -

**Bulletin 106** - Agriculture Education Content Standards Curriculum Framework
Revised August 2022                                                                                                                                                         - -

**Bulletin 107** - Health Occupations Content Standards Curriculum Framework
Revised December 2003                                                                                                                                                      - -

**Bulletin 108** - Marketing Education Content Standards Curriculum Framework
Revised December 2003                                                                                                                                                      - -

**Bulletin 109** - Family and Consumer Sciences Content Standards Curriculum Framework
Revised December 2003                                                                                                                                                      - -

**Bulletin 110** - Technology Education Content Standards Curriculum Framework
Revised December 2004                                                                                                                                                      - -

**Bulletin 112** - Louisiana Connectors for English Language Learners
Revised May 2017                                                                                                                                                            - -

**Bulletin 114** - Trade and Industrial Education Content Standards Curriculum Framework (Automotive, Carpentry, and Welding)
Revised December 2004                                                                                                                                                      - -

**Bulletin 115** - Trade and Industrial Education Content Standards Curriculum Framework (Drafting; Electricity; and Heating, Ventilating, Air Conditioning, and Refrigeration)
Revised April 2006                                                                                                                                                          - -

**Bulletin 116** - Louisiana Classical Languages Content Standards
Revised July 2005                                                                                                                          - -

**Bulletin 122** - Trade and Industrial Education Curricula
Revised July 2006                                                                                                                          - -

**Bulletin 128** - Entrepreneurship Content Standards Curriculum Framework
Revised July 2008                                                                                                                          - -

**Bulletin 141** - Louisiana Standards for English Language Arts
Adopted July 2016

**Bulletin 142** - Louisiana Standards for Mathematics
Adopted July 2016

**Bulletin 1962** - Louisiana Science Content Standards
Revised July 2017                                                                                                                          - -

**Bulletin 1963** - Louisiana Arts Content Standards
Revised February 2004                                                                                                                   - -

**Bulletin 1964** - Louisiana Social Studies Content Standards
Revised July 2022                                                                                                                          - -

**Bulletin 1977** - Business Education Content Standards Curriculum Framework
Revised May 2004                                                                                                                           - -

Louisiana State Board of Elementary and Secondary Education
1201 North Third Street
Baton Rouge, LA 70802

Follow BESE on X