UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| REVEREND DARCY ROAKE and ADRIAN VAN YOUNG, on behalf of themselves and on behalf of their minor children, A.V. and S.V., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CADE BRUMLEY, in his official capacity as the Louisiana State Superintendent of Education, et al.,<br><br>Defendants. | CIVIL ACTION NO.<br>3:24-cv-00517-JWD-SDJ |

# **EXHIBIT LIST**

Plaintiffs submit this exhibit list and the exhibits listed below to accompany their Combined Memorandum in Opposition to Defendant Orleans Parish School Board's Motion to Dismiss and Reply in Support of Plaintiffs' Motion for Preliminary Injunction (ECF No. 46):

- Exhibit A – Declaration of Chloe Slater.

- Exhibit A-1 – June 4, 2024 NOLA-PS Press Release.

- Exhibit A-2 – OPSB Policy HA, "School Board Chartering Authority," rev. Feb. 26, 2024.

- Exhibit A-3 – OPSB Policy HAA, "Charter School Operating Agreement," rev. Nov. 16, 2023.

- Exhibit A-4 – Charter School Agreement Between Orleans Parish School Board and Advocates for Arts-Based Education Corporation, July 2021 ("Willow School Charter Agreement").

- Exhibit A-5 – New Orleans Public School 2022-2023 Governance Chart.

- Exhibit A-6 – OPSB Policy HB, "Oversight and Evaluation of Charter Schools," rev. Nov. 16, 2023.

- Exhibit A-7 – OPSB Policy HH, "Student Safety and Well-Being," Aug. 17, 2023.

- Exhibit A-8 – OPSB Policy BBC, "School Board Committees," rev. Nov. 19, 2020.

- Exhibit A-9 – "Charter School Agreement Between Orleans Parish School Board and Legacy of Excellence, Inc.," June 2023.

- Exhibit A-10 – NOLA Public Schools 2024–25 Charter School Assurances.

Date: August 27, 2024

Respectfully submitted,

By: */s/ Charles Andrew Perry*
Charles Andrew Perry
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF LOUISIANA
Charles Andrew Perry
La. Bar No. 40906
PO Box 56157
New Orleans, LA 70156
(504) 522-0628
aperry@laaclu.org

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
Daniel Mach*
Heather L. Weaver*
915 15th Street, NW, Suite 600
Washington, DC 20005
(202) 675-2330
dmach@aclu.org
hweaver@aclu.org

AMERICANS UNITED FOR SEPARATION OF
CHURCH & STATE
Alex J. Luchenitser*
1310 L Street NW, Suite 200
Washington, DC 20005
(202) 466-7306
luchenitser@au.org

FREEDOM FROM RELIGION FOUNDATION
Patrick C. Elliott*
Samuel T. Grover*
PO Box 750
Madison, WI 53701
(608) 256-8900
Patrick@ffrf.org
sgrover@ffrf.org

SIMPSON THACHER & BARTLETT LLP
Jonathan K. Youngwood*
Janet A. Gochman*
Nicholas J. Prendergast*
Jordan T. Krieger*
425 Lexington Avenue
New York, NY 10017
(212) 455-2000
jyoungwood@stblaw.com
jgochman@stblaw.com
Nicholas.Prendergast@stblaw.com
Jordan.Krieger@stblaw.com

* Admitted *Pro Hac* Vice

*Counsel for Plaintiffs*