# EXHIBIT A

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

REVEREND DARCY ROAKE and ADRIAN VAN YOUNG, on behalf of themselves and on behalf of their minor children, A.V. and S.V., et al.,

    Plaintiffs,

    v.

CADE BRUMLEY, in his official capacity as the Louisiana State Superintendent of Education, et al.,

    Defendants.

CIVIL ACTION NO.
3:24-cv-00517-JWD-SDJ

**DECLARATION OF CHLOE L.M. SLATER IN SUPPORT OF PLAINTIFFS' COMBINED MEMORANDUM IN OPPOSITION TO DEFENDANT ORLEANS PARISH SCHOOL BOARD'S MOTION DISMISS AND REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

I, Chloe L.M. Slater, declare as follows pursuant to 18 U.S.C. § 1746:

1. I am a paralegal at the law firm of Simpson Thacher & Bartlett LLP, counsel for Plaintiffs in the above-captioned case. I have personal knowledge of the facts set forth herein and, if called upon, could and would competently testify thereto.

2. I submit this declaration in support of Plaintiffs' Memorandum in Opposition to Defendant Orleans Parish School Board's Motion to Dismiss and Reply in Support of Plaintiffs' Motion for Preliminary Injunction.

3. On August 20, 2024, I downloaded and prepared Exhibit 1, and I affirm that it is a true and correct copy of a NOLA Public Schools ("NOLA-PS") Press Release, dated June 4, 2024.

I downloaded Exhibit 1 from the official website for NOLA-PS. As of the date of this declaration, the release was available online at https://www.nolapublicschools.com/news-blog/nola-public-schools-open-enrollment-opens-wednesday. The printable version, attached as Exhibit 1, is available online at https://www.nolapublicschools.com/news-blog/nola-public-schools-open-enrollment-opens-wednesday?tmpl=component&print=1&format=print.

4. On August 26, 2024, I downloaded and prepared Exhibit 2, and I affirm that it is a true and correct copy of Policy HA, "School Board Chartering Authority," revised on February 26, 2024, of the Orleans Parish School Board ("OPSB"). I downloaded Exhibit 2 from OPSB's official BoardDocs page, where OPSB makes available to the public its meeting agendas and minutes, policies, and other resources. The BoardDocs landing page for OPSB is available online at https://go.boarddocs.com/la/nops/Board.nsf/Public.

5. On August 20, 2024, I downloaded and prepared Exhibit 3, and I affirm that it is a true and correct copy of OPSB's Policy HAA, "Charter School Operating Agreement," revised on November 16, 2023. I downloaded Exhibit 3 from OPSB's official BoardDocs page.

6. On August 20, 2024, I downloaded and prepared Exhibit 4, and I affirm that it is a true and correct copy of a "Charter School Agreement Between OPSB and Advocates for Arts-Based Education Corporation," dated July 2021. I downloaded Exhibit 4 from the official website for NOLA-PS. As of the date of this declaration, the document was available at https://nolapublicschools.com/documents/charter-operating-agreements (scroll down to "Lusher-COA").

7. On August 20, 2024, I downloaded and prepared Exhibit 5, and I affirm that it is a true and correct copy of the "New Orleans Public School 2022-2023 Governance Chart," noting the Lusher Charter School's change in name to The Willow School. I downloaded Exhibit 5 from

the official website for NOLA-PS. As of the date of this declaration, the document was available at https://nolapublicschools.com/documents/resources/governance-charts (scroll down to "Governance Chart 2022-2023").

8. On August 20, 2024, I downloaded and prepared Exhibit 6, and I affirm that it is a true and correct copy of OPSB's Policy HB, "Oversight and Evaluation of Charter Schools," revised November 16, 2023. I downloaded Exhibit 6 from OPSB's official BoardDocs page.

9. On August 26, 2024, I downloaded and prepared Exhibit 7, and I affirm that it is a true and correct copy of OPSB's Policy HH, "Student Safety and Well-Being," dated August 17, 2023. I downloaded Exhibit 7 from OPSB's official BoardDocs page.

10. On August 20, 2024, I downloaded and prepared Exhibit 8, and I affirm that it is a true and correct copy of OPSB's Policy BBC, "School Board Committees," revised November 19, 2020. I downloaded Exhibit 8 from OPSB's official BoardDocs page.

11. On August 20, 2024, I downloaded and prepared Exhibit 9, and I affirm that it is a true and correct copy of a "Charter School Agreement Between Orleans Parish School Board and Legacy of Excellence, Inc.," dated June 2023. I downloaded Exhibit 9 from the official website for NOLA-PS. As of the date of this declaration, the document was available at https://nolapublicschools.com/documents/charter-operating-agreements (scroll down to "Franklin Elem COA").

12. On August 20, 2024, I downloaded and prepared Exhibit 10, and I affirm that it is a true and correct copy of the "NOLA-PS 2024-2025 Charter School Assurances," revised May 31, 2022. I downloaded Exhibit 10 from the official website for NOLA-PS. As of the date of this declaration, the release was available online at

https://www.nolapublicschools.com/schools/portal/accountability (scroll down to "Charter School Policy Assurances SY24-25").

    I declare under penalty of perjury that the foregoing is true and correct.

                                              Executed on August 26, 2024.

                                              Chloe L.M. Slater