# EXHIBIT A-1

Case 3:24-cv-00517-JWD-SDJ    Document 51-2    08/27/24    Page 2 of 3

# NOLA Public Schools' Open Enrollment Opens Wednesday

Jun 04 Posted by **Taslin Alfonzo** in Press Releases

**(New Orleans – June 4, 2024)** — Open Enrollment through NOLA Public Schools' Common Application Process (NCAP) officially opens Wednesday, June 5th for the 2024-2025 school year. This annual process is for children in grades Kindergarten through 12 who are enrolling in NOLA Public Schools (NOLA-PS) and did not have a chance to enroll during NOLA-PS' Main Round or would like to choose another school.

Ensuring seamless access to the K-12 seats is a priority for our district. During Open Enrollment, families complete an online form to enroll directly in a school with available seats. Families can explore schools, learn about the common application process, and complete the NCAP at nolapublicschools.com. Click on the "Enroll" button on NOLA-PS' homepage, to access the NOLA-PS unified enrollment information center: Enrollnolaps.com. This site has information about open enrollment.

The common application process is central to the NOLA-PS unified enrollment system and aligned to our commitment that every child, every day can participate in a high-quality program that fosters their individual capabilities.

**Using the "Enroll" button at nolapublicschools.com, families can research schools and submit an application if their child meets any of the following criteria:**

- All students who turn 5 years old by Sept. 30, 2024, must enroll and attend Kindergarten per state law!
- The student is new to New Orleans or new to public schools.
- The student is seeking to transfer from their current school to a new school for the 2024-2025 school year.
- The student is in a transitional grade, meaning their current school does not offer their expected grade in the next school year. This category mostly applies to PK-4 and 8th grade students who must choose a new school.
- Families who wish to attend the new **Leah Chase School**, the district's first new direct-run traditional public school in nearly two decades, are welcome to enroll and are guaranteed a seat.

Before choosing a new school in Open Enrollment for the 2024-2025 school year, NOLA-PS encourages families to research school choices. To assist in this process, we provide several resources at Enrollnolaps.com:

- **Explore Schools tool (nola.ps/explore):** K-12 and Early Childhood school profiles provide information on school location, grades served, school performance, and extracurricular activities.
- **Guidance for Families:** Additional online videos and interactive resources are available and can assist you in making smart school choices, filling out the NCAP, and more.

Families who did not participate in the Main Round are welcome to participate in open enrollment, although it is important to note that some schools may have full rosters from the Main Round.

Have more questions? Send an email at enroll@nolapublicschools.com for help!

###

**About NOLA Public Schools:** NOLA Public Schools is the public school district for Orleans Parish. It includes the district's administration and elected school board, known as the Orleans Parish School Board. NOLA Public Schools currently oversees 67 public schools and is led by Superintendent Dr. Avis Williams, the first woman in the District's 181 years to serve as its permanent superintendent.

For more information, visit **www.nolapublicschools.com.** For updates, follow NOLA Public Schools on **Facebook** @NOLAPublicSchools**, Instagram** @nolaps and **Twitter** @NOLAPSchools.

PRINT