# EXHIBIT A-5

# NEW ORLEANS PUBLIC SCHOOLS
## 2022 - 2023
### GOVERNANCE CHART

## New Orleans Public Schools (NOLA-PS): 71 Schools

### Algiers Charter School Association
- L. B. Landry High School (9-12)
- Martin Behrman Charter School Academy of Creative Arts and Sciences (PK4-8)

### Advocates for Academic Excellence in Education
- Benjamin Franklin High School (9-12)

### Advocates for Arts-Based Education
- The Willow School (K-12)

### Advocates for Innovative Schools
- Robert Russa Moton Charter School (PK4-8)

### Advocates for Science & Mathematics Education
- New Orleans Charter Science and Math High School (9-12)

### ARISE
- Mildred Osborne Charter School (K-8)

### Bricolage Academy
- Bricolage Academy (PK4-8)

### Collegiate Academies
- Abramson Sci Academy (9-12)
- G.W. Carver High School (9-12)
- Livingston Collegiate Academy (9-12)
- Opportunities Academy (11-12)
- Rosenwald Collegiate Academy (9-12)

### Community Academies of New Orleans
- Esperanza Charter School (K-8)
- Foundation Preparatory Charter School (K-8)
- Lafayette Academy Charter School (PK4-8)

### Community Leaders Advocating Student Success, Inc.
- Fannie C. Williams Charter School (PK4-8)

### Crescent City Schools
- Akili Academy of New Orleans (PK4-8)
- Harriet Tubman Charter School (PK4-8)
- Dorothy Height Charter School (PK4-8)

### Educators for Quality Alternatives
- The NET Charter High School: Central City (Alternative School) (8-12)
- The NET Charter High School: East (Alternative School) (8-12)
- The NET Charter High School: Gentilly (Alternative School) (8-12)

### Élan Academy
- Élan Academy (PK4-7)

### Encore Academy
- Encore Academy (PK4-8)

### FirstLine Schools
- Arthur Ashe Charter School (K-8)
- Langston Hughes Academy (PK4-8)
- Phillis Wheatley Community School (PK4-8)
- Samuel J. Green Charter School (PK4-8)

### French and Montessori
- Audubon Charter School: Gentilly (PK4-6)
- Audubon Charter School (PK4-8)

### Friends of King
- Dr. Martin Luther King Jr. Charter School (PK4-12)

### Hynes Charter School Corporation
- Edwards Hynes Charter School - Lakeview (PK3-8)
- Edwards Hynes Charter School - Parkview (K-8)
- Edwards Hynes Charter School - UNO (K-3)

### InspireNOLA
- Alice M. Harte Charter School (PK4-8)
- Andrew H. Wilson Charter School (PK4-8)
- Dwight D. Eisenhower Charter School (PK4-8)
- Edna Karr High School (9-12)
- Eleanor McMain Secondary School (9-12)
- McDonogh 35 Senior High School (9-12)
- McDonogh 42 Elementary Charter School (PK4-8)
- Pierre A. Capdau at Avery Alexander Charter School (PK4-8)

### Institute for Academic Excellence
- Sophie B. Wright High School (9-12)

### KIPP New Orleans
- KIPP Believe (K-8)
- Booker T. Washington High School (9-12)
- Frederick A. Douglass High School (9-12)
- John F. Kennedy High School (9-12)
- KIPP Central City (PK4-8)
- KIPP East (PK4-8)
- KIPP Leadership (PK4-8)
- KIPP Morial (PK4-8)

### Legacy of Excellence, Inc.
- Benjamin Franklin Elementary Mathematics and Science School (PK4-8)

### Living School Charter
- Living School (9-12)

### Lyceum Schools, Inc.
- Delores Taylor Arthur School for Young Men (8-10)

### Morris Jeff Community School
- Morris Jeff Community School (PK4-12)

### New Orleans College Prep
- Walter L. Cohen College Prep (9-12)

### ReNEW
- ReNEW Dolores T. Aaron Academy (PK4-8)
- ReNEW Laurel Elementary (PK4-8)
- ReNEW Schaumburg Elementary (PK4-8)

### Rooted School
- Rooted School (9-12)

### Significant Educators, Inc
- Mary McLeod Bethune Elementary Charter School (PK4-8)

### Success Preparatory Academy
- Success at Thurgood Marshall (PK4-8)

### The Citizens' Committee for Education
- Homer A. Plessy Community School (PK4-8)

### The Council for Quality Education
- Lake Forest Elementary Charter School (K-8)

### The Einstein Group
- Einstein Charter Middle School at Sarah Towles Reed (7-8)
- Einstein Charter School at Sherwood Forest (PK4-6)
- Einstein Charter School at Village de l'Est (PK4-6)
- Sarah Towles Reed High School (9-12)

### Warren Easton Charter High School Foundation
- Warren Easton High School (9-12)

### Young Audiences Charter Schools
- Young Audiences Charter School at Lawrence D. Crocker (PK4-8)

### NOLA-PS Contract Schools
- Travis Hill School (6-12)

## BESE Schools: 6 Schools
- International High School of New Orleans (9-12)
- International School of Louisiana (K-8)
- Lycee Francais de la Nouvelle-Orleans (PK4-12)
- New Harmony High (9-12)
- New Orleans Military and Maritime Academy (8-12)
- Noble Minds Institute for Whole Child Learning (K-7)

## State Legislature: 1 School
- New Orleans Center for Creative Arts (9-12)

## Changes for 2022 - 2023

### Name Changes
- Dorothy Height Charter School (Formerly Paul Habans)
- ReNEW Laurel Elementary (Formerly ReNEW Laurel SciTech)
- The Willow School (Formerly Lusher)

### School Closures
- ARISE Academy (ARISE)
- James M. Singleton Charter School (Dryades YMCA)
- Live Oak Academy (FirstLine Schools)
- Oscar Dunn (IDEA Public Schools New Orleans)

*Note: There are five independently operated schools under the NOLA-PS LEA -- Benjamin Franklin Mathematics and Science School, Delores T. Arthur School for Young Men, Élan Academy, Mary McLeod Bethune Elementary School of Literature and Technology, & Travis Hill School.*