# EXHIBIT G-10

**162**   NEW SECOND READER.

### LESSON LXXI.

| | | | |
|---|---|---|---|
| neigh | be-fore′ | ab-stain′ | fret′ful |
| neigh′bor | be-hind′ | un-clean′ | will′ful |
| neigh′bors | pro-fane′ | sab′bath | thy-self′ |

### TEN COMMANDMENTS IN VERSE.

1. THOU no gods shalt have but me.
2. Before no idol bend the knee.
3. Take not the name of God in vain.
4. Dare not the sabbath-day profane.
5. Give to thy parents honor due.
6. Take heed that thou no murder do.
7. Abstain from words and deeds unclean.
8. Steal not, for thou by God art seen.
9. Tell not a willful lie, nor love it.
10. What is thy neighbor's do not covet.

WITH all thy soul love God above;
And as thyself thy neighbor love.

THE END.

# EXHIBIT G-11

A moving radiance twinkles.  Evening yields
The world to night; not in her winter robe
Of massy Stygian woof, but loose array'd
In mantle dun.  A faint erroneous ray,
Glanced from the imperfect surfaces of things,
Flings half an image on the straining eye;
While wavering woods, and villages, and streams,
And rocks, and mountain-tops, that long retain'd
The ascending gleam, are all one swimming scene,
Uncertain if beheld.

7.                    Sudden to heaven
Thence weary vision turns, where, leading soft
The silent hours of love, with purest ray
Sweet Venus shines; and from her genial rise,
When daylight sickens till it springs afresh,
Unrival'd reigns, the fairest lamp of night.

---

### XXIV. — THE MORAL LAW.

1. THERE was once a lawyer, who was a very profane
man, and a skeptic.  On a certain occasion he asked another
lawyer what books he should read on the evidences of
Christianity.  He was advised to read, in the first instance,
the Bible itself; inasmuch as most infidels are very igno-
rant of it; and furthermore, in order to reason correctly
on any subject, it is necessary to understand what it is that
we reason about.

2. It was stated to him also, that the internal evidences
of the Bible are even stronger than the external.  He was
advised to begin his perusal of the Bible with the book
of Genesis.  This advice was complied with: the aid of
commentaries, and of his legal friend, was employed in
solving difficulties.

3. One evening, some time after this course of study was
commenced, the Christian lawyer called on his skeptical
friend, and found him walking his room; and so profoundly
engaged in thought that his own entrance into the room

Generated on 2024-08-28 15:34 GMT  /  https://hdl.handle.net/2027/ucbk.ark:/28722/h2nv99v6w
Public Domain  /  http://www.hathitrust.org/access_use#pd

Digitized by
UNIVERSITY OF CALIFORNIA

Original from
UNIVERSITY OF CALIFORNIA

Case 3:24-cv-00517-JWD-SDJ     Document 54-2     08/30/24     Page 5 of 55

was not noticed, until he asked his friend what it was that occupied his attention. The skeptic replied, "I have been reading the moral law." "Well, what do you think of it?" asked the other. "I will tell you what I *used* to think of it," said the skeptic. "I supposed that Moses was the leader of a horde of banditti; that having a strong mind, he acquired great influence over a superstitious people; and that on Mount Sinai he played off some sort of fireworks, to the amazement of his ignorant followers, who imagined, in their mingled fear and superstition, that the exhibition was supernatural."

4. "But what do you think now?" followed his friend. "I have been looking," replied the skeptic, "into the *nature of that law*. I have been trying to see whether I can add any thing to it, or take any thing from it, so as to make it better. Sir, I can not: *it is perfect*.

5. "The First Commandment," continued he, "directs us to make the Creator the object of supreme love and reverence. That is right: if he be our creator, preserver, and supreme benefactor, we ought to treat him, and *no other*, as such. The Second Commandment forbids idolatry: that precept certainly is right. The Third, with equal justness, forbids profanity.

6. "The Fourth fixes a time for religious worship. If there be a God, he ought certainly to be worshiped: it is suitable that there should be an outward homage, significant of our inward regard. If God is to be worshiped, it is proper that some *time* should be set apart for that purpose, when all may worship him harmoniously, and without interruption. One day in seven is certainly not too much; and I do not know that it is too little. The Fifth defines the peculiar duties arising from family relations.

7. "Injuries to our *neighbor* are then classified by the moral law. They are divided into offenses against life, chastity, property, and character; and," said he, "I notice that the greatest offense in each class is expressly forbidden. Thus, the greatest injury to life is murder: to chastity, adultery: to property, theft: to character, perjury. Now the greater offense must include the lesser of the

Generated on 2024-08-28 15:34 GMT  /  https://hdl.handle.net/2827/ucbk.ark:/28722/h2nv99v6w
Public Domain  /  http://www.hathitrust.org/access_use#pd

Digitized by
UNIVERSITY OF CALIFORNIA

Original from
UNIVERSITY OF CALIFORNIA

same kind. Murder must include every injury to life; adultery, every injury to purity; and so of the rest; and the moral code is closed and perfected by a prohibition, forbidding *every improper desire* in regard to our neighbor.

8. "I have been thinking," he proceeded, "WHERE MOSES GOT THAT LAW. I have read history. The Egyptians and the adjacent nations were idolaters; so were the Greeks and Romans; and the wisest and best of Greeks or Romans never gave a code of morals like this. Where did Moses get this law, which surpasses the wisdom and philosophy of the most enlightened ages? He lived at a period comparatively barbarous.

9. "Yet he has given a law, in which the learning and sagacity of all subsequent times can detect no flaw. Where did he get it? He could not have soared so far above his age as to have devised it himself; I am satisfied where he obtained it: IT MUST HAVE COME FROM HEAVEN. I am convinced of the truth of the religion of the Bible."

---

## XXV. — AND WHAT THEN?

1. A STORY is told of a good man who was living at a university, when a young man, whom he had known as a boy, ran up to him with a face full of delight, and told him that what he had long been wishing above all things in the world was at length fulfilled; his parents having just given him leave to study law; and thereupon he had come to the law school at his university on account of his great fame, and meant to spare no labor or pains in getting through his studies as quickly and as well as possible. In this way he ran on a long time; and when at last he came to a stop, the holy man, who had been listening to him with great patience and kindness, said · "Well, and when you have got through your course of studies, what do you mean to do then?"

2. "Then I shall take my doctor's degree," answered the young man. "And what then?" asked he. "And then," continued the youth, "I shall have a number of difficult

Generated on 2024-08-28 15:34 GMT  /  https://hdl.handle.net/2827/ucbk.ark:/28722/h2nv99v6w
Public Domain  /  http://www.hathitrust.org/access_use#pd

Digitized by
UNIVERSITY OF CALIFORNIA

Original from
UNIVERSITY OF CALIFORNIA

# EXHIBIT G-12

Case 3:24-cv-00517-JWD-SDJ    Document 54-2    08/30/24    Page 8 of 55

5. Re-vile', *to speak against without cause.* Pĕr'se-cūte, *to punish on account of religion.* 6. For-swear', *to swear falsely.* 9. Despīte'ful-ly, *maliciously, cruelly.* 10. Pŭb'li-cans, *tax collectors* (they were often oppressive and were hated by the Jews). 11. Mēte, *to measure.* Mōte, *a small particle.* 12. Hўp'o-crīte, *n false pretender.* 17. Scrībes, *men among the Jews who read and explained the law to the people.*

EXERCISES.—Who delivered this sermon? Who are blessed? and why? Is it right to swear? How should we treat our enemies? Should we judge others harshly? What does Jesus say of him who finds faults in his neighbor, but does not see his own? What is said about prayer? About our conduct to others?

---

### LXXIV. THE YOUNG WITNESS.

#### BY S. H. HAMMOND.

1. A LITTLE girl nine years of age was brought into court, and offered as a witness against a prisoner who was on trial for a crime committed in her father's house.

2. "Now, Emily," said the counsel for the prisoner, "I wish to know if you understand the nature of an oath?"

3. "I don't know what you mean," was the simple answer.

4. "Your Honor," said the counsel, addressing the judge, "it is evident that this witness should be rejected. She does not understand the nature of an oath."

5. "Let us see," said the judge. "Come here, my daughter."

6. Assured by the kind tone and manner of the judge, the child stepped toward him, and looked con-

208 *ECLECTIC SERIES.*

fidingly in his face, with a calm, clear eye, and in a manner so artless and frank that it went straight to the heart.

7. "Did you ever take an oath?" inquired the judge.

8. The little girl stepped back with a look of horror; and the red blood rose and spread in a blush all over her face and neck, as she answered, "No, sir." She thought he intended to ask if she had ever used profane language.

9. "I do not mean that," said the judge, who saw her mistake; "I mean were you ever a witness?"

10. "No, sir; I never was in court before," was the answer.

11. He handed her the Bible open. "Do you know that book, my daughter?"

12. She looked at it and answered, "Yes, sir; it is the Bible."

13. "Do you ever read in it?" he asked.

14. "Yes, sir; every evening."

15. "Can you tell me what the Bible is?" inquired the judge.

16. "It is the word of the great God," she answered.

17. "Well," said the judge, "place your hand upon this Bible, and listen to what I say;" and he repeated slowly and solemnly the following oath: "Do you swear that in the evidence which you shall give in this case, you will tell the truth, and nothing but the truth; and that you will ask God to help you?"

18. "I do," she replied.

19. "Now," said the judge, "you have been sworn as a witness; will you tell me what will befall you if you do not tell the truth?"

20. "I shall be shut up in the state-prison," answered the child.

21. "Any thing else?" asked the judge.

22. "I shall never go to heaven," she replied.

23. "How do you know this?" asked the judge again.

24. The child took the Bible, turned rapidly to the chapter containing the commandments, and, pointing to the one which reads, "Thou shalt not bear false witness against thy neighbor," said, "I learned that before I could read."

25. "Has any one talked with you about being a witness in court here against this man?" inquired the judge.

26. "Yes, sir," she replied, "my mother heard they wanted me to be a witness; and last night she called me to her room, and asked me to tell her the Ten Commandments; and then we kneeled down together, and she prayed that I might understand how wicked it was to bear false witness against my neighbor, and that God would help me, a little child, to tell the truth as it was before him.

27. "And when I came up here with father, she kissed me, and told me to remember the Ninth Commandment, and that God would hear every word that I said."

28. "Do you believe this?" asked the judge, while a tear glistened in his eye, and his lip quivered with emotion.

29. "Yes, sir," said the child, with a voice and manner which showed that her conviction of the truth was perfect.

30. "God bless you, my child," said the judge, "you have a good mother. The witness is compe-

(4.—14.)

tent," he continued. "Were I on trial for my life, and innocent of the charge against me, I would pray God for such a witness as this. Let her be examined."

31. She told her story with the simplicity of a child, as she was; but her voice and manner carried conviction of her truthfulness to every heart.

32. The lawyers asked her many perplexing questions, but she did not vary in the least from her first statement.

33. The truth, as spoken by a little child, was sublime. Falsehood and perjury had preceded her testimony; but before her testimony, falsehood was scattered like chaff.

34. The little child, for whom a mother had prayed for strength to be given her to speak the truth as it was before God, broke the cunning device of matured villainy to pieces, like a potter's vessel. The strength that her mother prayed for was given her; and the sublime and terrible simplicity,—terrible to the prisoner and his associates,—was like a revelation from God himself.

DEFINITIONS.—1. Wĭt′ness, *one who gives testimony.* Commĭt′ted, *done, performed.* 2. Coun′sel, *a lawyer.* 4. Re-jĕct′ed, *refused.* 6. As-sured′, *made bold.* Con-fīd′ing-ly, *with trust.* 8. Pro-fāne′, *irreverent, taking the name of God in vain.* 33. Pĕr′ju-ry, *the act of willfully making a false oath.* Chăff, *the light dry husk of grains or grasses.* 34. Ma-tūred′, *perfected, fully developed.* Pŏt′ter, *one whose occupation is to make earthen vessels.* Rĕv-e-lā′tion, *the act of disclosing or showing what was before unknown.*

EXERCISES.—What is this story about? Why did the counsel wish to have Emily refused as a witness? Was she a fit person to be a witness? How was this shown? Which commandment forbids us to bear false witness? What was the result of Emily's testimony?

# EXHIBIT G-13

"Now," said he, "if I take it, I shall be a thief—and yet no bod-y sees me. No bod-y! Does not God see me? Could I ev-er a-gain be good? Could I then ev-er say my pray-ers a-gain to God? And what should I do when I came to die?"

---

## LESSON LIII.

| | | | | |
|---|---|---|---|---|
| fear | steal | leave | own-ed | small-est |
| jail | says | would | for-get | trem-bled |
| grew | knees | school | al-ways | yes-ter-day |
| crept | years | thieves | rob-bers | com-mand-ment |

---

### MORE A-BOUT THE CHIM-NEY SWEEP.

WHILE the lit-tle sweep was think-ing a-bout tak-ing the la-dy's watch, he felt cold all o-ver, and trem-bled with fear.

"No," said he, "I can not take this watch. I would rath-er be a sweep and al-ways be poor, than steal." And down he laid the watch and crept up the chim-ney.

Now the la-dy who own-ed the watch was just in the next room, and she could look through, and see and hear all that

Generated on 2024-08-28 15:48 GMT / https://hdl.handle.net/2027/osu.32435017792177
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
THE OHIO STATE UNIVERSITY

Case 3:24-cv-00517-JWD-SDJ    Document 54-2    08/30/24    Page 14 of 55

pass-ed. She did not say a-ny thing to the boy then, but let him go a-way.

The next day she sent for him, and when he came, she said to him, "Well, my lit-tle friend, why did you not take my watch yes-ter-day?" The lit-tle sweep then fell up-on his knees and told the la-dy all a-bout it.

Now, as the lit-tle sweep did not steal the gold watch, nor tell a-ny sto-ries a-bout it, the la-dy let him stay and live in her house. For ma-ny years she sent him to school, and when he grew up, he be-came a good man, and nev-er for-got the com-mand-ment which says, "Thou shalt not steal."

Had he ta-ken the la-dy's watch, he would have sto-len. Then he would have been sent to jail.

Let no lit-tle boy or girl ev-er take things with-out leave, for it is steal-ing; and they who steal are thieves.

You can not steal the small-est pin, with-out its be-ing a sin, nor with-out be-ing seen by that eye which nev-er sleeps.

Digitized by Google

Original from
THE OHIO STATE UNIVERSITY

Generated on 2024-08-28 15:48 GMT  /  https://hdl.handle.net/2027/osu.32435017792177
Public Domain, Google-digitized  /  http://www.hathitrust.org/access_use#pd-google

# EXHIBIT G-14

Case 3:24-cv-00517-JWD-SDJ     Document 54-2     08/30/24     Page 16 of 55

## LESSON XLI.

1. Mul'-ti-tude, a great number.
2. Bles'-sed, happy.
   Mer'-ci-ful, exercising mercy.
3. Per'-se-cu-ted, troubled or punished for religious opinions.

8. For-swear', to swear falsely.
9. De-spite'-ful-ly, maliciously.
10. Pub'-li-can, a collector of taxes. (These, among the Jews, were very bad men.)

### EXTRACT FROM THE SERMON ON THE MOUNT.

REMARK.—The words *Lord* and *God* are seldom pronounced with that full and solemn sound that is proper. *Lud* and *Lawerd*, and *Gud* and *Gawd*, are too frequently used instead of the proper sounds: if the pupil can learn to speak the three words, O — Lord — God, in a clear, full, and solemn tone, it will be worth no little attention.

ARTICULATE the *r* in the following words: *poor, their, hunger, are, pure, members, forswear, perform, earth, neither, heard, more, therefore, perfect.*  See Exercise IV., page 19.

1. AND seeing the multitude, He went up into a mountain: and when He was set, His disciples came unto Him: and He opened His mouth, and taught them, saying,

2. Blessed are the poor in spirit: for theirs is the kingdom of heaven.  Blessed are they that mourn: for they shall be comforted.  Blessed are the meek: for they shall inherit the earth.  Blessed are they which do hunger and thirst after righteousness: for they shall be filled.  Blessed are the merciful: for they shall obtain mercy.  Blessed are the pure in heart: for they shall see God.

3. Blessed are the peace-makers: for they shall be called the children of God.  Blessed are they which are persecuted for righteousness' sake: for theirs is the kingdom of heaven. Blessed are ye when men shall revile you, and persecute you, and shall say all manner of evil against you falsely, for my sake.  Rejoice and be exceeding glad; for great is your reward in heaven; for so persecuted they the prophets which were before you.

4. Think not that I am come to destroy the law, or the prophets: I am not come to destroy, but to fulfill.  For verily

I say unto you, Till heaven and earth pass, one jot or one tittle shall in no wise pass from the law, till all be fulfilled.

5. Whosoever, therefore, shall break one of these least commandments, and shall teach men so, he shall be called least in the kingdom of heaven; but whosoever shall do, and teach them, the same shall be called great in the kingdom of heaven.  For I say unto you, That except your righteousness exceed the righteousness of the Scribes and Pharisees, ye shall in no case enter into the kingdom of heaven.

6. Ye have heard that it was said by them of old time, Thou shalt not kill; and whosoever shall kill, shall be in danger of the judgment.  But I say unto you, That whosoever is angry with his brother without a cause, shall be in danger of the judgment: and whosoever shall say to his brother, Raca, shall be in danger of the council: but whosoever shall say, Thou fool, shall be in danger of hell-fire.

7. If thy right eye offend thee, pluck it out, and cast it from thee: for it is profitable for thee that one of thy members should perish, and not that thy whole body should be cast into hell.  If thy right hand offend thee, cut it off, and cast it from thee: for it is profitable for thee that one of thy members should perish, and not that thy whole body should be cast into hell.

8. Again, ye have heard that it hath been said by them of old time, Thou shalt not forswear thyself, but shalt perform unto the LORD thine oaths: but I say unto you, Swear not at all; neither by heaven; for it is God's throne: nor by the earth; for it is His footstool: neither by Jerusalem; for it is the city of the great King: neither shalt thou swear by thy head, because thou canst not make one hair white or black. But let your communication be yea, yea; nay, nay; for whatsoever is more than these cometh of evil.

9. Ye have heard that it hath been said, Thou shalt love thy neighbor and hate thine enemy: but I say unto you, Love your enemies, bless them that curse you, do good to them that hate you, and pray for them which despitefully use you and persecute you; that ye may be the children of your Father which is in heaven: for He maketh His sun to rise on the evil and on the good, and sendeth rain on the just and on the unjust.

10. For if you love them which love you, what reward

Case 3:24-cv-00517-JWD-SDJ     Document 54-2     08/30/24     Page 18 of 55

have ye? do not even the publicans the same? And if ye
salute your brethren only, what do ye more than others? do
not even the publicans so? Be ye, therefore, perfect, even as
your Father which is in heaven is perfect.

BIBLE.

---

QUESTIONS.—Who delivered this sermon? Why are the poor
in spirit blessed or happy? Why, they that mourn? What kind of
mourners are intended? Why are the meek happy? Why, they who
hunger and thirst after righteousness? Why, the merciful? Why,
the pure in heart? Why, peace-makers? Why, the persecuted for
righteousness' sake? What should we do to our enemies? What
does God do to the evil and the good?

In the first sentence, for what noun does the pronoun *He* stand?
Which are the nouns in this sentence? Which are the participles?
Which are the conjunctions? Which words are in the objective case?
Which in the nominative? What does the word *nominative* mean?
☞ See Pinneo's Primary Grammar.

From what is the word *unjust* derived? (page 111.) What is the prefix?
(page 111.) What meaning does it give? (page 111.) What is a prefix?
(page 111.) From what is the word *only* derived? (page 107.) What is
the affix? (page 107.) What meaning does it give the word? (page 107.)
From what is the affix *ly* derived? (page 107.) What is an affix? (page 109.)
See McGuffey's Eclectic Spelling-book.

---

## ARTICULATION.

NOTE.—Combinations composed of *two* elementary sounds having been
thus far given for practice, the following exercises will contain principally
combinations of *three, four,* and *five* elements. This progressive plan has
been adopted, because thus the development of the organs will be better
secured, and the habit of distinct articulation more easily acquired.

OBSERVE that *e* in blabbed, gabbles, &c., is omitted.

| | | | |
|---|---|---|---|
| Bz, bst. | Blabs, | blabst: | throbs, throbst. |
| Bd, bdst. | Blabb'd, | blabb'dst: | throbb'd, throbb'dst. |
| Blz, blst. | Gabbl's, | gabbl'st: | quibbl's, quibbl'st. |
| Bld, bldst. | Gabbl'd, | gabbl'dst: | quibbl'd, quibbl'dst. |

# EXHIBIT G-15

110        NEW FIFTH READER.

11. Oh give thanks unto the Lord; call upon his name; make known his deeds among the people. Sing unto him, sing psalms unto him: talk ye of all his ⁺wondrous works. Glory ye in his holy name: let the heart of them rejoice that seek the Lord. Seek the Lord, and his strength; seek his face ⁺evermore.

12. Remember his ⁺marvelous works that he hath done; his wonders, and the judgment of his mouth. He is the Lord our God; his ⁺judgments are in all the earth. I will sing unto the Lord as long as I live: I will sing praise to my God while I have my being.

QUESTIONS.—How does God show his goodness in the sea? In the springs? By the trees? By the sun and moon? What should all this teach us?

EXERCISE XIV.

Prolong the sounds of the italicized vowels.

Kn-*ow*, fr-*ee*, th-*ey*, d-*awn*, n-*ow*, b-*ay*, th-*e*-re, sn-*o*-re.

S*oo*thed with the s*ou*nd, the king gr*ew* vain. R*o*ll on, thou d*ee*p and d*a*rk bl*ue* *o*cean, r*o*ll.

## LESSON XXVIII.

| 3. TAB'-ER-NA-CLE; *n.* a temporary habitation. | 8. PRE-SUMP'-TU-OUS; *adj.* bold, rash. |
| 5. TEST'-I-MO-NY; *n.* solemn declaration. | 8. DO-MIN'-ION; *n.* power, controlling influence. [of law. |
| 5. STAT'-UTES; *n.* written laws. | 9. TRANS-GRES'-SION; *n.* violation |

### NATURE AND REVELATION.

UTTER distinctly the *r*, giving it its *soft* sound, in the following words in this lesson: declare, there, nor, where, their, circuit, perfect, converting, sure, pure, enduring, ever, sweeter, moreover.

1.    THE heavens declare the glory of God,
      And the ⁺firmament showeth his ⁺handiwork.
      Day unto day ⁺uttereth speech,
      And night unto night showeth knowledge.

2. There is no speech nor language,
   Where their voice is not heard.
   Their line is gone out through all the earth,
   And their words to the end of the world.

3. In them hath he set a tabernacle for the sun,
   Which is as a †bridegroom coming out of his chamber,
   And †rejoiceth as a strong man to run a race.

4. His going forth is from the end of the heaven,
   And his †circuit unto the ends of it:
   And there is nothing hid from the heat thereof.

5. The law of the Lord is perfect, †converting the soul:
   The testimony of the Lord is sure, making wise the
      simple;
   The statutes of the Lord are right, rejoicing the heart.

6. The †commandment of the Lord is pure, †enlightening
      the eyes:
   The fear of the Lord is clean, †enduring for ever:
   The †judgments of the Lord are true and †righteous
      altogether.

7. More to be desired are they than gold, yea, than
      much fine gold;
   Sweeter also than honey and the honey-comb.
   Moreover by them is thy servant warned:
   And in keeping of them there is great reward.

8. Who can †understand his †errors?
   Cleanse thou me from secret faults;
   Keep back thy servant also from presumptuous sins;
   Let them not have dominion over me.

9 Then shall I be upright,
   And I shall be †innocent from the great transgression
   Let the words of my mouth, and the †meditation of
      my heart,
   Be †acceptable in thy sight,
   Oh Lord, my strength, and my †Redeemer!

QUESTIONS.—What is the character of God, as exhibited by the

works of nature?   What is the character and influence of the law of God?   How can a man be kept from sin?

In the 8th paragraph, which are the pronouns?   What does the word *pronoun* mean?   Which is the interrogative pronoun in that paragraph?   Which are the nouns in the plural number?   Which, in the singular?   Which, of the neuter gender?

What is the *subject* of the sentence forming the first line in this lesson? (See Pinneo's Analytical Grammar, page 129, Art. 251, 253).   What is the *attribute* of the same sentence?   (See page 135, Art. 261, 264).

## LESSON XXIX. 29

CON-TRAST'-ED; *adj.* set in opposition.

SO-LIL'-O-QUIES; *n.* talking to one's self.

2. PE-RI-OD'-IC-AL; *adj.* performed regularly in a certain time.

2. REV-O-LU'-TION; *n.* circular motion of a body on its axis.

3. AN'-A-LYZED; *v.* separated into the parts which compose it.

4. GRAV-I-TA'-TION; *n.* the force by which bodies are drawn to the center.

5. NAT'-U-RAL-IST; *n.* one that studies natural history; as, the history of plants, animals, &c.

5. VI-TAL'-I-TY; *n.* principle of life.     [surface.

5. EN-AM'-EL; *v.* to form a glossy

6. AP-PROX-I-MA'-TION; *n.* approach.

6. COG-I-TA'-TIONS; *n.* thoughts.

6. EV-O-LU'-TIONS; *n.* flying backward and forward.

6. RUS'-TIC; *n.* one who lives in the country.

7. MET-A-PHYS'-IC-AL; *adj.* relating to the science of mind.

7. VO-LI'-TION; *n.* the act of willing or determining.

8. IM'-PO-TENCE; *n.* want of power.

13. AC-COM'-PLISHED; *a.* having a finished education.

### CONTRASTED SOLILOQUIES.

PRONOUNCE correctly.  Do not say *nar-rer* for nar-r*ow* ;   *pen-it-rate* for pen-*e*-trate;   *se-crits* for se-crets;   *na-ter* nor *na-tshure* for nă-ture;   *be-yend* for be-yond;   *cal-ky-late* for cal-*cu*-late;   *an-er-lyz'd* for an-*a*-lyz'd;   *năt-shu-ral-ist* for nat-*u*-ral-ist;   *spec-ky-late* for spec-*u*-late;   *flune-cy* for flu-*en*-cy;   *pi-an-ner* for pi-an-o;   *per-tic-er-lul-ly* for par-tic-*u*-lar-ly.

1. "ALAS`!" exclaimed a silver-headed sage, "how narrow is the utmost extent of human †science`! how †circumscribed the sphere of intellectual exertion!  I have spent my life in acquiring knowledge; but how

# EXHIBIT G-16

( 56 )

Q. 38. *What benefits do believers receive from Christ at the Resurrection?* A. At the Resurrection, believers being raised up to glory, shall be openly acknowledged and acquitted in the day of judgment, and made perfectly blessed in the full enjoying of God to all eternity.

Q. 39. *What is the duty which God requires of man?* A. The duty which God requires of man is obedience to his revealed will.

Q. 40. *What did God at first reveal to man for the rule of his obedience?* A. The rule which God at first revealed to man for his obedience was the Moral Law.

Q. 41. *Wherein is the Moral Law summarily comprehended?* A. The Moral Law is summarily comprehended in the ten commandments:

Q. 42. *What is the sum of the ten commandments?* A. The sum of the ten commandments is, To love the Lord our God with all our heart, with all our soul, with all our strength, and with all our mind, and our neighbour as ourselves.

Q. 43. *What is the preface to the ten commandments?* A. The preface to the ten commandments is in these words, *I am the Lord thy God, which brought thee out of the Land of Egypt and out of the house of Bondage.*

Q. 44. *What doth the preface to the ten command-*

( 57 )

*ments teach us?* A. The preface to the ten commandments teacheth us, that because God is the Lord, and our God, and Redeemer, therefore we are bound to keep all his commandments.

Q. 45. *Which is the first commandment?*

A. The first commandment is, *Thou shalt have no other God's before me.*

Q. 46. *What is required in the first commandment?*

A. The first commandment requireth us to know and acknowledge God to be the only true God, and our God, and to worship and glorify him accordingly.

Q. 47. *What is forbidden in the first commandment?*

A. The first commandment forbiddeth the denying, or not worshipping and glorifying the true God as God and our God, and the giving that worship and glory to any other which is due to him alone.

Q. 48. *What are we specially taught by these Words* (Before me) *in the first commandment?*

A. These words (Before me) in the first commandment, teach us, that God who seeth all things, taketh notice of, and is much displeased with the Sin of having any other God.

Q. 49. Which is the second commandment?

A. *The second commandment is,* Thou shalt not make unto thee, any graven image, or any likeness of any thing that is in heaven above, or that is in the

F

( 58 )

earth beneath, or that is in the water under the earth; thou shalt not bow down thyself to them, nor serve them, for I the Lord thy God am a jealous God, visiting the iniquity of the fathers upon the children, unto the third and fourth generation of them that hate me, and shewing mercy unto thousands of them that love me and keep my commandments.

Q. 50. *What is required in the second commandment?* A. The second commandment requireth the receiving, observing, and keeping pure and entire all such religious worship and ordinances, as God hath appointed in his word.

Q. 51. *What is forbidden in the second commandment?* A. The second commandment forbiddeth the worshipping of God by Images, or any other way not appointed in his word.

Q. 52. *What are the reasons annexed to the second commandment?* A. The reasons annexed to the second commandment, are God's Sovereignty over us, his propriety in us, and the zeal he hath to his own worship.

Q. 53. Which is the third commandment?

A. *The third commandment is,* Thou shalt not take the name of the Lord thy God in vain, for the Lord will not hold him guiltless that taketh his name in vain.

Q. 54. *What is required in the third commandment?*

( 59 )

*A.* The third commandment requireth the holy and reverend use of God's name, Titles, Attributes, Ordinances, word and works.

Q. 55 *What is forbidden in the third commandment?* *A.* The third commandment forbiddeth all profaning or abusing of any thing whereby God maketh himself known.

Q. 56. *What is the reason annexed to the third commandment?* *A.* The reason annexed to the third commandment, is that however the breakers of this commandment may escape punishment from men, yet the Lord our God will not suffer them to escape his righteous judgment.

Q. 57. Which is the fourth commandment?

*A. The fourth commandment is,* Remember the Sabbath day to keep it holy, Six days shalt thou labour, and do all thy work, but the Seventh day is the Sabbath of the Lord thy God, in it thou shalt not do any work, thou, nor thy Son, nor thy Daughter, nor thy Man servant, nor thy Maid servant, nor thy Cattle, nor the Stranger that is within thy gates ; for in six days the Lord made heaven and earth, the sea and all that in them is, and rested the seventh day, wherefore the Lord blessed the sabbath day and hallowed it.

Q. 58. *What is required in the fourth commandment?* *A.* The fourth commandment requireth the

( 60 )

keeping holy to God such set times as he hath appointed in his word, expressly one whole day in seven to be an holy Sabbath to himself.

Q. 59. *Which day of the seven hath God appointed to be the weekly Sabbath?* A. From the beginning of the world to the resurrection of Christ, God appointed the seventh day of the week to be the weekly Sabbath, and the first day of the week ever since to continue to the end of the world, which is the Christian Sabbath.

Q. 60. *How is the Sabbath to be Sanctified?*
A. The Sabbath is to be Sanctified by a holy resting all that day, even from such worldly employment and recreations as are lawful on other days, and spending the whole time in the public and private exercises of God's worship, except so much as is to be taken up in the works of necessity and mercy.

Q. 61. *What is forbidden in the fourth commandment?* A. The fourth commandment forbiddeth the omission or careless performance of the duties required, and the prophaning the day by idleness, or doing that which is in itself sinful, or by unnecessary thoughts, words, or works, about our worldly employments or recreations.

Q. 62. *What are the Reasons annexed to the fourth commandment?* A. The reasons annexed to the fourth commandment, are God's allowing us six days

( 61 )

of the week for our own employment, his challenging a special propriety of the Seventh, his own example, and his blessing the Sabbath day.

Q. 63. *Which is the fifth commandment?*

*A.* The fifth commandment is, *Honour thy father and thy mother, that thy days may be long upon the Land which the Lord thy God giveth thee.*

Q. 64. *What is required in the fifth commandment?*

*A.* The fifth commandment requireth the preserving the honour, and performing the duties belonging to every one in their several places and relations, as superiors, inferiors, or equals.

Q. 65. *What is forbidden in the fifth commandment?*

*A.* The fifth commandment forbiddeth the neglecting of, or doing any thing against the honour and duty which belongeth to every one in their several places and relations.

Q. 66. *What is the reason annexed to the fifth commandment?* *A.* The reason annexed to the fifth commandment is, a promise of long life and prosperity, (as far as it shall serve for God's glory, and our own good) to all such as keep this commandment.

Q. 67. *Which is the sixth commandment?*

*A.* The sixth commandment is, *Thou shalt not kill.*

Q. 68. *What is required in the sixth commandment?*

*A.* The sixth commandment requireth all lawful

( 62 )

endeavours to preserve our own life and the life of others.

Q. 69. *What is forbidden in the sixth commandment?* A. The sixth commandment forbiddeth the taking away of our own life, or the life of our neighbour unjustly, or whatsoever tendeth thereunto.

Q. 70. *Which is the seventh commandment?*
A. The seventh commandment is, *Thou shalt not commit adultery.*

Q. 71. *What is required in the seventh commandment?* A. The seventh commandment requireth the preservation of our own and our neighbours chastity, in Heart, Speech, and Behaviour.

Q. 72. *What is forbidden in the seventh commandment?* A. The seventh commandment forbiddeth all unchaste thoughts, words and actions.

Q. 73. *Which is the eighth commandment?*
A. The eighth commandment is, *Thou shalt not steal.*

Q. 74. *What is required in the eighth commandment?* A. The eighth commandment requireth the lawful procuring and furthering the wealth and outward estate of ourselves and others.

Q. 75. *What is forbidden in the eighth commandment?* A. The eighth commandment forbiddeth whatsoever doth or may unjustly hinder our own or our neighbour's wealth or outward estate.

*Q. 76. Which is the ninth commandment?*

*A.* The ninth commandment is, *Thou shalt not bear false witness against thy neighbour?*

*Q. 77. What is required in the ninth commandment?*

*A.* The ninth commandment requireth the maintaining and promoting of truth between Man and Man, and of our own and our neighbour's good name, especially in witness bearing.

*Q. 78. What is forbidden in the ninth commandment? A.* The ninth commandment forbiddeth whatsoever is prejudicial to truth, or injurious to our own, or our neighbour's good name.

*Q. 79. Which is the tenth commandment?*

*A.* The tenth commandment is, Thou shalt not covet thy neighbour's house, thou shalt not covet thy Neighbour's wife, nor his Man Servant, nor his Maid Servant, nor his Ox, nor his Ass, nor any thing that is thy neighbour's.

*Q. 80. What is required in the tenth commandment?*

*A.* The tenth commandment requireth full contentment with our own condition, with a right and charitable frame of spirit toward our neighbour and all that is his.

*Q. 81. What is forbidden in the tenth commandment? A.* The tenth commandment forbiddeth all discontentment with our own estate, envying or griev-

( 64 )

ing at the good of our neighbour, and all inordinate motions or affections to any thing that is his.

Q. 82. *Is any man able perfectly to keep the commandments of God ?* A. No mere man since the fall is able in this life perfectly to keep the commandments of God, but doth daily break them in thought, word and deed.

Q. 83. *Are all transgressions of the law, equally heinous ?* A. Some sins in themselves, and by reason of several aggravations, are more heinous in the sight of God than others.

Q. 84. *What doth every sin deserve ?*
A. Every sin deserveth God's Wrath and curse, both in this life and that which is to come.

Q. 85. *What doth God require of us that we may escape his wrath and curse due to us for sin ?*
A. To escape the wrath and curse of God due to us for sin, God requireth of us faith in Jesus Christ, repentance unto life, with the diligent use of all the outward means whereby Christ communicateth to us the benefits of Redemption.

Q. 86. *What is Faith in Jesus Christ ?*
A. Faith in Jesus Christ, is a saving grace, whereby we receive and rest upon him alone for salvation, as he is offered to us in the gospel.

Q. 87. *What is repentance unto life ?*
A. Repentance unto life is a saving grace, whereby

# EXHIBIT G-17

*The following have the* second Sound *of* th, *as in* thou.

| | | | | |
|---|---|---|---|---|
| **1** | thofe | wreath | the | **10** |
| Thy | tithe | writhe | them | they |
| bathe | thefe | feethe | thence | there |
| lathe | though | breathe | than | their |
| fwathe | thee | **2** | **6** | **Ou** |
| clothe | hithe | this | booth | thou |
| loathe | lithe | that | fmooth | mouth |
| meethe | blithe | then | foothe | |
| teeth* | thine | thus | | |

\* The noun *teeth* has the firſt found of *th*, and the verb to *teeth*, its ſecond ſound. The fame is obfervable of *mouth* and to *mouth*. This is the reaſon why theſe words are found under both heads.

The words *mouth, moth, cloth, oath, path, fwath, bath, lath,* have the firſt ſound of *th* in the ſingular number, and the ſecond in the plural.

*N. B.* Foreigners are very apt to pronounce *th* like *d*; as, *dis, dat,* for this, that. A little care will break this habit both in children and adults.

---

# T A B L E   XIII.

*Leſſons of eaſy Words, to teach Children to read, and to know their Duty.*

## L E S S O N   I.

NO man may put off the law of God :
My joy is in his law all the day.
O may I not go in the way of ſin !
Let me not go in the way of ill men.

### II.

A bad man is a foe to the law.
It is his joy to do ill.
All men go out of the way.
Who can ſay he has no ſin ?

### III.

The way of man is ill.
My ſon, do as you are bid.

But if you are bid, do no ill.
See not my sin, and let me not go to the pit.

### IV.

Rest in the Lord, and mind his word.
My son, hold fast the law that is good.
You must not tell a lie, nor do hurt.
We must let no man hurt us.

### V.

Do well as you can, and do no harm.
Mark the man that doth well, and do so too.
Help such as want help, and be kind.
Let your sins past, put you in mind to mend.

### VI.

I will not walk with bad men ; that I may not
    be cast off with them.
I will love the law, and keep it.
I will walk with the just, and do good.

### VII.

This life is not long ; but the life to come has
    no end.
We must pray for them that hate us.
We must love them that love not us.
We must do as we like to be done to.

### VIII.

A bad life will make a bad end.
He must live well that would die well.
He doth live ill that doth not mend.
In time to come we must do no ill.

### IX.

No man can say that he has done no ill.
For all men have gone out of the way.
There is none that doth good ; no not one.
If I have done harm, I must do it no more.

### X.

Sin will lead us to pain and woe.
Love that which is good, and shun vice.
Hate no man, but love both friends and foes.
A bad man can take no rest, day nor night.

### XI.

He who came to save us, will wash us from
all sin; I will be glad in his name.

A good boy will do all that is just; he will
flee from vice; he will do good, and walk in
the way of life.

Love not the world, nor the things that are
in the world; for they are sin.

I will not fear what flesh can do to me; for
my trust is in him who made the world:

He is nigh to them that pray to him, and
praise his name.

### XII.

Be a good child; mind your book; love
your school, and strive to learn.

Tell no tales; call no ill names; you must
not lie, nor swear, nor cheat, nor steal.

Play not with bad boys; use no ill words at
play; spend your time well; live in peace, and
shun all strife. This is the way to make good
men love you, and save your soul from pain
and woe.

### XIII.

A good child will not lie, swear nor steal.
He will be good at home, and ask to read his
book; when he gets up, he will wash his hands
and face clean; he will comb his hair, and
make haste to school; he will not play by the
way, as bad boys do.

### XIV.

When good boys and girls are at school, they will mind their books, and try to learn to spell and read well, and not play in time of school.

When they are at church, they will fit, kneel, or ftand ftill ; and when they are at home, will read fome good book, that God may blefs them.

### XV.

As for thofe boys and girls that mind not their books, and love not church and fchool, but play with fuch as tell tales, tell lies, curfe, fwear, and fteal, they will come to fome bad end, and muft be whipt till they mend their ways.

---

## T A B L E XIV.

*Words of* Two Syllables, *accented on the* Firft.

| | | | |
|---|---|---|---|
| A-cre | dea-con | jew-el | pi-ous |
| a-pron | do-tage | jui-cy | peo-ple |
| bare-foot | eve-ning | knave-ry | plu-mage |
| beaft-ly | fa-vor | knight-hood | pa-rent |
| brew-er | fla-vor | li-vre | pro-logue |
| beau-ty | fea-ture | la-bor | quo-ta |
| brok-en | fe-male | le-gion | rhu-barb |
| boat-fwain | fro-ward | may-or | ri-fle |
| bow-fprit | grate-ful | me-ter | rogu-ifh |
| brave-ry | griev-ous | mi-ter | re-gion |
| ca-ble | gno-mon | mea-zles | fea-fon |
| cheap-en | hind-moft | ni-ter | fpright-ly |
| dai-ly | hoar-y | oat-meal | fti-fle |
| dai-fy | hu-mor | paft-ry | ftee-ple |

plau-fi-ble | com-pli-ment | fol-i-tude
por-phy-ry | com-plai-fance | foph-if-try

4 | con-fti-tute | vol-a-tile
ar-gu-ment | cor-o-ner | roq-ue-laur
ar-ma-ment | crock-e-ry |
ar-ti-fice | lon-gi-tude | 2
bay-o-net | nom-i-nate | per-qui-fite
bar-ba-rifm | ob-li-gate | per-fe-cute
bar-ba-rous | ob-lo-quy | per-fon-age
car-di-nal | ob-fta-cle | fer-vi-tude
car-pen-ter | ob-fti-nate | ter-mi-nate
chan-cel-lor | ob-vi-ous | firm-a-ment
chan-ce-ry | om-in-ous | mir-a-cle
guard-i-an | op-e-rate |
ghaft-li-nefs | op-po-fite | 9
lar-ce-ny | or-i-fice | cir-cu-lar
mar-gin-al | prob-a-ble | cir-cum-ftance
maf-quer-ade | pop-u-lous | cir-cum-fpect
par-ti-fan | pof-i-tive | com-pa-ny
phar-ma-cy | pot-en-tate | come-li-nefs
par-lia-ment | prof-li-gate | gov-ern-or
rafp-ber-ry | proph-e-cy | gov-ern-efs

5 | prof-e-cute | oi
al-der-man | por-rin-ger | poign-an-cy
al-ma-nac | prof-per-ous | roy-al-ty
bot-a-ny | prof-ti-tute | ou
col-lo-quy | fol-e-cifm | coun-fel-lor
 | | coun-ter-feit
 | | coun-te-nance

---

T   A   B   L   E    XVIII.

## L E S S O N    I.

**M**Y fon, hear the counfel of thy father, and
forfake not the law of thy mother.
If finners entice thee to fin, confent thou not.

Walk not in the way with them ; refrain thy feet from their path : For their feet run to evil, and make haste to shed blood.

### II.

Be not wise in thine own eyes ; but be humble.

Let truth only proceed from thy mouth. Despise not the poor, because he is poor, but honour him who is honest and just. Envy not the rich, but be content with thy fortune. Follow peace with all men, and let wisdom direct thy steps.

### III.

Happy is the man that findeth wisdom. She is of more value than rubies. Length of days is in her right hand, and in her left hand riches and honor. Her ways are pleasant, and all her paths are peace. Exalt her, and she shall promote thee : She shall bring thee to honor when thou dost embrace her.

### IV.

The ways of virtue are pleasant, and lead to life ; but they who hate wisdom love death. Therefore pursue the paths of virtue and peace, then safety and glory will be thy reward. All my delight is upon the saints that are in the earth, and upon such as excel in virtue.

---

## TABLE XIX.

*Words of* Three Syllables, *accented on the* Second.

| | | |
|---|---|---|
| A-chieve-ment | ar-rear-age | blas-phem-er |
| ac-quaint-ance | al-le-gro | con-ta-gion |
| ap-prais-er | ab-do-men | con-ta-gious |

Case 3:24-cv-00517-JWD-SDJ    Document 54-2    08/30/24    Page 40 of 55

## TABLE XLII.

### *The* DESCRIPTION *of a* GOOD BOY.

A GOOD Boy is dutiful to his father and mother, obedient to his master, and loving to all his play fellows. He is diligent in learning his book, and takes a pleasure in improving himself in every thing that is worthy of praise. He rises early in the morning, makes himself clean and decent, and says his prayers. If he has done a fault, he confesses it, and is sorry for it ; and scorns to tell a lie, though he might by that means conceal it. He loves to hear good advice, is thankful to those that give it him, and always follows it. He never swears, nor calls names, nor uses any ill words to his companions. He is never peevish and fretful, but always cheerful and good humored. He scorns to steal or pilfer any thing from his play fellows ; and would rather suffer wrong than do wrong to any of them. He is always ready to answer when he is asked a question, to do what he is bid, and to mind what is said to him. He is not a wrangler, nor quarrelsome, and keeps himself out of all kinds of mischief, which other boys run into. By this means he becomes, as he grows up, a man of sense and virtue ; he is beloved and respected by all that know him ; he lives in the world with credit and reputation, and when he dies he is lamented by all his acquaintance.

## TABLE XLIII.

### *The* DESCRIPTION *of a* BAD BOY.

A BAD Boy is undutiful to his father and mother, disobedient and stubborn to his master, and ill natured to all his play fellows. He hates his book, and takes no pleasure in improving himself in any thing. He is sleepy and slothful in the morning, too idle to clean himself, and too wicked to say his prayers. He is always in mischief, and when he has done a fault,

# EXHIBIT G-18

84                *An Easy Standard of Pronunciation.*

| | | | | | |
|---|---|---|---|---|---|
| nail, | nails | key, | keys | leak, | leaks |
| sail, | sails | knave, | knaves | speak, | speaks |
| weep, | weeps | green, | greens | sheaf, | sheaves |
| seam, | seams | yield, | yields | leaf, | leaves |
| fly, | flies | stride, | strides | poll, | polls |
| cry, | cries | guide, | guides | soul, | souls |
| dry, | dries | smile, | smiles | coal, | coals |
| sky, | skies | toe, | toes | bowl, | bowls |
| buy, | buys | foe, | foes | rogue, | rogues |
| sigh, | sighs | bow | bows | post, | posts |
| flight, | flights | glow, | glows | host, | hosts |
| light, | lights | flow, | flows | toast, | toasts |
| sight, | sights | blow, | blows | coast, | coasts |
| life, | lives | snow, | snows | door, | doors |
| wife, | wives | hoe, | hoes | floor, | floors |
| knife, | knives | foal, | foals | oar, | oars |

### TABLE XIII.

*Lessons of easy words, to teach children to read, and to
know their duty.*

#### LESSON 1.

NO man may put off the law of God,
My joy is in his law all the day.
O may I not go in the way of sin!
Let me not go in the way of ill men.

#### II

A bad man is a foe to the law,
It is his joy to do ill.
All men go out of the way.
Who can say he has no sin?

#### III.

The way of man is ill.
My son do as you are bid :
But if you are bid, do no ill.
See not my sin, and let me not go to the pit.

Digitized by Google

Case 3:24-cv-00517-JWD-SDJ    Document 54-2    08/30/24    Page 43 of 55

## IV.

Rest in the Lord, and mind his word.
My son, hold fast the law that is good.
You must not tell a lie, nor do hurt.
We must let no man hurt us.

## V.

Do as well as you can, and do no harm.
Mark the man that doth well, and do so too.
Help such as want help, and be kind.
Let your sins past put you in mind to mend.

## VI.

I will not walk with bad men, that I may not be
    cast off with them.
I will love the law and keep it.
I will walk with the just and good.

## VII.

This life is not long ; but the life to come has no
    end.
We must pray for them that hate us.
We must love them that love not us.
We must do as we like to be done to.

## VIII.

A bad life will make a bad end.
He must live well that will die well.
He doth live ill that doth not mend.
In time to come we must do no ill.

## IX.

No man can say that he has done no ill,
For all men have gone out of the way.
There is none that doth good ; no, not one.
I. I have done harm, I must do it no more.

## X.

Sin will lead us to pain and woe.
Love that which is good and shun vice.
Hate no man, but love both friends and foes.
A bad man can take no rest, day nor night.

Digitized by Google

## XI.

He who came to save us, will wash us from all sin; I will be glad in his name.

A good boy will do all that is just; he will flee from vice; he will do good, and walk in the way of life.

Love not the world, nor the things that are in the world; for they are sin.

I will not fear what flesh can do to me; for my trust is in him who made the world:

He is nigh to them that pray to him, and praise his name.

## XII.

Be a good child; mind your book; love your school, and strive to learn.

Tell no tales; call no ill names; you must not lie, nor swear, nor cheat nor steal.

Play not with bad boys; use no ill words at play; spend your time well; live in peace, and shun all strife.   This is the way to make good men love you, and save your soul from pain and woe.

## XIII.

A good child will not lie, swear, nor steal.— He will be good at home, and ask to read his book; when he gets up he will wash his face and hands clean; he will comb his hair, and make haste to school; he will not play by the way as bad boys do.

## XIV.

When good boys and girls are at school, they will mind their books, and try to learn to spell and read well, and not play in time of school.

When they are at church, they will sit, kneel or stand still; and when they are at home, will read some good books, that God may bless them.

Digitized by Google

## XV.

As for those boys and girls that mind not their books, and love not the church and school, but play with such as tell tales, tell lies, curse, swear, and steal, they will come to some bad end, and must be whipt till they mend their ways.

## TABLE XIV.

*Words of two syllables, accented on the first.*

| | | | |
|---|---|---|---|
| A cre | feat ure | ni ter | tai lor |
| a pron | fe male | oat meal | trai tor |
| bare foot | fro ward | past ry | trea ty |
| beast ly | grate ful | pi ous | wea ry |
| brew er | griev ous | peo ple | wo ful |
| beau ty | goo man | plu mage | wri ter |
| brok en | hein ous | pa rent | wain scot |
| boat swain | hind most | pro logue | yeo man |
| bow sprit | hour y | quo ta | ab sence |
| brave ry | hu mor | rhu barb | ab bey |
| en ble | jew el | ri fle | am ple |
| cheap en | jui cy | rogu ish | asth ma |
| dai ly | knav e ry | re gion | an cle |
| dai sy | knight hood | sea son | bal ance |
| dea con | li ver | spright ly | bel fry |
| dia mond | la bor | sti fle | bash ful |
| do tage | le gion | stee ple | bish op |
| eve ning | may or | bol ster | blem ish |
| fa vor | me ter | coul ter | blus ter |
| fla vor | mi ter | slave ry | brim stone |
| dud geon | mea sles | shoul der | brick kiln |
| bel lows | dam son | grav el | mel on |
| bis cuit | dan gle | grum ble | mer it |
| brit tle | dac tyl | guin ea | min gle |
| buck ram | debt or | gud geon | mis tress |
| bus tle | dim ple | hand ful | mis chief |
| cam el | dis tance | hab it | musk et |
| ca price | doub le | has soc | mus lin |
| cap tain | driv en | hav oc | mus ter |
| cens ure | dud geon | heif er | mar riage |
| chap el | dun geon | heav y | nev er |
| chas ten | drunk ard | hin drance | nim ble |
| cher ish | duc ty | hus band | pad lock |
| chim ney | ec logue | hum ble | pamph let |
| | en gine | hus ky | pen ance |

Digitized by Google

scores or notches it first, and then hews it with his broad-ax—He bores holes with an auger, and with the help of a chisel, forms a mortice for a tenon. He measures with a square or rule, and marks his work with a compass. Each timber is fitted to its place.—The sills support the posts, and these support the beams. Braces secure the frame of a building from swaying or leaning—Girders and joists support the floors; studs, or the posts, support the walls, and rafters uphold the roof

Now comes the joiner with his chest of tools. He planes the boards, joints the shingles, and covers the building—With his saw he cuts boards, with his gimblet or wimble, he makes holes for nails, pins or spikes—with his chisel and gouge, he makes mortises.

Then comes the mason with his trowel—the lathes are nailed to the studs and joists to support the plaster; first a rough coat of coarse morter of lime and sand is laid on, and this is covered with a beautiful white plaster; and last of all comes the painter with his brush and oil-pots—he mixes the oil and white lead, and gives to the apartments the colour which the owner or his lady sees fit to direct

## A MORAL CATECHISM.

*Question. What is moral virtue?*

Answer. It is an honest upright conduct in all our dealings with men.

*Q. What rules have we to direct us in our moral conduct?*

A. God's word, contained in the Bible, has furnished all necessary rules to direct our conduct.

*Q. In what part of the Bible are these rules to be found?*

A. In almost every part, but the most important duties between men are summed up in the beginning of Matthew, in CHRIST's Sermon on the Mount.

## OF HUMILITY

*Q. What is humility?*

A. A lowly temper of mind.

*Q. What are the advantages of humility?*

A. The advantages of humility in this life are very numerous and great. The humble man has few or no enemies. Every one loves him and is ready to do him good. If he is rich and prosperous, people do not envy him, if he is poor and unfortunate, every one pities him, and is disposed to alleviate his distresses.

*Q. What is pride?*

A. A lofty high minded disposition

*Q. Is pride commendable?*

A. By no means. A undue self-approving opinion of our-

Digitized by Google

own good deeds is very right.—it is very natural—it is agreeable, and a spur to good actions. But we should not suffer our hearts to be blown up with pride, whatever great and good deeds we have done ; for pride brings upon us the ill will of mankind and the displeasure of our Maker.

*Q. What effect has humility upon our minds.*

A. Humility is attended with peace of mind and self-satisfaction. The humble man is not disturbed with cross accidents, and is never fretful and uneasy ; nor does he repine when others grow rich. He is contented, because his mind is at ease.

*Q What is the effect of pride on a man's happiness?*

A Pride exposes a man to numberless disappointments and mortifications. The proud man expects more attention and respect will be paid him. He is neglected, laughed at and despised, and this treatment frets him, so that his own mind becomes a seat of torment. A proud man cannot be a happy man.

*Q. What has Christ said, respecting virtue and humility.*

A. He has said, "Blessed are the poor in spirit ; for theirs is the kingdom of heaven." Poorness of spirit is humility ; and this humble temper prepares a man for heaven, where all is peace and love.

### Of MERCY.

*Q. What is mercy?*

A. It is tenderness of heart.

*Q. What are the advantages of this virtue?*

A. The exercise of it tends to diffuse happiness and lessen the evils of life Rulers of a merciful temper will make their good subjects happy ; and will not torment the bad, with needless severity. Parents and masters will not abuse their children and servants with harsh treatment. More love, more confidence, more happiness, will subsist among men, and of course society will be happier.

*Q. Should not beasts as well as men be treated with mercy?*

A. They ought indeed It is wrong to give needless pain even to a beast Cruelty to the brutes shows a man has a hard heart, and if a man is unfeeling to a beast, he will not have much feeling for men If a man treats his beast with cruelty, beware of trusting yourself in his power. He will probably make a severe master and a cruel husband:

*Q How does cruelty show its effects?*

A. A cruel disposition is usually exercised upon those who are under its power. Cruel rulers make severe laws which in-

Digitized by Google

jure the persons and property of their subjects. Cruel officers execute laws in a severe manner, when it is not necessary for public good. A cruel husband abuses his wife and children.

A cruel master acts the tyrant over his apprentices and servants. The effects of cruelty are, hatred, quarrels, tumults and wretchedness.

Q. *What does Christ say of the merciful man?*

A. He says he is "blessed, for he shall obtain mercy." He who shows mercy and tenderness to others, will be treated with tenderness and compassion himself.

### Of PEACE-MAKERS.

Q. *Who are peace-makers?*

A. All who endeavour to prevent quarrels and disputes among men; or to reconcile those who are separated by strife.

Q. *Is it unlawful to contend with others on any occasion?*

A. It is impossible to avoid some differences with man; disputes should be always conducted with temper and moderation. The man who keeps his temper will not be rash, and do or say things which he will afterwards repent of. And though men should sometimes differ, still they should be ready to do kind offices to each other.

Q. *What is the reward of the peace-maker?*

A. He shall be "blessed, and called the child of God." The mild peaceable, friendly man, resembles God. What an amiable character is this! To be like our heavenly Father, that lovely, perfect and glorious being, who is the source of all good, is to be the best and happiest of men.

### Of PURITY of HEART.

Q. *What is a pure heart?*

A. A heart free from all bad desires, and inclined to conform the divine will in all things.

Q. *Should a man's intentions as well as his actions be good?*

A. Most certainly. Actions cannot be called good, unless they proceed from good motives. We should wish to see, and to make all men better and happier—we should rejoice at their prosperity. This is benevolence.

Q. *What reward is promised to the pure in heart?*

A. Christ has declared "they shall see God." A pure heart is like God, and those who possess it shall dwell in his presence and enjoy his favour for ever.

### Of ANGER.

Q. *Is it right ever to be angry?*

A. It is right in certain cases that we should be angry; as when gross affronts are offered to us, and injuries done us by design. A suitable spirit of resentment, in such cases, will obtain justice for us, and protect us from further insults.

Digitized by Google

*Q. By what rule should anger be governed?*

A. We should never be angry without a cause; that is, we should be certain a person means to affront, injure or insult us, before we suffer ourselves to be angry. It is wrong, it is mean, it is a mark of a little mind, to take fire at every little trifling dispute. And when we have real cause to be angry we should observe moderation. We should never be in a passion.

A passionate man is like a madman and is always inexcusable. We should be cool even in anger; and be angry no longer than to obtain justice. In short, we should " be angry and sin not.''

### OF REVENGE.

*Q. What is revenge?*

A. It is to injure a man because he has injured us.

*Q. Is this justifiable?*

A. Never, in any possible case. Revenge is perhaps the meanest, as well as wickedest vice in society.

*Q. What shall a man do to obtain justice when he is injured?*

A. In general, laws have made provision for doing justice to every man; and it is right and honourable, when a man is injured, that he should seek a recompence.

But a recompence is all he can demand, and of that he should not be his own judge, but should submit the matter to judges appointed by authority.

*Q. But suppose a man insults us in such a manner that the law cannot give us redress?*

A. Then forgive him. " If a man strikes you on one cheek, turn the other to him,'' and let him repeat the abuse, rather than strike him.

*Q. But if we are in danger from the blows of another, may we not defend ourselves?*

A. Most certainly. We have always a right to defend our persons, property and families. But we have no right to fight and abuse people merely for revenge. It is nobler to forgive. " Love your enemies—bless them that curse you—do good to them that hate you—pray for them that use you ill,''—these are the commands of the blessed Saviour of men. The man who does this is great and good; he is as much above the little, mean, revengeful man, as virtue is above vice, or as heaven is higher than hell.

### OF JUSTICE.

*Q. What is justice?*

A. It is giving to every man his due

*Q. Is it always easy to know what is just?*

A. It is generally easy; and where there is any difficulty in

determining, let a man consult the golden rule—" To do to others, what we could reasonably wish they should do to us, in the same circumstances."

Q. What are the ill effects of injustice?

A. If a man does injustice, or rather, if he refuses to do justice, he must be compelled. Then follows a lawsuit, with a series of expenses, and what is worse, ill blood and enmity between the parties. Somebody is always the worse for law-suits, and of course society is less happy.

## OF GENEROSITY.

Q. *What is generosity?*

A. It is some act of kindness performed for another which strict justice does not demand.

Q. *Is this a virtue?*

A. It is indeed a noble virtue. To do justice, is well; but to do more than justice, is still better, and may proceed from noble motives.

Q *What has Christ said respecting generosity?*

A. He has commanded us to be generous in this passage, "Whosoever shall compel (or urge) you to go a *mile*, go with him *two*.

Q. *Are we to perform this literally?*

A. The meaning of this command will not always require this.— But in general we are to do more for others than they ask, provided we can do it, without essentially injuring ourselves. We ought cheerfully to suffer many inconveniences to oblige others, though we are not required to do ourselves any essential injury.

Q. *Of what advantage is generosity to the man who exercises it?*

A. It lays others under obligations to the generous man; and the probability is, that he will be repaid three fold. Every man on earth wants favours at some time or other in his life; and if we will not help others, others will not help us. It is for a man's interest to be generous.

Q. *Ought we to do kind actions because it is for our interest?*

A. This may be a motive at all times; but if it is the principal motive, it is less honourable. We ought to do good as we have opportunity, at all times and to all men, whether we expect a reward or not; for if we do good, somebody is the happier for it. This alone is reason enough, why we should do all the good in our power.

## OF GRATITUDE.

Q. *What is gratitude?*

A. A thankfulness of heart for favours received.

Digitized by Google

Case 3:24-cv-00517-JWD-SDJ    Document 54-2    08/30/24    Page 51 of 55

Q. *Is it a duty to be thankful for favours?*

A. It is a duty and a virtue. A man who does not feel grateful for kind acts done for him by others, does not deserve favours of any kind. He ought to be shut out from the society of the good. He is worse than a savage, for a savage never forgets an act of kindness.

Q. *What is the effect of true kindness?*

A. It softens the heart towards the generous man, and every thing which subdues the pride and other unsocial passions of the heart, fits a man to be a better citizen, and a better neighbour, a better husband, and a better friend. A man who is sensible of favours and ready to acknowledge them, is more inclined to perform kind offices, not only towards his benefactor, but towards all others.

### OF TRUTH.

Q. *What is truth?*

A. It is speaking and acting agreeable to fact.

Q. Is it a duty to speak truth at all times?

A. If we speak at all we should tell the truth. It is not always necessary to tell what we know. There are many things which concern ourselves and others which we had better not publish to the world.

Q. What rules are there respecting the publishing of truth.

A. 1. When we are called upon to testify in court, we should speak the whole truth, and that without disguise. T leave out small circumstances, or to give a colouring to other with a view to favour one side more than the other, is to th highest degree criminal.

2. When we know something of our neighbour whic' is against his character, we may not publish it unless to prev...t his doing any injury to another person.

3. When we sell any thing t another, we ought not to represent the article to be better than it really is. If there are faults in it which may easily be seen, the law of man does not require us to inform the buyer of these faults, because he may see them himself. But it is not honourable nor generous, nor strictly honest to conceal even apparent faults. But when faults are out of sight, the seller ought to tell the buyer of them. If he does not, he is a cheat and a downright knave.

Q. What are the ill effects of lying and deceiving?

A. The man who lies, deceives, or cheats, or looses his reputation. No person will believe him, even when he speaks the truth; he is shunned as a pest to society.

Falshood and cheating destroy all confidence between man and man: they raise jealousies and suspicions among men; they thus weaken the band of society and destroy happiness. Be-

sides, cheating often strips people of their property, and makes them poor and wretched.

## Of Charity and Giving Alms.

Q. What is charity?

A. It signifies giving to the poor, or it is a favourable opinion of men and their actions.

Q. When and how far is it our duty to give to the poor?

A. When others really want what we can spare without material injury to ourselves, it is our duty to give them something to relieve their wants

Q. When persons are reduced to want by their own laziness and vices, by drunkenness, gambling, and the like, is it a duty to relieve them?

A. In general it is not. The man who gives money and provisions to a lazy, vicious man, becomes a partaker of his guilt. Perhaps it may be right to give to such a man a meal of victuals to keep him from starving, and it is certainly right to feed his wife and family, and make them comfortable.

Q. Who are the proper objects of charity?

A. Persons who are reduced to want by sickness, unavoidable losses by fire, storms at sea or land, drought or accidents of other kinds. To such persons we are commanded to give, and it is our interest to be charitable; for we are all liable to misfortunes and may want charity ourselves.

Q. In what manner should we bestow favours?

A. We should do it with gentleness and affection; putting on no airs of pride and arrogance. We should also take no pains to publish our charities, but rather conceal them; for if we boast of our generosity, we discover that we give from mean, selfish motives. Christ commands us, in giving, not to let our left hand know what our right hand doeth.

Q. How can charity be exercised in our opinions of others?

A. By thinking favourably of them and their actions. Every man has his faults; but charity will not put a harsh construction on another's conduct. It will not charge his conduct to bad views and motives, unless this appears very clear indeed.

## Of AVARICE.

Q. What is avarice?

A. An excessive desire of possessing wealth.

Q. Is this commendable?

A. It is not; but one of the meanest of vices

Q. Can an avaricious man be an honest man?

A. It is hardly possible; for the lust of gain is almost always accompanied with a disposition to take mean and undue advantages of others.

Digitized by Google

Q. What effect has avarice upon the heart?

A. It contracts the heart—narrows the sphere of benevolence—blunts all the fine feelings of sensibility, and sours the mind towards society. An avaricious man, a miser, a niggard, is wrapped up in selfishness, like some worms, which crawl about and eat for some time to fill *themselvs*, then wind themselves up in separate coverings and die.

Q. What injury is done by avarice to society?

A. Avarice gathers together more property than the owner wants, and keeps it hoarded up, where it does no good. The poor are thus deprived of some business, some means of support; the property gains nothing to the community; and somebody is less happy by means of this hoarding of wealth.

Q. In what proportion does avarice do hurt?

A. In an exact proportion to its power of doing good. The miser's *heart* grows *less*, in proportion as his *estate* grows *larger*. The more money he has, the more he has people in his power, and the more he grinds the face of the poor. The larger the tree and the more spreading the branches, the more small plants are shaded and robbed of their nourishment.

## Of FRUGALITY and ECONOMY.

Q. What is the distinction between frugality and avarice?

A. Frugality is a prudent saving of property from needless waste. Avarice gathers more and spends less than is necessary.

Q. What is economy?

A. It is frugality in expenses—it is a prudent management of one's estate. It disposes of property for useful purpose without waste.

Q. How far does true economy extend?

A. To the saving of every thing which it is not necessary spend for comfort and convenience; and the keeping one's expenses within his income or earnings.

Q. What is wastefulness?

A. It is the spending of money for what is not wanted. If a man drinks a dram which is not necessary for him, or buys a cane which he does not want, he wastes his money. He injures *himself*, as much as if he had thrown away his money.

Q. Is not waste often occasioned by mere negligence?

A. Very often. The man who does not keep his house and barn well covered; who does not keep good fences about his fields; who suffers his farming utensils to lie out in the rain or on the ground; or his cattle to waste manure in the high way, is as much a spendthrift as the tavern haunter, the tipler and the gamester.

Q. Do not careless, slovenly people work harder than the neat and orderly?

A. Much harder. It is more labor to destroy a growth of

sturdy weeds, than to pull them up when they first spring from the ground. So the disorders and abuse which grow out of a sloven's carelessness, in time become almost incurable. Hence such people work, like slaves, and to little effect.

## Of INDUSTRY.

*Q* What is industry?

*A* It is a diligent attention to business in our several occupations.

*Q* Is labor a curse or a blessing?

*A.* Hard labor or drudgery is often a curse, by making life toilsome and painful. But constant moderte labor is the greater of blessings.

*Q* Why then do people complain of it?

*A.* Because they do not know the evils of not labouring. —Labor keeps the body in health and makes men relish all their enjoyments. "The sleep of the labouring man is aet," so is his food. He walks cheerful and whistling about his field or his shop, and scarcely knows pain.

The rich and indolent first lose their health for want of action —They turn pale, their bodies are enfeebled, they lose their appetite for food and sleep, they yawn out a tasteless life of dulness, without pleasure, and often useless to the world.

*Q.* What are the other good effects of industry?

*A.* One effect is to procure an estate. Our Creator has kindly united our duty, our interest and happiness; for the same labor which makes us healthy and cheerful, gives wealth.

Another good effect of industry is to keep men from vice. Nor all the moral discourses ever delivered to mankind, have so much effect in checking the bad passions of men, in keeping order and peace, and maintaining moral virtue in society as industry. Business is a source of health, of prosperity, of virtue, and obedience to law.

To make good subjects and good citizens, the first requisite is to educate every young person in some kind of business. The possession of millions should not excuse a young person from application to business; and that parent or guardian who suffers his child or his ward to be bred in idleness, becomes necessary to the vices and disorders of society—He is guilty of "not providing for his household, and is worse than an infidel."

## Of CHEERFULNESS.

*Q.* Is cheerfulness a virtue?

*A.* It doubtless is, and a moral duty to practice it.

*Q* Can we be cheerful when we please?

*A.* In general it depends much upon ourselves. We can oft mould our tempers into a cheerful frame—We can frequent company and other objects calculated to inspire us with cheer-

Case 3:24-cv-00517-JWD-SDJ    Document 54-2    08/30/24    Page 55 of 55

fulness. To indulge in habitual gloominess of mind is weakness and sin.

Q. What are the effects of cheerfulness on ourselves.

A. Cheerfulness is a great preservative of health, over which it is our duty to watch with care. We have no right to sacrifice our health by the indulgence of a gloomy state of mind. Besides, a cheerful man will do more business, and do it better than a gloomy one.

Q. What are the effects of cheerfulness on others?

A. Cheerfulness is readily communicated to others, by which means their happiness is increased. We are all influenced by sympathy and naturally partake of the joys and sorrows of others.

Q. What effect has melancholy on the heart?

A. It hardens and benumbs it—it chills the warm affections of love and friendship, and prevents the exercise of the social passions. A melancholy person's life is all night and winter. It is as unnatural as perpetual darkness and frost.

Q. Is it not right to grieve for the loss of our friends?

A. It is certainly right, but we should endeavor to moderate our grief, and not suffer it to impair our health, or to grow into a settled melancholy. The use of grief is to soften the heart, and make us better. But when our friends are dead, we can render them no further service. Our duty to them ends, when we commit them to the grave; but our duty to ourselves, our families, and surviving friends, requires that we perform to them the customary offices of life. We should therefore remember our departed friends, only to imitate their virtues; and not to pine away with useless sorrow.

Q. Has not religion a tendency to fill the mind with gloom?

A. True religion never has this effect. Superstition and false notions of God, often make men gloomy; but true, rational piety and religion have the contrary effect. They fill the mind with joy and cheerfulness; and the countenance of a truly pious man should always wear a serene smile.

Q. What has Christ said concerning gloomy Christians?

A. He has pronounced them hypocrites; and commanded his followers not to copy their sad countenances and disfigured faces; but even in their acts of humiliation to "anoint their heads and wash their faces." Christ intended by this, that religion does not consist in, nor require a monkish sadness and gravity; on the other hand, he intimates that such appearances of sanctity are generally the marks of hypocrisy. He expressly enjoins upon his followers, marks of cheerfulness. Indeed, the only true ground of perpetual cheerfulness, is a consciousness of ever having done well, and an assurance of divine favour.

*E F*