# EXHIBIT G-2

# THE TEN COMMANDMENTS

I am the Lord thy God

Thou shalt have
no other gods before me

Thou shalt not
make unto thee
any graven image

Thou shalt not
take the name of the Lord thy
God in vain

Remember the Sabbath day
to keep it holy

Honor thy father
and thy mother

Thou shalt not
kill

Thou shalt not
commit adultery

Thou shalt not
steal

Thou shalt not
bear false witness

Thou shalt not
covet