# EXHIBIT G-4

# Educators Decry High Court Ruling

**BY CINDY SCHROEDER**
*Enquirer Reporter*

"I just hate it," one Northern Kentucky educator said. It ignores the roots of America's legal system, a legislator said.

Other school officials said they would defer comment until they could read the Supreme Court ruling Monday that banned posting of the Ten Commandments in Kentucky public schoolrooms.

However, Ohio's school officials won't have to ponder the close court ruling because the state has no such Ten Commandments law. One was introduced last year in the Ohio legislature, but got nowhere.

The Kentucky law, passed in 1978, mandated all public schools post the Ten Commandments. Because of various court challenges, most Northern Kentucky schools have been slow to post plaques.

WHEN TOLD of the ruling, James Jenkins, Dixie Heights High School principal, said, "I just hate it. I really don't think that's hurting anyone's beliefs (posting the Ten Commandments by the main classroom entrance). However, he added, "We'll try to abide by the law."

"We'll have to see how the decision is worded and compare that with what we're doing," said John Grubbs, superintendent of Kentucky's Walton-Verona Schools.

In his district, copies of the commandments are posted in the elementary and high schools, Grubbs said.

Myron Reinhardt, acting superintendent of Campbell County Schools, said the issue "probably will be discussed" at the regular school board meeting Friday at the central office in Alexandria.

"If the Supreme Court has a ruling, I think we'll be obliged to obey it," Reinhardt said.

"WE GAVE two church-related groups permission to put Ten Commandment plaques in classrooms of two schools as far as I know," Reinhardt said.

"I want to get an opinion from our school board attorney before we do anything," said William Voelker, principal of A.J. Jolly School in Alexandria where Carthage United Methodist Church Women raised money to put plaques in the school last year. "I haven't seen the full statement."

The Fort Thomas Board of Education had approved a policy last week that would have allowed Ten Commandments plaques to be posted in its schools by outside groups, but had not had an opportunity to publicize it yet.

Dr. Fred Williams, superintendent, said a local church had given one of the system's teachers a framed copy of the Ten Commandments and she had asked if she could hang it in her school.

"We hadn't mailed out the board's decision yet," Williams said. "We won't be putting any (Ten Commandment plaques) on the walls of our classrooms now."

BOONE COUNTY Board of Education had approved posting the Ten Commandments, but only if final litigation ruled in favor of it, Superintendent C.R. Norman said.

Rep. Claudia Riner, D-Louisville, who was instrumental in getting the controversial Ten Commandments law passed in 1978, held an optimistic view of the vote.

"I'm very pleased that four of the justices recognized the roots of our legal system are based in the Ten Commandments," Riner said of the 5-4 decision.

Riner, who is not a lawyer, said she interpreted the U.S. Supreme Court decision as ruling against the state law that mandated posting the Ten Commandments in classrooms, and not against the posting of the commandments.

"When the State Supreme Court ruled last spring, (Chief) Justice (John) Palmore said he wasn't ruling on the issue of the Ten Commandments in the classroom, but ruling that the state cannot mandate putting them in," Riner said.

IN AN attorney general's opinion issued Aug. 28, 1978, Robert Chenoweth, assistant attorney general, said the commandments could be received by local boards and posted.



*Enquirer photo BY MARK TREITEL*
DIXIE HEIGHTS students, waiting for rides, sit under school's only copy of Ten Commandments, posted over an office door.