# EXHIBIT G-8

## LESSON LXXXIII.
### *The Ten Commandments.*

1. Every little boy and girl should know the Ten Commandments and be careful to obey them.

2. They were written by God himself, on two tables of stone. He then gave the tables to his servant Moses while he was upon Mount Sinai, amid thunders and lightnings and smoke.

3. The Ten Commandments embrace our duty to God and our neighbors. These are called the law of God.

4. All sin consists in breaking this law. Unfortunately we have all broken it, and have thus become exposed to the penalty, which says, "The soul that sinneth, it shall die."

5. But there is a way of escape from the punishment which we all deserve. The Savior has died and suffered for us. He is able and willing to save all who will seek the forgiveness of God through him.

### THE TEN COMMANDMENTS.

1. Thou shalt have no other Gods before me.

2. Thou shalt not make unto thee any graven image, or any likeness of any thing that is in heaven above, or that is in the earth beneath; or that is in the waters under the earth. Thou shalt not bow down thyself to them, nor serve them; for I the Lord thy God am a jealous God, visiting the iniquity of the fathers upon the children, unto the third and fourth generations of them that hate me, and showing mercy unto thousands of them that love me, and keep my commandments.

3. Thou shalt not take the name of the Lord thy God in vain; for the Lord will not hold him guiltless that taketh his name in vain.

4. Remember the sabbath day, to keep it holy. Six days shalt thou labor, and do all thy work; but the seventh day is the sabbath of the Lord thy God: in it thou shalt not do any work, thou, nor thy son, nor thy daughter, thy man-servant, nor thy maid-servant, nor thy cattle, nor the stranger that is within thy gates: for in six days the Lord made heaven and earth, the sea, and all that in them is, and rested on the seventh day: wherefore the Lord blessed the sabbath day, and hallowed it.

5. Honor thy father and thy mother, that thy days may be long in the land which the Lord thy God giveth thee.

6. Thou shalt not kill.

7. Thou shalt not commit adultery.

8. Thou shalt not steal.

9. Thou shalt not bear false witness against thy neighbor.

10. Thou shalt not covet thy neighbor's house, thou shalt not covet thy neighbor's wife, nor his man-servant, nor his maid-servant, nor his ox, nor his ass, nor any thing that is thy neighbor's.

---

*Questions.*—1. By whom were the Ten Commandments written? 2. On what were they written? 3. To whom did God give them? 4. Who was Moses? 5. Is there any thing unreasonable enjoined in the Ten Commandments? 6. What punishment will God inflict upon those who break his law? 7. In prefixing this penalty has not God shown his desire to have us obey and be happy? 8. How can we escape from the punishment due to us? 9. Was not God very merciful to give his son to die for our sins? 10. Can we expect forgiveness unless we repent and break off from our sins?

| where-fore | com-mand-ments | a-dul-te-ry |
| re-mem-ber | pun-ish-ment | thou-sands |
| neigh-bor | un-for-tu-nate-ly | sab-bath |
| guilt-less | for-give-ness | hal-low-ed |