# EXHIBIT G-18

| | | | | | |
|---|---|---|---|---|---|
| nail, | nails | key, | keys | leak, | leaks |
| sail, | sails | knave, | knaves | speak, | speaks |
| weep, | weeps | green, | greens | sheaf, | sheaves |
| seam, | seams | yield, | yields | leaf, | leaves |
| fly, | flies | stride, | strides | poll, | polls |
| cry, | cries | guide, | guides | soul, | souls |
| dry, | dries | smile, | smiles | coal, | coals |
| sky, | skies | toe, | toes | bowl, | bowls |
| buy, | buys | foe, | foes | rogue, | rogues |
| sigh, | sighs | bow | bows | post, | posts |
| flight, | flights | glow, | glows | host, | hosts |
| light, | lights | flow, | flows | toast, | toasts |
| sight, | sights | blow, | blows | coast, | coasts |
| life, | lives | snow, | snows | door, | doors |
| wife, | wives | hoe, | hoes | floor, | floors |
| knife, | knives | foal, | foals | oar, | oars |

## TABLE XIII.

*Lessons of easy words, to teach children to read, and to know their duty.*

### LESSON 1.

NO man may put off the law of God,
My joy is in his law all the day.
O may I not go in the way of sin!
Let me not go in the way of ill men.

### II

A bad man is a foe to the law,
It is his joy to do ill.
All men go out of the way.
Who can say he has no sin?

### III.

The way of man is ill!
My son do as you are bid:
But if you are bid, do no ill.
See not my sin, and let me not go to the pit.

### IV.

Rest in the Lord, and mind his word.
My son, hold fast the law that is good.
You must not tell a lie, nor do hurt.
We must let no man hurt us.

### V.

Do as well as you can, and do no harm.
Mark the man that doth well, and do so too.
Help such as want help, and be kind.
Let your sins past put you in mind to mend.

### VI.

I will not walk with bad men, that I may not be
    cast off with them.
I will love the law and keep it.
I will walk with the just and good.

### VII.

This life is not long; but the life to come has no
    end.
We must pray for them that hate us.
We must love them that love not us.
We must do as we like to be done to.

### VIII.

A bad life will make a bad end.
He must live well that will die well.
He doth live ill that doth not mend.
In time to come we must do no ill.

### IX.

No man can say that he has done no ill,
For all men have gone out of the way.
There is none that doth good; no, not one.
I, I have done harm, I must do it no more.

### X.

Sin will lead us to pain and woe.
Love that which is good and shun vice.
Hate no man, but love both friends and foes.
A bad man can take no rest, day nor night.

Digitized by Google

### XI.

He who came to save us, will wash us from all sin; I will be glad in his name.

A good boy will do all that is just; he will flee from vice; he will do good, and walk in the way of life.

Love not the world, nor the things that are in the world; for they are sin.

I will not fear what flesh can do to me; for my trust is in him who made the world.

He is nigh to them that pray to him, and praise his name.

### XII.

Be a good child; mind your book; love your school, and strive to learn.

Tell no tales; call no ill names; you must not lie, nor swear, nor cheat nor steal.

Play not with bad boys; use no ill words at play; spend your time well; live in peace, and shun all strife. This is the way to make good men love you, and save your soul from pain and woe.

### XIII.

A good child will not lie, swear, nor steal.— He will be good at home, and ask to read his book; when he gets up he will wash his face and hands clean; he will comb his hair, and make haste to school; he will not play by the way as bad boys do.

### XIV.

When good boys and girls are at school, they will mind their books, and try to learn to spell and read well, and not play in time of school.

When they are at church, they will sit, kneel, or stand still; and when they are at home, will read some good books, that God may bless them.

Digitized by Google

## XV.

As for those boys and girls that mind not their books, and love not the church and school, but play with such as tell tales, tell lies, curse, swear, and steal, they will come to some bad end, and must be whipt till they mend their ways.

## TABLE XIV.

*Words of two syllables, accented on the first.*

| | | | |
|---|---|---|---|
| A cre | feat ure | ni ter | tai lor |
| a pron | fe male | oat meal | trai tor |
| bare foot | fro ward | past ry | trea ty |
| beast ly | grate ful | pi ous | wea ry |
| brew er | griev ous | peo ple | wo ful |
| beau ty | goo man | plu mage | wri ter |
| brok en | hein ous | pa rent | wain scot |
| boat swain | hind most | pro logue | yeo man |
| bow sprit | hoar y | quo ta | ab sence |
| brave ry | hu mor | rhu barb | ab bey |
| ca ble | jew el | ri fle | am ple |
| cheap en | jui cy | rogu ish | as*th* ma |
| dai ly | knave ry | re gion | an cle |
| dai sy | knight hood | sea son | bal ance |
| dea con | li ver | spright ly | bel fry |
| dia mond | la bor | sti fle | bash ful |
| do tage | le gion | stee ple | bish op |
| eve ning | may or | bol ster | blem ish |
| fa vor | me ter | coul ter | blus ter |
| fla vor | mi ter | slave ry | brim stone |
| glud geon | mea sles | shoul der | brick kiln |
| bel lows | dam son | grav el | mel on |
| bis cuit | dan gle | grum ble | mer it |
| brit tle | dac tyl | guin ea | min gle |
| buck ram | debt or | gud geon | mis tress |
| bus tle | dim ple | hand ful | mis chief |
| cam el | dis tance | hab it | musk et |
| ca price | doub le | has soc | mus lin |
| cap tain | driv en | hav oc | mus ter |
| cens ure | dud geon | heif er | mar riage |
| chap el | dun geon | heav y | nev er |
| chas ten | drunk ard | hin drance | nim ble |
| cher ish | duc ty | hus band | pad lock |
| chim ney | ec logue | hum ble | pamph let |
| | en gine | hus ky | pen ance |

Digitized by Google

scores or notches it first, and then hews it with his broad-ax—He bores holes with an auger, and with the help of a chisel, forms a mortice for a tenon. He measures with a square or rule, and marks his work with a compass. Each timber is fitted to its place.—The sills support the posts, and these support the beams. Braces secure the frame of a building from swaying or leaning—Girders and joists support the floors; studs, with the posts, support the walls, and rafters uphold the roof.

Now comes the joiner with his chest of tools. He planes the boards, joints the shingles, and covers the building—With his saw he cuts boards, with his gimblet or wimble, he makes holes for nails, pins or spikes—with his chisel and gouge, he makes mortises.

Then comes the mason with his trowel.—the lathes are nailed to the studs and joints to support the plaster; first a rough coat of coarse morter of lime and sand is laid on, and this is covered with a beautiful white plaster; and last of all comes the painter with his brush and oil-pots—he mixes the oil and white lead, and gives to the apartments the colour which the owner or his lady sees fit to direct.

## A MORAL CATECHISM.

*Question.* What is moral virtue?

*Answer.* It is an honest upright conduct in all our dealings with men.

*Q.* What rules have we to direct us in our moral conduct?

*A.* God's word, contained in the Bible, has furnished all necessary rules to direct our conduct.

*Q.* In what part of the Bible are these rules to be found?

*A.* In almost every part, but the most important duties between men are summed up in the beginning of Matthew, in CHRIST's Sermon on the Mount.

### OF HUMILITY

*Q.* What is humility?

*A.* A lowly temper of mind.

*Q.* What are the advantages of humility?

*A.* The advantages of humility in this life are very numerous and great. The humble man has few or no enemies. Every one loves him and is ready to do him good. If he is rich and prosperous, people do not envy him, if he is poor and unfortunate, every one pities him, and is disposed to alleviate his distresses.

*Q.* What is pride?

*A.* A lofty high minded disposition.

*Q.* Is pride commendable?

*A.* By no means. A modest self-approving opinion of our-

own good deeds is very right—it is very natural—it is agreeable, and a spur to good actions. But we should not suffer our hearts to be blown up with pride, whatever great and good deeds we have done; for pride brings upon us the ill will of mankind and the displeasure of our Maker.

Q. *What effect has humility upon our minds.*

A. Humility is attended with peace of mind and self-satisfaction. The humble man is not disturbed with cross accidents, and is never fretful and uneasy; nor does he repine when others grow rich. He is contented, because his mind is at ease.

Q. *What is the effect of pride on a man's happiness?*

A. Pride exposes a man to numberless disappointments and mortifications. The proud man expects more attention and respect will be paid him. He is neglected, laughed at and despised, and this treatment frets him, so that his own mind becomes a seat of torment. A proud man cannot be a happy man.

Q. *What has Christ said, respecting virtue and humility.*

A. He has said, "Blessed are the poor in spirit; for theirs is the kingdom of heaven." Poorness of spirit is humility; and this humble temper prepares a man for heaven, where all is peace and love.

## Of MERCY.

Q. *What is mercy?*

A. It is tenderness of heart.

Q. *What are the advantages of this virtue?*

A. The exercise of it tends to diffuse happiness and lessen the evils of life. Rulers of a merciful temper will make their good subjects happy; and will not torment the bad, with needless severity. Parents and masters will not abuse their children and servants with harsh treatment. More love, more confidence, more happiness, will subsist among men, and of course society will be happier.

Q. *Should not beasts as well as men be treated with mercy?*

A. They ought indeed. It is wrong to give needless pain even to a beast. Cruelty to the brutes shows a man has a hard heart, and if a man is unfeeling to a beast, he will not have much feeling for men. If a man treats his beast with cruelty, beware of trusting yourself in his power. He will probably make a severe master and a cruel husband.

Q. *How does cruelty show its effects?*

A. A cruel disposition is usually exercised upon those who are under its power. Cruel rulers make severe laws which in-

jure the persons and property of their subjects. Cruel officers execute laws in a severe manner, when it is not necessary for public good. A cruel husband abuses his wife and children.

A cruel master acts the tyrant over his apprentices and servants. The effects of cruelty are, hatred, quarrels, tumults and wretchedness.

Q. *What does Christ say of the merciful man?*

A. He says he is "blessed, for he shall obtain mercy." He who shows mercy and tenderness to others, will be treated with tenderness and compassion himself.

### Of PEACE-MAKERS.

Q. *Who are peace-makers?*

A. All who endeavour to prevent quarrels and disputes among men; or to reconcile those who are separated by strife.

Q. *Is it unlawful to contend with others on any occasion?*

A. It is impossible to avoid some differences with men; disputes should be always conducted with temper and moderation.

The man who keeps his temper will not be rash, and do or say things which he will afterwards repent of. And though men should sometimes differ, still they should be ready to do kind offices to each other.

Q. *What is the reward of the peace-maker?*

A. He shall be "blessed, and called the child of God."

The mild peaceable, friendly man, resembles God. What an amiable character is this! To be like our heavenly Father, that lovely, perfect and glorious being, who is the source of all good, is to be the best and happiest of men.

### Of PURITY of HEART.

Q. *What is a pure heart?*

A. A heart free from all bad desires, and inclined to conform the divine will in all things.

Q. *Should a man's intentions as well as his actions be good?*

A. Most certainly. Actions cannot be called good, unless they proceed from good motives. We should wish to see, and to make all men better and happier—we should rejoice at their prosperity. This is benevolence.

Q. *What reward is promised to the pure in heart?*

A. Christ has declared "they shall see God." A pure heart is like God, and those who possess it shall dwell in his presence and enjoy his favour for ever.

### Of ANGER

Q. *Is it right ever to be angry?*

A. It is right in certain cases that we should be angry; as when gross affronts are offered to us, and injuries done us by design. A suitable spirit of resentment, in such cases, will obtain justice for us, and protect us from further insults.

Digitized by Google

Q. *By what rule should anger be governed?*

A. We should never be angry without a cause; that is, we should be certain a person means to affront, injure or insult us, before we suffer ourselves to be angry. It is wrong, it is mean, it is a mark of a little mind, to take fire at every little trifling dispute. And when we have real cause to be angry we should observe moderation. We should never be in a passion.

A passionate man is like a madman and is always inexcusable.

We should be cool even in anger; and be angry no longer than to obtain justice. In short, we should "be angry and sin not."

## Of REVENGE.

Q. *What is revenge?*

A. It is to injure a man because he has injured us.

Q. *Is this justifiable?*

A. Never, in any possible case. Revenge is perhaps the meanest, as well as wickedest vice in society.

Q. *What shall a man do to obtain justice when he is injured?*

A. In general, laws have made provision for doing justice to every man; and it is right and honourable, when a man is injured, that he should seek a recompence.

But a recompence is all he can demand, and of that he should not be his own judge, but should submit the matter to judges appointed by authority.

Q. *But suppose a man insults us in such a manner that the law cannot give us redress?*

A. Then forgive him. "If a man strikes you on one cheek, turn the other to him," and let him repeat the abuse, rather than strike him.

Q. *But if we are in danger from the blows of another, may we not defend ourselves?*

A. Most certainly. We have always a right to defend our persons, property and families. But we have no right to fight and abuse people merely for revenge. It is nobler to forgive. "Love your enemies—bless them that curse you—do good to them that hate you—pray for them that use you ill,"—these are the commands of the blessed Saviour of men. The man who does this is great and good; he is as much above the little, mean, revengeful man, as virtue is above vice, or as heaven is higher than hell.

## Of JUSTICE.

Q. What is justice?

A. It is giving to every man his due

Q. Is it always easy to know what is just?

A. It is generally easy; and where there is any difficulty in

determining, let a man consult the golden rule—"To do to others, what we could reasonably wish they should do to us, in the same circumstances."

Q. What are the ill effects of injustice?

A. If a man does injustice, or rather, if he refuses to do justice, he must be compelled. Then follows a lawsuit, with a series of expenses, and what is worse, ill blood and enmity between the parties. Somebody is always the worse for law-suits, and of course society is less happy.

## OF GENEROSITY.

Q. *What is generosity?*

A. It is some act of kindness performed for another which strict justice does not demand.

Q. *Is this a virtue?*

A. It is indeed a noble virtue. To do justice, is well; but to do more than justice, is still better, and may proceed from noble motives.

Q. *What has Christ said respecting generosity?*

A. He has commanded us to be generous in this passage, "Whosoever shall compel (or urge) you to go a *mile*, go with him *two*.

Q. *Are we to perform this literally?*

A. The meaning of this command will not always require this.—But in general we are to do more for others than they ask, provided we can do it, without essentially injuring ourselves. We ought cheerfully to suffer many inconveniences to oblige others, though we are not required to do ourselves any essential injury.

Q. *Of what advantage is generosity to the man who exercises it?*

A. It lays others under obligations to the generous man; and the probability is, that he will be repaid three fold. Every man on earth wants favours at some time or other in his life; and if we will not help others, others will not help us. It is for a man's interest to be generous.

Q. *Ought we to do kind actions because it is for our interest?*

A. This may be a motive at all times; but if it is the principal motive, it is less honourable. We ought to do good as we have opportunity, at all times and to all men, whether we expect a reward or not; for if we do good, somebody is the happier for it. This alone is reason enough, why we should do all the good in our power.

## OF GRATITUDE.

Q. *What is gratitude?*

A. A thankfulness of heart for favours received.

Q. *Is it a duty to be thankful for favours?*

A. It is a duty and a virtue. A man who does not feel grateful for kind acts done for him by others, does not deserve favours of any kind. He ought to be shut out from the society of the good. He is worse than a savage, for a savage never forgets an act of kindness.

Q. *What is the effect of true kindness?*

A. It softens the heart towards the generous man, and every thing which subdues the pride and other unsocial passions of the heart, fits a man to be a better citizen, and a better neighbour, a better husband, and a better friend. A man who is sensible of favours and ready to acknowledge them, is more inclined to perform kind offices, not only towards his benefactor, but towards all others.

## OF TRUTH.

Q. *What is truth?*

A. It is speaking and acting agreeable to fact.

Q. *Is it a duty to speak truth at all times?*

A. If we speak at all we should tell the truth. It is not always necessary to tell what we know. There are many things which concern ourselves and others which we had better not publish to the world.

Q. *What rules are there respecting the publishing of truth.*

A. 1. When we are called upon to testify in court, should speak the whole truth, and that without disguise. T leave out small circumstances, or to give a colouring to other with a view to favour one side more than the other, is to th highest degree criminal.

2. When we know something of our neighbour which is against his character, we may not publish it unless to prevent his doing any injury to another person.

3. When we sell any thing to another, we ought not to represent the article to be better than it really is. If there are faults in it which may easily be seen, the law of man does not require us to inform the buyer of these faults, because he may see them himself. But it is not honourable nor generous, nor strictly honest to conceal even apparent faults. But when faults are out of sight, the seller ought to tell the buyer of them. If he does not, he is a cheat and a downright knave.

Q. *What are are the ill effects of lying and deceiving?*

A. The man who lies, deceives, or cheats, or looses his reputation. No person will believe him, even when he speaks the truth; he is shunned as a pest to society.

Falshood and cheating destroy all confidence between man and man: they raise jealousies and suspicions among men; they thus weaken the band of society and destroy happiness. Be-

Digitized by Google

sides, cheating often strips people of their property, and makes them poor and wretched.

## OF CHARITY AND GIVING ALMS.

Q. What is charity?

A. It signifies giving to the poor, or it is a favourable opinion of men and their actions.

Q. When and how far is it our duty to give to the poor?

A. When others really want what we can spare without material injury to ourselves, it is our duty to give them something to relieve their wants.

Q. When persons are reduced to want by their own laziness and vices, by drunkenness, gambling, and the like, is it a duty to relieve them?

A. In general it is not. The man who gives money and provisions to a lazy, vicious man, becomes a partaker of his guilt. Perhaps it may be right to give to such a man a meal of victuals to keep him from starving, and it is certainly right to feed his wife and family, and make them comfortable.

Q. Who are the proper objects of charity?

A. Persons who are reduced to want by sickness, unavoidable losses by fire, storms at sea or land, drought or accidents of other kinds. To such persons we are commanded to give, and it is our interest to be charitable; for we are all liable to misfortunes and may want charity ourselves.

Q. In what manner should we bestow favours?

A. We should do it with gentleness and affection; putting on no airs of pride and arrogance. We should also take no pains to publish our charities, but rather conceal them; for if we boast of our generosity, we discover that we give from mean, selfish motives. Christ commands us, in giving, not to let our left hand know what our right hand doeth.

Q. How can charity be exercised in our opinions of others?

A. By thinking favourably of them and their actions. Every man has his faults; but charity will not put a harsh construction on another's conduct. It will not charge his conduct to bad views and motives, unless this appears very clear indeed.

## OF AVARICE.

Q. What is avarice?

A. An excessive desire of possessing wealth.

Q. Is this commendable?

A. It is not; but one of the meanest of vices.

Q. Can an avaricious man be an honest man?

A. It is hardly possible; for the lust of gain is almost always accompanied with a disposition to take mean and undue advantages of others.

Digitized by Google

Q. What effect has avarice upon the heart?

A. It contracts the heart—narrows the sphere of benevolence—blunts all the fine feelings of sensibility, and sours the mind towards society. An avaricious man, a miser, a niggard, is wrapped up in selfishness, like some worms, which crawl about and eat for some time to fill *themselves*, then wind themselves up in separate coverings and die.

Q. What injury is done by avarice to society?

A. Avarice gathers together more property than the owner wants, and keeps it hoarded up, where it does no good. The poor are thus deprived of some business, some means of support; the property gains nothing to the community; and somebody is less happy by means of this hoarding of wealth.

Q. In what proportion does avarice do hurt?

A. In an exact proportion to its power of doing good. The miser's *heart* grows *less*, in proportion as his *estate* grows *larger*. The more money he has, the more he has people in his power, and the more he grinds the face of the poor. The larger the tree and the more spreading the branches, the more small plants are shaded and robbed of their nourishment.

## Of FRUGALITY AND ECONOMY.

Q. What is the distinction between frugality and avarice?

A. Frugality is a prudent saving of property from needless waste. Avarice gathers more and spends less than is necessary.

Q. What is economy?

A. It is frugality in expenses—it is a prudent management of one's estate. It disposes of property for useful purposes without waste.

Q. How far does true economy extend?

A. To the saving of every thing which it is not necessary to spend for comfort and convenience; and the keeping one's expenses within his income or earnings.

Q. What is wastefulness?

A. It is the spending of money for what is not wanted. If a man drinks a dram which is not necessary for him, or buys a cane which he does not want, he wastes his money. He injures *himself*, as much as if he had thrown away his money.

Q. Is not waste often occasioned by mere negligence?

A. Very often. The man who does not keep his house and barn well covered; who does not keep good fences about his fields; who suffers his farming utensils to lie out in the rain or on the ground; or his cattle to waste manure in the high way, is as much a spendthrift as the tavern haunter, the tipler and the gamester.

Q. Do not careless, slovenly people work harder than the neat and orderly?

A. Much harder. It is more labor to destroy a growth of

sturdy weeds, than to pull them up when they first spring from the ground. So the disorders and abuse which grow out of a sloven's carelessness, in time become almost incurable. Hence such people work, like slaves, and to little effect.

## OF INDUSTRY.

*Q.* What is industry?

*A.* It is a diligent attention to business in our several occupations.

*Q.* Is labor a curse or a blessing?

*A.* Hard labor or drudgery is often a curse, by making life toilsome and painful. But constant moderate labor is the greatest of blessings.

*Q.* Why then do people complain of it?

*A.* Because they do not know the evils of not labouring.—Labor keeps the body in health and makes men relish all their enjoyments. "The sleep of the labouring man is sweet," so is his food. He walks cheerful and whistling about his field or his shop, and scarcely knows pain.

The rich and indolent first lose their health for want of action—They turn pale, their bodies are enfeebled, they lose their appetite for food and sleep, they yawn out a tasteless life of dulness, without pleasure, and often useless to the world.

*Q.* What are the other good effects of industry?

*A.* One effect is to procure an estate. Our Creator has kindly united our duty, our interest and happiness; for the same labor which makes us healthy and cheerful, gives wealth.

Another good effect of industry is to keep men from vice. Not all the moral discourses ever delivered to mankind, have so much effect in checking the bad passions of men, in keeping order and peace, and maintaining moral virtue in society as industry. Business is a source of health, of prosperity, of virtue, and obedience to law.

To make good subjects and good citizens, the first requisite is to educate every young person in some kind of business. The possession of millions should not excuse a young person from application to business; and that parent or guardian who suffers his child or his ward to be bred in idleness, becomes necessary to the vices and disorders of society—He is guilty of "not providing for his household, and is worse than an infidel."

## OF CHEERFULNESS.

*Q.* Is cheerfulness a virtue?

*A.* It doubtless is, and a moral duty to practice it.

*Q.* Can we be cheerful when we please?

*A.* In general it depends much upon ourselves. We can oft mould our tempers into a cheerful frame—We can frequent company and other objects calculated to inspire us with cheer-

fulness. To indulge in habitual gloominess of mind is weakness and sin.

Q. What are the effects of cheerfulness on ourselves.

A. Cheerfulness is a great preservative of health, over which it is our duty to watch with care. We have no right to sacrifice our health by the indulgence of a gloomy state of mind. Besides, a cheerful man will do more business, and do it better than a gloomy one.

Q. What are the effects of cheerfulness on others?

A. Cheerfulness is readily communicated to others, by which means their happiness is increased. We are all influenced by sympathy and naturally partake of the joys and sorrows of others.

Q. What effect has melancholy on the heart?

A. It hardens and benumbs it—it chills the warm affections of love and friendship, and prevents the exercise of the social passions. A melancholy person's life is all night and winter. It is as unnatural as perpetual darkness and frost.

Q. Is it not right to grieve for the loss of our friends?

A. It is certainly right, but we should endeavor to moderate our grief, and not suffer it to impair our health, or to grow into a settled melancholy. The use of grief is to soften the heart, and make us better. But when our friends are dead, we can render them no further service. Our duty to them ends, when we commit them to the grave; but our duty to ourselves, our families, and surviving friends, requires that we perform to them the customary offices of life. We should therefore remember our departed friends, only to imitate their virtues; and not to pine away with useless sorrow.

Q. Has not religion a tendency to fill the mind with gloom?

A. True religion never has this effect. Superstition and false notions of God, often make men gloomy; but true, rational piety and religion have the contrary effect. They fill the mind with joy and cheerfulness; and the countenance of a truly pious man should always wear a serene smile.

Q. What has Christ said concerning gloomy Christians?

A. He has pronounced them hypocrites; and commanded his followers not to copy their sad countenances and disfigured faces; but even in their acts of humiliation to "anoint their heads and wash their faces." Christ intended by this, that religion does not consist in, nor require a monkish sadness and gravity; on the other hand, he intimates that such appearances of sanctity are generally the marks of hypocrisy. He expressly enjoins upon his followers, marks of cheerfulness. Indeed, the only true ground of perpetual cheerfulness, is a consciousness of ever having done well, and an assurance of divine favour.

EF.

Digitized by Google