# EXHIBIT G

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DARCY ROAKE, et al.,<br><br>PLAINTIFFS,<br><br>v.<br><br>CADE BRUMLEY, et al.,<br><br>DEFENDANTS. | Civil Action No. 3:24-cv-517<br><br>Judge: JWD - SDJ |

**DECLARATION OF ZACHARY FAIRCLOTH IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS**

I, Zachary Faircloth, declare and state as follows:

1. My name is Zachary Faircloth. I am the Principal Deputy Solicitor General for the State of Louisiana. I am one of the attorneys representing Defendants in this action. I am submitting this declaration in support of Defendants' Reply in Support of Motion to Dismiss. I have personal knowledge of the contents of this declaration.

2. Attached as Exhibit G-1 to this declaration is a true and correct copy of an article published by *The Herald-Leader* (Lexington, Ky.) on December 14, 1980.

3. Attached as Exhibit G-2 to this declaration is a true and correct copy of the photograph included in Exhibit 1, enlarged for readability.

4. Attached as Exhibit G-3 to this declaration is a true and correct copy of an article published by *The Herald-Leader* (Lexington, Ky.) on November 22, 1980.

5. Attached as Exhibit G-4 to this declaration is a true and correct copy of an article published by *The Cincinnati Enquirer* on November 18, 1980.

6. Attached as Exhibit G-5 to this declaration is a true and correct copy of an article published by the *Messenger Inquirer* (Owensboro, Ky.) on November 18, 1980.

1

7. Attached as Exhibit G-6 to this declaration is a true and correct copy of an article published by *The Paducah Sun* on November 18, 1980.

8. Attached as Exhibit G-7 to this declaration is a true and correct copy of an article published by *The Adair County News* (Columbia, Ky.) on March 20, 1979.

9. Attached as Exhibit G-8 to this declaration is a true and correct copy of pp. 160–161 of W. L. McGuffey, *The Eclectic Second Reader for the Younger Classes in Schools*, published by Truman and Smith in 1836.

10. Attached as Exhibit G-9 to this declaration is a true and correct copy of pp. 216–217 of Wm. H McGuffey, L.L.D., *McGuffey's Newly Revised Eclectic Second Reader,* published by Winthrop B. Smith & Co. in 1853.

11. Attached as Exhibit G-10 to this declaration is a true and correct copy of p. 162 of Wm. H. McGuffey, L.L.D., *McGuffey's New Second Eclectic Reader for Young Learners*, reprinted by Henry Ford and published by American Book Company in 1925.

12. Attached as Exhibit G-11 to this declaration is a true and correct copy of pp. 76–78 of *McGuffey's New High School Reader for Advanced Classes*, published by Wilson, Hinkle & Co. in 1857.

13. Attached as Exhibit G-12 to this declaration is a true and correct copy of pp. 207–210 of *McGuffey's Fourth Eclectic Reader*, published by Van Antwerp, Bragg & Co. in 1879.

14. Attached as Exhibit G-13 to this declaration is a true and correct copy of pp. 95–96 of Wm. H. McGuffey, L.L.D., *McGuffey's Newly Revised First Reader*, published by Winthrop B. Smith & Co. in 1844.

15. Attached as Exhibit G-14 to this declaration is a true and correct copy of pp. 134–136 of Wm. H. McGuffey, L.L.D., *McGuffey's Newly Revised Eclectic Third Reader*, published by Winthrop B. Smith & Co. in 1853.

16. Attached as Exhibit G-15 to this declaration is a true and correct copy of pp. 110–112 of Wm. H. McGuffey, LL.D., *McGuffey's New Fifth Eclectic Reader*, published by Winthrop B. Smith & Co. in 1857.

17. Attached as Exhibit G-16 to this declaration is a true and correct copy of pp. 56–64 of *The New-England Primer*, originally published in 1808 and reprinted by Peter Brynberg in 1822.

18. Attached as Exhibit G-17 to this declaration is a true and correct copy of pp. 54–57, 70–71, and 105 of Noah Webster, *The American Spelling Book*, printed by Isaiah Thomas and Ebenezer T. Andrews in 1790.

19. Attached as Exhibit G-18 to this declaration is a true and correct copy of pp. 34–37 and 135–144 of Noah Webster, *The American Spelling Book*, published by Samuel G. Hayes in 1836.

Dated: August 30, 2024                    Respectfully submitted,

   */s/ Zachary Faircloth*
ZACHARY FAIRCLOTH (La #39875)
  *Principal Deputy Solicitor General*
  *Counsel for Defendants Cade Brumley, Conrad Appel, Judy Armstrong, Kevin Berken, Preston Castille, Simone Champagne, Sharon Latten-Clark, Lance Harris, Paul Hollis, Sandy Holloway, Stacey Melerine, Ronnie Morris, East Baton Rouge Parish School Board, Livingston Parish School Board, Vernon Parish School Board, and St. Tammany Parish School Board*