# EXHIBIT G-2

Case 3:24-cv-00517-JWD-SDJ    Document 59-3    09/03/24    Page 1 of 2

# THE TEN COMMANDMENTS

I am the Lord thy God

Thou shalt have no other gods before me

Thou shalt not make unto thee any graven image

Thou shalt not take the name of the Lord thy God in vain

Remember the Sabbath day to keep it holy

Honor thy father and thy mother

Thou shalt not kill

Thou shalt not commit adultery

Thou shalt not steal

Thou shalt not bear false witness

Thou shalt not covet