# EXHIBIT G-3

# Church Reactions to Court's Ruling on Ten Commandments Vary

By Jennifer Hewlett
Staff Writer

Separation of church and state is required under the U.S. Constitution, but that's difficult to achieve when so many of the country's laws are based on Judeo-Christian beliefs, said some Lexington ministers.

The ministers were responding to the U.S. Supreme Court's decision earlier this week to strike down a 1978 Kentucky law requiring the Ten Commandments to be posted in public schools if the necessary funds to do so are provided by non-governmental sources.

Some of the local religious leaders contacted by the Herald said they think the commandments should be posted, while others objected to the idea. But nearly all agreed that issues involving separation of church and state, such as this one, will never be easily resolved.

"I would have preferred that the commandments had been left in the schools," said the Rev. Sewell Woodward Jr., pastor of Centenary United Methodist Church.

"I think there is some question whether that's a promotion of religion in school. But contained within those ideas (the commandments) are rules accepted by other religions too. It's a matter of judgment.

"Don't you find it rather ironic that the Ten Commandments are chiseled in marble on the Supreme Court building?" the minister asked.

"I hadn't thought a whole lot about it (the court ruling) because I don't really have that strong feelings one way or another," said the Rev. Richard Landon, interim pastor of Trinity Baptist Church. "As a minister it doesn't upset me because the Ten Commandments are not hanging on classroom walls."

"The responsibility for religious instruction primarily rests in the home and churches," Landon said.

The Rev. Robert Wehage, associate pastor of Christ the King Church, said he supports the court's decision.

One reason Catholic schools were opened in the United States was because public schools were slanted toward Protestants, Wehage said. "Their (Catholic students') faith was held up to ridicule."

He said he feared that those who so fervently favor the posting of the commandments might be trying to force their beliefs on others. There is a big difference in the way the commandments are taught in fundamentalist churches as opposed to the way they are taught in other churches, he said.

"Morality needs to be taught. But religious instruction needs to be done through religious bodies," he said.

"I see no problem with the Ten Commandments being posted in the schools," said the Rev. T.H. Peoples Jr., minister of Pleasant Green Baptist Church. "I think it is a code of conduct. I think it states basically that there is one God, and that's what America is all about."

Peoples said the United States was founded on Judeo-Christian principals, and to ignore the Ten Commandments is to ignore history.

He said that if the commandments have to be removed from classrooms, then evolution should not be taught in public schools.

"We ought to respect one another's views. The Ten Commandments should not be taught in the schools, but that doesn't mean they shouldn't be placed there," he said.

"We have to realize we live in a pluralistic society. We can't impose our values on others," said the Rev. Lawrence Durr, pastor of Hunter Presbyterian Church.

"Most Christians would disagree with posting the Koran in our public schools."

Durr said that if everyone had the freedom to post whatever they wished in public schools then beliefs that most people don't adhere to could be propagated within the school system.

"I view the Ten Commandments as a religious document, and not as a secular document, and therefore it doesn't belong in the schools," said Rabbi William J. Leffler of Temple Adath Israel.

"If we're going to post the Ten Commandments, then let's post it in the original Hebrew," he said.

"I'm getting tired of people such as Claudia Riner (a state representative who urged passage of the Ten Commandments law) insinuating that religious documents are secular. The Ten Commandments are sacred. They're not secular," he said.

The Rev. H. Gene Templar, pastor of Faith Lutheran Church, said he doesn't think the commandments should be placed in classrooms, but that there is little reason to fuss about copies already posted in many Kentucky classrooms.

"I think I subscribe to the separation of church and state," he said. "But whether or not they're (the Ten Commandments) sitting there looking at me in the schoolroom doesn't bother me too much."

"Those commandments pretty much sum up our whole way of life. They're so much a part of the fabric of our society."

Templar said the issue has received more attention than it deserves. He said that instead of making a fuss over the posting of the commandments in schools, people should be more concerned with serious problems in schools, such as drug abuse.

"I'm disappointed (in the court decision)," said the Rev. Marshall J. Leggett, pastor of Broadway Christian Church. "The vote was very close. I believe there are many Americans who agree with the four (justices) in the minority."

"Margaret Chase Smith (a former U.S. senator from Maine) once said 'I believe there are many religions, but one morality, and the Ten Commandments best reflect that one morality,'" he said.

☐ More religion news is on pages B-2 and B-4.



File Photo
Supreme Court ruling on the Ten Commandments in public schools: Thou shalt not post.