# EXHIBIT G-11

76        NEW HIGH SCHOOL READER,

A moving radiance twinkles.  Evening yields
The world to night; not in her winter robe
Of massy Stygian woof, but loose array'd
In mantle dun.  A faint erroneous ray,
Glanced from the imperfect surfaces of things,
Flings half an image on the straining eye;
While wavering woods, and villages, and streams,
And rocks, and mountain-tops, that long retain'd
The ascending gleam, are all one swimming scene,
Uncertain if beheld.

   7.         Sudden to heaven
Thence weary vision turns, where, leading soft
The silent hours of love, with purest ray
Sweet Venus shines; and from her genial rise,
When daylight sickens till it springs afresh,
Unrival'd reigns, the fairest lamp of night.

---

## XXIV. — THE MORAL LAW.

1. THERE was once a lawyer, who was a very profane man, and a skeptic.  On a certain occasion he asked another lawyer what books he should read on the evidences of Christianity.  He was advised to read, in the first instance, the Bible itself; inasmuch as most infidels are very ignorant of it; and furthermore, in order to reason correctly on any subject, it is necessary to understand what it is that we reason about.

2. It was stated to him also, that the internal evidences of the Bible are even stronger than the external.  He was advised to begin his perusal of the Bible with the book of Genesis.  This advice was complied with: the aid of commentaries, and of his legal friend, was employed in solving difficulties.

3. One evening, some time after this course of study was commenced, the Christian lawyer called on his skeptical friend, and found him walking his room; and so profoundly engaged in thought that his own entrance into the room

Generated on 2024-08-28 15:34 GMT  /  https://hdl.handle.net/2827/ucbk.ark:/28722/h2nv99v6w
Public Domain  /  http://www.hathitrust.org/access_usepd

Digitized by
UNIVERSITY OF CALIFORNIA

Original from
UNIVERSITY OF CALIFORNIA

Case 3:24-cv-00517-JWD-SDJ    Document 59-12    09/03/24    Page 3 of 4

was not noticed, until he asked his friend what it was that occupied his attention. The skeptic replied, "I have been reading the moral law." "Well, what do you think of it?" asked the other. "I will tell you what I *used* to think of it," said the skeptic. "I supposed that Moses was the leader of a horde of banditti; that having a strong mind, he acquired great influence over a superstitious people; and that on Mount Sinai he played off some sort of fireworks, to the amazement of his ignorant followers, who imagined, in their mingled fear and superstition, that the exhibition was supernatural."

4. "But what do you think now?" followed his friend. "I have been looking," replied the skeptic, "into the *nature of that law*. I have been trying to see whether I can add any thing to it, or take any thing from it, so as to make it better. Sir, I can not: *it is perfect*.

5. "The First Commandment," continued he, "directs us to make the Creator the object of supreme love and reverence. That is right: if he be our creator, preserver, and supreme benefactor, we ought to treat him, and *no other*, as such. The Second Commandment forbids idolatry: that precept certainly is right. The Third, with equal justness, forbids profanity.

6. "The Fourth fixes a time for religious worship. If there be a God, he ought certainly to be worshiped: it is suitable that there should be an outward homage, significant of our inward regard. If God is to be worshiped, it is proper that some *time* should be set apart for that purpose, when all may worship him harmoniously, and without interruption. One day in seven is certainly not too much; and I do not know that it is too little. The Fifth defines the peculiar duties arising from family relations.

7. "Injuries to our *neighbor* are then classified by the moral law. They are divided into offenses against life, chastity, property, and character; and," said he, "I notice that the greatest offense in each class is expressly forbidden. Thus, the greatest injury to life is murder: to chastity, adultery: to property, theft: to character, perjury. Now the greater offense must include the lesser of the

Generated on 2024-08-28 15:34 GMT  /  https://hdl.handle.net/2027/ucbk.ark:/28722/h2nv99v6w
Public Domain  /  http://www.hathitrust.org/access_use#pd

Digitized by
UNIVERSITY OF CALIFORNIA

Original from
UNIVERSITY OF CALIFORNIA

Case 3:24-cv-00517-JWD-SDJ    Document 59-12    09/03/24    Page 4 of 4

same kind. Murder must include every injury to life; adultery, every injury to purity; and so of the rest; and the moral code is closed and perfected by a prohibition, forbidding *every improper desire* in regard to our neighbor.

8. "I have been thinking," he proceeded, "WHERE MOSES GOT THAT LAW. I have read history. The Egyptians and the adjacent nations were idolaters; so were the Greeks and Romans; and the wisest and best of Greeks or Romans never gave a code of morals like this. Where did Moses get this law, which surpasses the wisdom and philosophy of the most enlightened ages? He lived at a period comparatively barbarous.

9. "Yet he has given a law, in which the learning and sagacity of all subsequent times can detect no flaw. Where did he get it? He could not have soared so far above his age as to have devised it himself; I am satisfied where he obtained it: IT MUST HAVE COME FROM HEAVEN. I am convinced of the truth of the religion of the Bible."

---

## XXV. — AND WHAT THEN?

1. A STORY is told of a good man who was living at a university, when a young man, whom he had known as a boy, ran up to him with a face full of delight, and told him that what he had long been wishing above all things in the world was at length fulfilled; his parents having just given him leave to study law; and thereupon he had come to the law school at his university on account of his great fame, and meant to spare no labor or pains in getting through his studies as quickly and as well as possible. In this way he ran on a long time; and when at last he came to a stop, the holy man, who had been listening to him with great patience and kindness, said · "Well, and when you have got through your course of studies, what do you mean to do then?"

2. "Then I shall take my doctor's degree," answered the young man. "And what then?" asked he. "And then," continued the youth, "I shall have a number of difficult

Generated on 2024-08-28 15:34 GMT  /  https://hdl.handle.net/2827/ucbk.ark:/28722/h2nv99v6w
Public Domain  /  http://www.hathitrust.org/access_usepd

Digitized by
UNIVERSITY OF CALIFORNIA

Original from
UNIVERSITY OF CALIFORNIA