# EXHIBIT G-12

5. Re-vile′, *to speak against without cause.* Pĕr′se-cūte, *to punish on account of religion.* 6. For-sweâr′, *to swear falsely.* 9. De-spīte′ful-ly, *maliciously, cruelly.* 10. Pŭb′li-cans, *tax collectors* (they were often oppressive and were hated by the Jews). 11. Mēte, *to measure.* Mōte, *a small particle.* 12. Hўp′o-erīte, *a false pretender.* 17. Scrībes, *men among the Jews who read and explained the law to the people.*

EXERCISES.—Who delivered this sermon? Who are blessed? and why? Is it right to swear? How should we treat our enemies? Should we judge others harshly? What does Jesus say of him who finds faults in his neighbor, but does not see his own? What is said about prayer? About our conduct to others?

---

## LXXIV. THE YOUNG WITNESS.

### BY S. H. HAMMOND.

1. A LITTLE girl nine years of age was brought into court, and offered as a witness against a prisoner who was on trial for a crime committed in her father's house.

2. "Now, Emily," said the counsel for the prisoner, "I wish to know if you understand the nature of an oath?"

3. "I don't know what you mean," was the simple answer.

4. "Your Honor," said the counsel, addressing the judge, "it is evident that this witness should be rejected. She does not understand the nature of an oath."

5. "Let us see," said the judge. "Come here, my daughter."

6. Assured by the kind tone and manner of the judge, the child stepped toward him, and looked con-

fidingly in his face, with a calm, clear eye, and in a manner so artless and frank that it went straight to the heart.

7. "Did you ever take an oath?" inquired the judge.

8. The little girl stepped back with a look of horror; and the red blood rose and spread in a blush all over her face and neck, as she answered, "No, sir." She thought he intended to ask if she had ever used profane language.

9. "I do not mean that," said the judge, who saw her mistake; "I mean were you ever a witness?"

10. "No, sir; I never was in court before," was the answer.

11. He handed her the Bible open. "Do you know that book, my daughter?"

12. She looked at it and answered, "Yes, sir; it is the Bible."

13. "Do you ever read in it?" he asked.

14. "Yes, sir; every evening."

15. "Can you tell me what the Bible is?" inquired the judge.

16. "It is the word of the great God," she answered.

17. "Well," said the judge, "place your hand upon this Bible, and listen to what I say;" and he repeated slowly and solemnly the following oath: "Do you swear that in the evidence which you shall give in this case, you will tell the truth, and nothing but the truth; and that you will ask God to help you?"

18. "I do," she replied.

19. "Now," said the judge, "you have been sworn as a witness; will you tell me what will befall you if you do not tell the truth?"

20. "I shall be shut up in the state-prison," answered the child.

21. "Any thing else?" asked the judge.

22. "I shall never go to heaven," she replied.

23. "How do you know this?" asked the judge again.

24. The child took the Bible, turned rapidly to the chapter containing the commandments, and, pointing to the one which reads, "Thou shalt not bear false witness against thy neighbor," said, "I learned that before I could read."

25. "Has any one talked with you about being a witness in court here against this man?" inquired the judge.

26. "Yes, sir," she replied, "my mother heard they wanted me to be a witness; and last night she called me to her room, and asked me to tell her the Ten Commandments; and then we kneeled down together, and she prayed that I might understand how wicked it was to bear false witness against my neighbor, and that God would help me, a little child, to tell the truth as it was before him.

27. "And when I came up here with father, she kissed me, and told me to remember the Ninth Commandment, and that God would hear every word that I said."

28. "Do you believe this?" asked the judge, while a tear glistened in his eye, and his lip quivered with emotion.

29. "Yes, sir," said the child, with a voice and manner which showed that her conviction of the truth was perfect.

30. "God bless you, my child," said the judge, "you have a good mother. The witness is compe-

(4.—14.)

tent," he continued. "Were I on trial for my life, and innocent of the charge against me, I would pray God for such a witness as this. Let her be examined."

31. She told her story with the simplicity of a child, as she was; but her voice and manner carried conviction of her truthfulness to every heart.

32. The lawyers asked her many perplexing questions, but she did not vary in the least from her first statement.

33. The truth, as spoken by a little child, was sublime. Falsehood and perjury had preceded her testimony; but before her testimony, falsehood was scattered like chaff.

34. The little child, for whom a mother had prayed for strength to be given her to speak the truth as it was before God, broke the cunning device of matured villainy to pieces, like a potter's vessel. The strength that her mother prayed for was given her; and the sublime and terrible simplicity,—terrible to the prisoner and his associates,—was like a revelation from God himself.

DEFINITIONS.—1. Wĭt′ness, *one who gives testimony.* Com-mĭt′ted, *done, performed.* 2. Coun′sel, *a lawyer.* 4. Re-jĕct′ed, *refused.* 6. As-sured′, *made bold.* Con-fīd′ing-ly, *with trust.* 8. Pro-fāne′, *irreverent, taking the name of God in vain.* 33. Pĕr′ju-ry, *the act of willfully making a false oath.* Chȧff, *the light dry husk of grains or grasses.* 34. Ma-tūred′, *perfected, fully developed.* Pŏt′ter, *one whose occupation is to make earthen vessels.* Rĕv-e-lā′tion, *the act of disclosing or showing what was before unknown.*

EXERCISES.—What is this story about? Why did the counsel wish to have Emily refused as a witness? Was she a fit person to be a witness? How was this shown? Which commandment forbids us to bear false witness? What was the **re**sult of Emily's testimony?