# EXHIBIT G-15

11. Oh give thanks unto the Lord; call upon his name; make known his deeds among the people. Sing unto him, sing psalms unto him: talk ye of all his †wondrous works. Glory ye in his holy name: let the heart of them rejoice that seek the Lord. Seek the Lord, and his strength; seek his face †evermore.

12. Remember his †marvelous works that he hath done; his wonders, and the judgment of his mouth. He is the Lord our God; his †judgments are in all the earth. I will sing unto the Lord as long as I live: I will sing praise to my God while I have my being.

QUESTIONS.—How does God show his goodness in the sea? In the springs? By the trees? By the sun and moon? What should all this teach us?

## EXERCISE XIV.

Prolong the sounds of the italicized vowels.

Kn-*ow*, fr-*ee*, th-*ey*, d-*awn*, n-*ow*, b-*ay*, th-*e*-re, sn-*o*-re.

S*oo*thed with the s*ou*nd, the king gr*ew* vain. R*o*ll on, thou deep and d*a*rk bl*ue* ocean, r*o*ll.

## LESSON XXVIII.

3. TAB'-ER-NA-CLE; n. a temporary habitation.
5. TEST'-I-MO-NY; n. solemn declaration.
5. STAT'-UTES; n. written laws.
8. PRE-SUMP'-TU-OUS; adj. bold, rash.
8. DO-MIN'-ION; n. power, controlling influence.
9. TRANS-GRES'-SION; n. violation [of law.

### NATURE AND REVELATION.

UTTER distinctly the *r*, giving it its *soft* sound, in the following words in this lesson: declare, there, nor, where, their, circuit, perfect, converting, sure, pure, enduring, ever, sweeter, moreover.

1. THE heavens declare the glory of God,
   And the †firmament showeth his †handiwork.
   Day unto day †uttereth speech,
   And night unto night showeth knowledge.

2. There is no speech nor language,
   Where their voice is not heard.
   Their line is gone out through all the earth,
   And their words to the end of the world.

3. In them hath he set a tabernacle for the sun,
   Which is as a †bridegroom coming out of his chamber,
   And †rejoiceth as a strong man to run a race.

4. His going forth is from the end of the heaven,
   And his †circuit unto the ends of it:
   And there is nothing hid from the heat thereof.

5. The law of the Lord is perfect, †converting the soul:
   The testimony of the Lord is sure, making wise the simple;
   The statutes of the Lord are right, rejoicing the heart.

6. The †commandment of the Lord is pure, †enlightening the eyes:
   The fear of the Lord is clean, †enduring for ever:
   The †judgments of the Lord are true and †righteous altogether.

7. More to be desired are they than gold, yea, than much fine gold;
   Sweeter also than honey and the honey-comb.
   Moreover by them is thy servant warned:
   And in keeping of them there is great reward.

8. Who can †understand his †errors?
   Cleanse thou me from secret faults;
   Keep back thy servant also from presumptuous sins;
   Let them not have dominion over me.

9 Then shall I be upright,
   And I shall be †innocent from the great transgression
   Let the words of my mouth, and the †meditation of my heart,
   Be †acceptable in thy sight,
   Oh Lord, my strength, and my †Redeemer!

QUESTIONS.—What is the character of God, as exhibited by the

works of nature? What is the character and influence of the law of God? How can a man be kept from sin?

In the 8th paragraph, which are the pronouns? What does the word *pronoun* mean? Which is the interrogative pronoun in that paragraph? Which are the nouns in the plural number? Which, in the singular? Which, of the neuter gender?

What is the *subject* of the sentence forming the first line in this lesson? (See Pinneo's Analytical Grammar, page 129, Art. 251, 253). What is the *attribute* of the same sentence? (See page 135, Art. 261, 264).

---

## LESSON XXIX. 29

|   |   |
|---|---|
| Con-trast′-ed; *adj.* set in opposition. | 5. Vi-tal′-i-ty; *n.* principle of life. [surface. |
| So-lil′-o-quies; *n.* talking to one's self. | 5. En-am′-el; *v.* to form a glossy |
| 2. Pe-ri-od′-ic-al; *adj.* performed regularly in a certain time. | 6. Ap-prox-i-ma′-tion; *n.* approach. |
| 2. Rev-o-lu′-tion; *n.* circular motion of a body on its axis. | 6. Cog-i-ta′-tions; *n.* thoughts. |
|  | 6. Ev-o-lu′-tions; *n.* flying backward and forward. |
| 3. An′-a-lyzed; *v.* separated into the parts which compose it. | 6. Rus′-tic; *n.* one who lives in the country. |
| 4. Grav-i-ta′-tion; *n.* the force by which bodies are drawn to the center. | 7. Met-a-phys′-ic-al; *adj.* relating to the science of mind. |
|  | 7. Vo-li′-tion; *n.* the act of willing or determining. |
| 5. Nat′-u-ral-ist; *n.* one that studies natural history; as, the history of plants, animals, &c. | 8. Im′-po-tence; *n.* want of power. |
|  | 13. Ac-com′-plished; *a.* having a finished education. |

### CONTRASTED SOLILOQUIES.

Pronounce correctly. Do not say *nar-rer* for nar-row; *pen-it-rate* for pen-e-trate; *se-crits* for se-crets; *na-ter* nor *na-tshure* for na-ture; *be-yend* for be-yond; *cal-ky-late* for cal-cu-late; *an-er-lyz′d* for an-a-lyz′d; *nat-shu-ral-ist* for nat-u-ral-ist; *spec-ky-late* for spec-u-late; *flune-cy* for flu-en-cy; *pi-an-ner* for pi-an-o; *per-tic-er-lul-ly* for par-tic-u-lar-ly.

1. "Alas`!" exclaimed a silver-headed sage, "how narrow is the utmost extent of human †science`! how †circumscribed the sphere of intellectual exertion! I have spent my life in acquiring knowledge; but how