# EXHIBIT G-17

*The following have the second Sound of* th, *as in* thou.

| 1 | | | | 10 |
|---|---|---|---|---|
| Thy | those | wreath | the | they |
| bathe | tithe | writhe | them | there |
| lathe | these | seethe | thence | their |
| swathe | though | breathe | than | |
| clothe | thee | 2 | 6 | Ou |
| loathe | hithe | this | booth | thou |
| meethe | lithe | that | smooth | mouth |
| teeth* | blithe | then | soothe | |
| | thine | thus | | |

\* The noun *teeth* has the first sound of *th*, and the verb to *teeth*, its second sound. The same is observable of *mouth* and to *mouth*. This is the reason why these words are found under both heads.

The words *mouth, moth, cloth, oath, path, swath, bath, lath*, have the first sound of *th* in the singular number, and the second in the plural.

*N. B.* Foreigners are very apt to pronounce *th* like *d*; as, *dis, dat,* for *this, that*. A little care will break this habit both in children and adults.

---

## TABLE XIII.

*Lessons of easy Words, to teach Children to read, and to know their Duty.*

### LESSON I.

NO man may put off the law of God :
My joy is in his law all the day.
O may I not go in the way of sin!
Let me not go in the way of ill men.

### II.

A bad man is a foe to the law.
It is his joy to do ill.
All men go out of the way.
Who can say he has no sin?

### III.

The way of man is ill.
My son, do as you are bid.

But if you are bid, do no ill.
See not my fin, and let me not go to the pit.

### IV.

Reſt in the Lord, and mind his word.
My ſon, hold faſt the law that is good.
You muſt not tell a lie, nor do hurt.
We muſt let no man hurt us.

### V.

Do well as you can, and do no harm.
Mark the man that doth well, and do ſo too.
Help ſuch as want help, and be kind.
Let your ſins paſt, put you in mind to mend.

### VI.

I will not walk with bad men; that I may not be caſt off with them.
I will love the law, and keep it.
I will walk with the juſt, and do good.

### VII.

This life is not long; but the life to come has no end.
We muſt pray for them that hate us.
We muſt love them that love not us.
We muſt do as we like to be done to.

### VIII.

A bad life will make a bad end.
He muſt live well that would die well.
He doth live ill that doth not mend.
In time to come we muſt do no ill.

### IX.

No man can ſay that he has done no ill.
For all men have gone out of the way.
There is none that doth good; no not one.
If I have done harm, I muſt do it no more.

### X.

Sin will lead us to pain and woe.
Love that which is good, and shun vice.
Hate no man, but love both friends and foes.
A bad man can take no rest, day nor night.

### XI.

He who came to save us, will wash us from all sin; I will be glad in his name.

A good boy will do all that is just; he will flee from vice; he will do good, and walk in the way of life.

Love not the world, nor the things that are in the world; for they are sin.

I will not fear what flesh can do to me; for my trust is in him who made the world:

He is nigh to them that pray to him, and praise his name.

### XII.

Be a good child; mind your book; love your school, and strive to learn.

Tell no tales; call no ill names; you must not lie, nor swear, nor cheat, nor steal.

Play not with bad boys; use no ill words at play; spend your time well; live in peace, and shun all strife. This is the way to make good men love you, and save your soul from pain and woe.

### XIII.

A good child will not lie, swear nor steal. He will be good at home, and ask to read his book; when he gets up, he will wash his hands and face clean; he will comb his hair, and make haste to school; he will not play by the way, as bad boys do.

XIV.

When good boys and girls are at school, they will mind their books, and try to learn to spell and read well, and not play in time of school.

When they are at church, they will sit, kneel, or stand still; and when they are at home, will read some good book, that God may bless them.

XV.

As for those boys and girls that mind not their books, and love not church and school, but play with such as tell tales, tell lies, curse, swear, and steal, they will come to some bad end, and must be whipt till they mend their ways.

---

TABLE XIV.

*Words of* Two Syllables, *accented on the* First.

| | | | |
|---|---|---|---|
| A-cre | dea-con | jew-el | pi-ous |
| a-pron | do-tage | jui-cy | peo-ple |
| bare-foot | eve-ning | knave-ry | plu-mage |
| beast-ly | fa-vor | knight-hood | pa-rent |
| brew-er | fla-vor | li-vre | pro-logue |
| beau-ty | fea-ture | la-bor | quo-ta |
| brok-en | fe-male | le-gion | rhu-barb |
| boat-swain | fro-ward | may-or | ri-fle |
| bow-sprit | grate-ful | me-ter | rogu-ish |
| brave-ry | griev-ous | mi-ter | re-gion |
| ca-ble | gno-mon | mea-zles | sea-son |
| cheap-en | hind-most | ni-ter | spright-ly |
| dai-ly | hoar-y | oat-meal | sti-fle |
| dai-sy | hu-mor | past-ry | stee-ple |

| | | |
|---|---|---|
| plau-si-ble | com-pli-ment | sol-i-tude |
| por-phy-ry | com-plai-sance | soph-is-try |
| **4** | con-sti-tute | vol-a-tile |
| ar-gu-ment | cor-o-ner | roq-ue-laur |
| ar-ma-ment | crock-e-ry | |
| ar-ti-fice | lon-gi-tude | **2** |
| bay-o-net | nom-i-nate | per-qui-site |
| bar-ba-rism | ob-li-gate | per-se-cute |
| bar-ba-rous | ob-lo-quy | per-son-age |
| car-di-nal | ob-sta-cle | fer-vi-tude |
| car-pen-ter | ob-sti-nate | ter-mi-nate |
| chan-cel-lor | ob-vi-ous | firm-a-ment |
| chan-ce-ry | om-in-ous | mir-a-cle |
| guard-i-an | op-e-rate | **9** |
| ghast-li-ness | op-po-site | cir-cu-lar |
| lar-ce-ny | or-i-fice | cir-cum-stance |
| mar-gin-al | prob-a-ble | cir-cum-spect |
| mas-quer-ade | pop-u-lous | com-pa-ny |
| par-ti-san | pos-i-tive | come-li-ness |
| phar-ma-cy | pot-en-tate | gov-ern-or |
| par-lia-ment | prof-li-gate | gov-ern-ess |
| rasp-ber-ry | proph-e-cy | **Oi** |
| **5** | pros-e-cute | poign-an-cy |
| al-der-man | por-rin-ger | roy-al-ty |
| al-ma-nac | pros-per-ous | **Ou** |
| bot-a-ny | pros-ti-tute | coun-sel-lor |
| col-lo-quy | sol-e-cism | coun-ter-feit |
| | | coun-te-nance |

TABLE XVIII.

LESSON I.

MY son, hear the counsel of thy father, and forsake not the law of thy mother. If sinners entice thee to sin, consent thou not.

Walk not in the way with them; refrain thy feet from their path: For their feet run to evil, and make haste to shed blood.

## II.

Be not wise in thine own eyes; but be humble. Let truth only proceed from thy mouth. Despise not the poor, because he is poor, but honour him who is honest and just. Envy not the rich, but be content with thy fortune. Follow peace with all men, and let wisdom direct thy steps.

## III.

Happy is the man that findeth wisdom. She is of more value than rubies. Length of days is in her right hand, and in her left hand riches and honor. Her ways are pleasant, and all her paths are peace. Exalt her, and she shall promote thee: She shall bring thee to honor when thou dost embrace her.

## IV.

The ways of virtue are pleasant, and lead to life; but they who hate wisdom love death. Therefore pursue the paths of virtue and peace, then safety and glory will be thy reward. All my delight is upon the saints that are in the earth, and upon such as excel in virtue.

---

## TABLE XIX.

*Words of* Three Syllables, *accented on the* Second.

| | | |
|---|---|---|
| A-chieve-ment | ar-rear-age | blas-phem-er |
| ac-quaint-ance | al-le-gro | con-ta-gion |
| ap-prais-er | ab-do-men | con-ta-gious |

### TABLE XLII.

#### The DESCRIPTION of a GOOD BOY.

A GOOD Boy is dutiful to his father and mother, obedient to his master, and loving to all his play fellows. He is diligent in learning his book, and takes a pleasure in improving himself in every thing that is worthy of praise. He rises early in the morning, makes himself clean and decent, and says his prayers. If he has done a fault, he confesses it, and is sorry for it ; and scorns to tell a lie, though he might by that means conceal it. He loves to hear good advice, is thankful to those that give it him, and always follows it. He never swears, nor calls names, nor uses any ill words to his companions. He is never peevish and fretful, but always cheerful and good humored. He scorns to steal or pilfer any thing from his play fellows ; and would rather suffer wrong than do wrong to any of them. He is always ready to answer when he is asked a question, to do what he is bid, and to mind what is said to him. He is not a wrangler, nor quarrelsome, and keeps himself out of all kinds of mischief, which other boys run into. By this means he becomes, as he grows up, a man of sense and virtue ; he is beloved and respected by all that know him ; he lives in the world with credit and reputation, and when he dies he is lamented by all his acquaintance.

### TABLE XLIII.

#### The DESCRIPTION of a BAD BOY.

A BAD Boy is undutiful to his father and mother, disobedient and stubborn to his master, and ill natured to all his play fellows. He hates his book, and takes no pleasure in improving himself in any thing. He is sleepy and slothful in the morning, too idle to clean himself, and too wicked to say his prayers. He is always in mischief, and when he has done a fault,