UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

REVEREND DARCY ROAKE and ADRIAN VAN YOUNG, on behalf of themselves and on behalf of their minor children, A.V. and S.V., et al.,

    Plaintiffs,

v.

CADE BRUMLEY, in his official capacity as the Louisiana State Superintendent of Education, et al.,

    Defendants.

CIVIL ACTION NO.
3:24-cv-00517-JWD-SDJ

## JOINT MOTION TO CONTINUE SCHEDULING ORDER DEADLINES

NOW INTO COURT, through undersigned counsel, come Plaintiffs, who move jointly with all Defendants to continue the deadlines set in the Court's June 26, 2024, scheduling order (ECF No. 13). The Court's order included the following requirements:

a) that the parties hold a Rule 26(f) conference no later than September 5, 2024, 21 days prior to the scheduling conference;

b) that the parties file a status report no later than September 12, 2024;

c) that the parties conduct a telephonic scheduling conference on September 26, 2024 at 9:30 a.m.

Subsequent to this order, Plaintiffs filed a Motion for Preliminary Injunction (ECF No. 21), and Defendants indicated an intent to move for dismissal of Plaintiffs' Complaint. In its July 25, 2024, Order (ECF No. 37), the Court set a briefing schedule for Plaintiffs' preliminary injunction motion and Defendants' then-forthcoming Motions to Dismiss. The Court also set a hearing date

on Plaintiffs' preliminary injunction motion and any further motions filed by the parties (*e.g.*, motions to dismiss). The hearing is scheduled to be held on September 30, 2024. The Court held in abeyance all of Defendants' answer deadlines until the Court's disposition of the then-forthcoming Motions to Dismiss. Defendants' Motions to Dismiss were filed on August 5, 2024 (ECF Nos. 38, 39).

In light of the Court's July 25, 2024, order and the September 30, 2024, hearing date, the parties respectfully request that this Court continue the deadlines set forth in the June 26, 2024, scheduling order until 30 days following the disposition of Defendants' Motions to Dismiss.

Date: September 5, 2024

Respectfully submitted,

By: */s/ Charles Andrew Perry*
Charles Andrew Perry
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF LOUISIANA
Charles Andrew Perry
La. Bar No. 40906
PO Box 56157
New Orleans, LA 70156
(504) 522-0628
aperry@laaclu.org

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
Daniel Mach*
Heather L. Weaver*
915 15th Street, NW, Suite 600
Washington, DC 20005
(202) 675-2330
dmach@aclu.org
hweaver@aclu.org

AMERICANS UNITED
FOR SEPARATION OF
CHURCH & STATE

2

Alex J. Luchenitser*
1310 L Street NW, Suite 200
Washington, DC 20005
(202) 466-7306
luchenitser@au.org

FREEDOM FROM RELIGION FOUNDATION
Patrick C. Elliott*
Samuel T. Grover*
PO Box 750
Madison, WI 53701
(608) 256-8900
Patrick@ffrf.org
sgrover@ffrf.org

SIMPSON THACHER & BARTLETT LLP
Jonathan K. Youngwood*
Janet A. Gochman*
Nicholas J. Prendergast*
Jordan T. Krieger*
425 Lexington Avenue
New York, NY 10017
(212) 455-2000
jyoungwood@stblaw.com
jgochman@stblaw.com
Nicholas.Prendergast@stblaw.com
Jordan.Krieger@stblaw.com

* Admitted *Pro Hac Vice*

*Counsel for Plaintiffs*

By: */s/ Rebecca Sha*
Rebecca Sha (#35317)
Dan Zimmerman (#2202)
PHELPS DUNBAR LLP
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: 504-566-1311
Facsimile: 504-568-9130
rebecca.sha@phelps.com
dan.zimmerman@phelps.com

*ATTORNEYS FOR DEFENDANT, ORLEANS PARISH SCHOOL BOARD*

3

<u>/s/ J. Benjamin Aguiñaga</u>
J. Benjamin Aguiñaga*
  Solicitor General
Zachary Faircloth (LA #39875)
  Principal Deputy Solicitor General
Office of the Louisiana Attorney General
1885 North Third Street
Baton Rouge, LA 70802
(225) 326-6705
aguinagab@ag.louisiana.gov
fairclothz@ag.louisiana.gov

*Pro Hac Vice*

*Counsel for All Other Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on **September 5, 2024**, I filed the foregoing Notice via this Court's electronic-filing system which will send notice of electronic filing to counsel of record.

By: <u>*/s/ Charles Andrew Perry*</u>
Charles Andrew Perry

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF LOUISIANA
Charles Andrew Perry
La. Bar No. 40906
PO Box 56157
New Orleans, LA 70156
(504) 522-0628
aperry@laaclu.org

*Counsel for Plaintiffs*
