UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| REVEREND DARCY ROAKE and ADRIAN VAN YOUNG, on behalf of themselves and on behalf of their minor children, A.V. and S.V., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>CADE BRUMLEY, in his official capacity as the Louisiana State Superintendent of Education, et al.,<br><br>    Defendants. | CIVIL ACTION NO.<br>3:24-cv-00517-JWD-SDJ |

## [PROPOSED] ORDER

    . The parties having jointly requested the continue of the Court's June 26, 2024 scheduling order, IT IS ORDERED THAT:

1. The June 26, 2024 Order is continued until 30 days after the Court's ruling on Defendants' Motions to Dismiss.

2. A telephonic scheduling conference is scheduled for December 15, 2024.

3. A status report shall be submitted not later than December 1, 2024.

IT IS SO ORDERED THIS \_\_\_\_ day of September, 2024.

                                                                                             **JUDGE**