UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DARCY ROAKE, ET AL.

VERSUS

CADE BRUMLEY, ET AL.

CIVIL ACTION

NO. 24-517-JWD-SDJ

### ORDER

Considering *Defendants' Motion to Exclude Putative Expert Testimony* (Doc. 53) ("*Defendants' Daubert Motion*"),

**IT IS ORDERED** that a hearing on *Defendants' Daubert Motion* is hereby set for September 30, 2024, at 9:00 a.m. Plaintiffs' experts should be present and prepared to testify before the Court.

**IT IS FURTHER ORDERED** that, in ruling on *Defendants' Daubert Motion*, the Court will be guided by certain principles which the Court will publish into the record later this week.

**IT IS FURTHER ORDERED** that, if the parties believe that the September 30, 2024, hearing on *Defendants' Daubert Motion* (Doc. 53), *Defendants' Motion to Dismiss* (Doc. 39), the *Rule 12(b)(1) Motion to Dismiss . . . on behalf of Defendant Orleans Parish School Board* (Doc. 38), and *Plaintiffs' Motion for Preliminary Injunction* (Doc. 20) cannot be completed in one day, they should advise the Court no later than September 11, 2024, at 4:00 p.m. They should do so through a joint notice filed into the record.

Signed in Baton Rouge, Louisiana, on September 9, 2024.

        **JUDGE JOHN W. deGRAVELLES**
        **UNITED STATES DISTRICT COURT**
        **MIDDLE DISTRICT OF LOUISIANA**