## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| REVEREND DARCY ROAKE and ADRIAN VAN YOUNG, on behalf of themselves and on behalf of their minor children, A.V. and S.V., et al.,<br><br>     Plaintiffs,<br><br>     v.<br><br>CADE BRUMLEY, in his official capacity as the Louisiana State Superintendent of Education, et al.,<br><br>     Defendants. | CIVIL ACTION NO.<br>3:24-cv-00517-JWD-SDJ |

### <u>NOTICE IN ACCORDANCE WITH THE COURT'S ORDER</u>

In accordance with the Court's Order (ECF No. 62), counsel for the parties have conferred regarding the anticipated duration of the September 30, 2024, hearing on Plaintiffs' Motion for Preliminary Injunction and all further motions.

The parties anticipate that the September 30, 2024, hearing will last one day. The parties will endeavor to efficiently conduct the hearing such that all matters are fully heard on September 30, 2024. However, out of an abundance of caution and in light of the number of matters to be heard, the parties respectfully request the Court's permission to additionally reserve October 1, 2024, if that date is amenable to the Court's schedule.

Per the Court's Order, Plaintiffs' expert witness will be prepared to testify on September 30, 2024. The parties are determining which, if any, additional witnesses will provide live testimony at the hearing and will notify the Court no later than September 18, 2024. However, in an effort to limit the duration of the hearing to one day, the parties have agreed that they may rely

on, as exhibits for the hearing, the declarations of Plaintiffs and employees of Defendants, which were already submitted in connection with their briefing, in lieu of (or in addition to) the declarants' live testimony.

Date: September 11, 2024

Respectfully submitted,

By: /s/ Charles Andrew Perry
Charles Andrew Perry
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF LOUISIANA
Charles Andrew Perry
La. Bar No. 40906
PO Box 56157
New Orleans, LA 70156
(504) 522-0628
aperry@laaclu.org

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
Daniel Mach*
Heather L. Weaver*
915 15th Street, NW, Suite 600
Washington, DC 20005
(202) 675-2330
dmach@aclu.org
hweaver@aclu.org

AMERICANS UNITED
FOR SEPARATION OF
CHURCH & STATE
Alex J. Luchenitser*
1310 L Street NW, Suite 200
Washington, DC 20005
(202) 466-7306
luchenitser@au.org

FREEDOM FROM RELIGION
FOUNDATION
Patrick C. Elliott*
Samuel T. Grover*
PO Box 750
Madison, WI 53701

(608) 256-8900
Patrick@ffrf.org
sgrover@ffrf.org

SIMPSON THACHER & BARTLETT LLP
Jonathan K. Youngwood*
Janet A. Gochman*
Nicholas J. Prendergast*
Jordan T. Krieger*
425 Lexington Avenue
New York, NY 10017
(212) 455-2000
jyoungwood@stblaw.com
jgochman@stblaw.com
Nicholas.Prendergast@stblaw.com
Jordan.Krieger@stblaw.com

* Admitted *Pro Hac Vice*

*Counsel for Plaintiffs*

By: */s/ Dan Zimmerman*
Rebecca Sha (#35317)
Dan Zimmerman (#2202)
PHELPS DUNBAR LLP
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: 504-566-1311
Facsimile: 504-568-9130
rebecca.sha@phelps.com
dan.zimmerman@phelps.com

*ATTORNEYS FOR DEFENDANT,*
*ORLEANS PARISH SCHOOL BOARD*

/s/ J. Benjamin Aguiñaga
J. Benjamin Aguiñaga*
  Solicitor General
Zachary Faircloth (LA #39875)
  Principal Deputy Solicitor General
Office of the Louisiana Attorney General
1885 North Third Street
Baton Rouge, LA 70802
(225) 326-6705
aguinagab@ag.louisiana.gov
fairclothz@ag.louisiana.gov

3

\* Admitted *Pro Hac Vice*

*Counsel for All Other Defendants*