## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

REVEREND DARCY ROAKE and
ADRIAN VAN YOUNG, on behalf of
themselves and on behalf of their minor
children, A.V. and S.V., et al.

**VERSUS**

CADE BRUMLEY, in his official
capacity as the Louisiana State
Superintendent of Education, et al.

CIVIL ACTION NO. 3:24-cv-0517

JUDGE:
JOHN W. DEGRAVELLES

MAGISTRATE JUDGE:
SCOTT D. JOHNSON

### EXHIBIT LIST FOR DEFENDANT ORLEANS PARISH SCHOOL BOARD

Defendant Orleans Parish School Board ("OPSB") submits its list of the exhibits that it

may or will use at the hearing on September 30, 2024 in this action, in compliance with the

Court's scheduling order, subject to amendment and supplementation.

| | | |
|---|---|---|
| OPSB-1 | Declaration of Kristen Illarmo | pp. 01-02 |
| OPSB-2 | Charter School Agreement – OPSB and Advocates for Arts-Based Education (The Willow School, formerly Lusher Charter School) | pp. 03-33 |
| OPSB-3 | The Willow School's School Governance web page, https://www.willowschoolnola.org/page/school-governance | pp. 34-39 |

Respectfully submitted,

**PHELPS DUNBAR, LLP**

/s/ Rebecca Sha
Rebecca S. Sha (La. Bar #35317)
Dan Zimmerman (La. Bar #2202)
Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130
Telephone: 504-566-1311
Facsimile: 504-568-9130
Email: rebecca.sha@phelps.com
Email: zimmermd@phelps.com
**ATTORNEYS FOR DEFENDANT
ORLEANS PARISH SCHOOL BOARD**

PD.46861742.1