UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| REVEREND DARCY ROAKE and ADRIAN VAN YOUNG, on behalf of themselves and on behalf of their minor children, A.V. and S.V., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CADE BRUMLEY, in his official capacity as the Louisiana State Superintendent of Education, et al.,<br><br>Defendants. | CIVIL ACTION NO.<br>3:24-cv-00517-JWD-SDJ |

## **MOTION TO APPEAR AS ADDITIONAL COUNSEL OF RECORD**

Caitlin Huettemann, an attorney admitted to practice before this Court and in good standing, respectfully moves to appear as additional counsel in this matter for Defendants Cade Brumley, Conrad Appel, Judy Armstrong, Kevin Berken, Preston Castille, Simone Champagne, Sharon Latten-Clark, Lance Harris, Paul Hollis, Sandy Holloway, Stacey Melerine, Ronnie Morris, East Baton Rouge Parish School Board, Livingston Parish School Board, Vernon Parish School Board, and St. Tammany Parish School Board.

Respectfully submitted,

**ELIZABETH B. MURRILL**
**Attorney General of Louisiana**

*/s/ Zachary Faircloth*
ZACHARY FAIRCLOTH (La #39875)
　*Principal Deputy Solicitor General*

LOUISIANA DEPARTMENT OF JUSTICE
1885 N. Third Street
Baton Rouge, Louisiana 70802
Telephone: (225) 421-4088
Facsimile:  (225) 342-5768
FairclothZ@ag.louisiana.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

On September 18, 2024, I caused this document to be served electronically on counsel of record for Plaintiffs by filing the document using the CM/ECF system.

 /s/ Zachary Faircloth  
Zachary Faircloth  
*Principal Deputy Solicitor General*
