**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

REVEREND DARCY ROAKE and ADRIAN
VAN YOUNG, on behalf of themselves and on
behalf of their minor children, A.V. and S.V., et
al.,

     Plaintiffs,

     v.

CADE BRUMLEY, in his official capacity as
the Louisiana State Superintendent of Educa-
tion, et al.,

     Defendants.

CIVIL ACTION NO.
3:24-cv-00517-JWD-SDJ

## ORDER

Considering the foregoing Motion to Appear as Additional Counsel of Record,

**IT IS ORDERED** that Caitlin Huettemann (La. Bar #40402) be and hereby is

enrolled as additional counsel of record for Cade Brumley, Conrad Appel, Judy Armstrong,

Kevin Berken, Preston Castille, Simone Champagne, Sharon Latten-Clark, Lance Harris, Paul

Hollis, Sandy Holloway, Stacey Melerine, Ronnie Morris, East Baton Rouge Parish School Board,

Livingston Parish School Board, Vernon Parish School Board, and St. Tammany Parish School

Board in this proceeding.

This _____ day of _____ 2024

_____
UNITED STATES DISTRICT JUDGE