UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DARCY ROAKE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CADE BRUMLEY, et al., <br><br> Defendants. | Civil Action No. 3:24-cv-517 <br><br> Judge: JWD - SDJ |

**DEFENDANTS' EXHIBIT LIST FOR
HEARING ON SEPTEMBER 30, 2024**

Exhibit No.          Description

- Exhibit A – Declaration of Ashley Townsend

- Exhibit A-1 – Illustratives in Defendants' Memorandum of Law In Support of Defendants' Consolidated Motion to Dismiss, Opposition to Plaintiffs' Motion for Preliminary Injunction, and Alternative Motion for Stay Pending Appeal.

- Exhibit B – Declaration of Ronnie Morris

- Exhibit C – Declaration of Adam Smith

- Exhibit D – Declaration of Mary Hart

- Exhibit E – Declaration of Vernon Travis

- Exhibit F – Declaration of Stephen Link

- Exhibit G – Declaration of Zachary Faircloth

- Exhibit G-1 – Article in *The Herald-Leader* (Lexington, Ky.) on December 14, 1980.

- Exhibit G-2 – Photograph included in Exhibit G-1, enlarged for readability.

- Exhibit G-3 – Article in *The Herald-Leader* (Lexington, Ky.) on November 22, 1980.

- Exhibit G-4 – Article in *The Cincinnati Enquirer* on November 18, 1980.

- Exhibit G-5 – Article in the *Messenger Inquirer* (Owensboro, Ky.) on November 18, 1980.

- Exhibit G-6 – Article in *The Paducah Sun* on November 18, 1980.

- Exhibit G-7 – Article in *The Adair County News* (Columbia, Ky.) on March 20, 1979.

- Exhibit G-8 – pp. 160–161 of W. L. McGuffey, *The Eclectic Second Reader for the Younger Classes in Schools*, published by Truman and Smith in 1836.

- Exhibit G-9 – pp. 216–217 of Wm. H McGuffey, L.L.D., *McGuffey's Newly Revised Eclectic Second Reader,* published by Winthrop B. Smith & Co. in 1853.

- Exhibit G-10 – p. 162 of Wm. H. McGuffey, L.L.D., *McGuffey's New Second Eclectic Reader for Young Learners*, reprinted by Henry Ford and published by American Book Company in 1925.

- Exhibit G-11 – pp. 76–78 of *McGuffey's New High School Reader for Advanced Classes*, published by Wilson, Hinkle & Co. in 1857.

- Exhibit G-12 – pp. 207–210 of *McGuffey's Fourth Eclectic Reader*, published by Van Antwerp, Bragg & Co. in 1879.

- Exhibit G-13 – pp. 95–96 of Wm. H. McGuffey, L.L.D., *McGuffey's Newly Revised First Reader*, published by Winthrop B. Smith & Co. in 1844.

- Exhibit G-14 – pp. 134–136 of Wm. H. McGuffey, L.L.D., *McGuffey's Newly Revised Eclectic Third Reader*, published by Winthrop B. Smith & Co. in 1853.

- Exhibit G-15 – pp. 110–112 of Wm. H. McGuffey, LL.D., *McGuffey's New Fifth Eclectic Reader*, published by Winthrop B. Smith & Co. in 1857.

- Exhibit G-16 – pp. 56–64 of *The New-England Primer*, originally published in 1808 and reprinted by Peter Brynberg in 1822.

- Exhibit G-17 – pp. 54–57, 70–71, and 105 of Noah Webster, *The American Spelling Book*, printed by Isaiah Thomas and Ebenezer T. Andrews in 1790.

- Exhibit G-18 – pp. 34–37 and 135–144 of Noah Webster, *The American Spelling Book*, published by Samuel G. Hayes in 1836.

- Exhibit H – Declaration of Steven K. Green

- Exhibit H-1 – Expert Report of Steven K. Green

- Exhibit H-2 – Curriculum vitae of Steven K. Green

Dated: September 18, 2024

Respectfully submitted,

**ELIZABETH B. MURRILL**
**Attorney General of Louisiana**

 /s/ *J. Benjamin Aguiñaga*
J. BENJAMIN AGUIÑAGA*
  *Solicitor General*

 /s/ *Zachary Faircloth*
ZACHARY FAIRCLOTH (La #39875)
  *Principal Deputy Solicitor General*
MORGAN BRUNGARD (La #40298)
  *Deputy Solicitor General*
OFFICE OF THE LOUISIANA ATTORNEY GENERAL
1885 North Third Street
Baton Rouge, LA 70804
Telephone: (225) 326-6766
Facsimile:   (225) 326-6795
aguinagab@ag.louisiana.gov
faircothz@ag.louisiana.gov
brungardm@ag.louisiana.gov

*Counsel for Defendants Cade Brumley, Conrad Appel, Judy Armstrong, Kevin Berken, Preston Castille, Simone Champagne, Sharon Latten-Clark, Lance Harris, Paul Hollis, Sandy Holloway, Stacey Melerine, Ronnie Morris, East Baton Rouge Parish School Board, Livingston Parish School Board, Vernon Parish School Board, and St. Tammany Parish School Board*

*\*pro hac vice granted*