# Exhibit C

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

REVEREND DARCY ROAKE and ADRIAN VAN YOUNG, on behalf of themselves and on behalf of their minor children, A.V. and S.V., et al.,

Plaintiffs,

vs.

CADE BRUMLEY, in his official capacity as the Louisiana State Superintendent of Education, et al.,

Defendants.

CIVIL ACTION NO. 3:24-cv-00517-JWD-SDJ

## ORDER FOR ADMISSION *PRO HAC VICE*

After considering V. Noah Gimbel's motion to appear *pro hac vice* (the "Motion"), and it appearing to the Court that the requirements of Local Rule 83(b)(8) have been satisfied:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the Motion be and is hereby GRANTED and that V. Noah Gimbel be allowed to appear before this Court *pro hac vice* on behalf of the Plaintiffs in the above captioned action.

ORDERED THIS \_\_\_\_ day of _____, 2024.

_____
UNITED STATES DISTRICT JUDGE