## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**DARCY ROAKE, ET AL.**

**VERSUS**

**CADE BRUMLEY, ET AL.**

**CIVIL ACTION**

**NO. 24-517-JWD-SDJ**

## AMENDED NOTICE REGARDING HEARING[1]

The following motions are set for hearing on Monday, October 21, 2024, at 9:30 a.m.:

(1) The *Motion for Preliminary Injunction* (Doc. 20) ("*Pls. MPI*") brought by all Plaintiffs;

(2) The *Rule 12(b)(1) Motion to Dismiss and Opposition to Motion for Preliminary Injunction* (Doc. 38) ("*OPSB MTD*") filed by Defendant Orleans Parish School Board ("OPSB");

(3) The *Consolidated Motion to Dismiss, Opposition to Plaintiffs' Motion for Preliminary Injunction, and Alternative Motion to Stay Pending Appeal* (Docs. 39, 39-1) ("*AG Defs. MTD*") filed by the non-OPSB defendants—all represented by the Louisiana Attorney General ("AG") and including (1) Cade Brumley, the Louisiana State Superintendent of Education; (2) the members of the Louisiana State Board of Elementary and Secondary Education ("BESE"); and (3) the other schoolboards relevant to this action (collectively, "AG Defendants");

(4) AG Defendants' *Conditional Motion to Stay Preliminary Injunctive Relief Pending Appeal* (Doc. 40) ("*AG Defs. Motion to Stay*"); and

(5) AG Defendants' *Motion to Exclude Putative Expert Testimony* (Doc. 53) ("*AG Defs. Daubert Motion*").

The Court issues the following guidance for how that hearing will be conducted:

(1) The hearing will start with the testimony of Dr. Green. This is because: (a) *Pls. MPI* depends in part on the testimony of Dr. Green; (b) *AG Defs. Daubert Motion* depends on the

---

[1] The only change in this amended notice is to correct the misspelling of Dr. Green's name.

validity of the points made regarding Dr. Green's methodology and opinions; and (c) Dr. Green is the only live witness offered by the parties for the hearing, (*see* Docs. 67, 71, & 72).

(2) Because Plaintiffs bear the burden both under *Daubert* and for *Pls. MPI*, Plaintiffs will be allowed to question Dr. Green first. Plaintiffs should cover (a) methodology and other issues raised in the *Daubert* challenge as well as (b) the merits of Dr. Green's testimony regarding the *Pls. MPI*.

(3) When Plaintiffs have completed their questioning, Defendants may cross-examine Dr. Green both (a) in support of their *Daubert* challenge and (b) on the merits of Dr. Green's opinions. AG Defendants will question Dr. Green first, then OPSB. Plaintiffs will then have the right to conduct redirect.

(4) At the completion of Dr. Green's testimony, the Court will hear oral argument on *AG Defs. Daubert Motion*. Again, because Plaintiffs bear the burden, they will go first, then Defendants (AG Defendants and then OPSB), and then Plaintiffs on rebuttal.

(5) The Court will then hold oral argument on the *AG Defs. MTD* and *OPSB MTD*.

(6) The Court will proceed issue by issue in the following order:

    (a) Ripeness and Standing;

    (b) Sovereign Immunity for Brumley and BESE Members;

    (c) The Establishment Clause Claim;

    (d) The Free Exercise Clause Claim;

    (e) Arguments Peculiar to OPSB; and

    (f) The Motion to Stay.

(7) The Court will then allow additional argument on *Pls. MPI*, to the extent the issues have not already been exhausted.

(8) For each issue, each side will get ten (10) minutes. Defendants may reserve time for rebuttal and should inform the Court before they begin how much time they would like for same. Where the position of AG Defendants and OPSB are essentially the same, they will share the time allotment given to Defendants collectively and may divide the time as they see fit.

(9) The Court emphasizes that it has thoroughly reviewed the briefs and relevant law applicable to each issue, and the parties should prepare their arguments with that in mind. Further, the Court notes that the parties need not use all of their allotted time, as the full time on all motions would be around three (3) hours.

(10) At the conclusion of the hearing, the Court will break for a few minutes to determine if additional limited briefing is needed on any specific issue.

Signed in Baton Rouge, Louisiana, on <u>October 18, 2024</u>.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**