UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DARCY ROAKE, et al., | |
| PLAINTIFFS, | |
| v. | Civil Action No. 3:24-cv-517 |
| CADE BRUMLEY, et al., | Judge: JWD - SDJ |
| DEFENDANTS. | |

## DEFENDANTS' UNOPPOSED MOTION TO ADMIT PHYSICAL COPY OF DEFENDANTS' EXHIBIT

At the Court's request, Defendants respectfully move to admit Defendants' physical exhibit discussed at the October 21 hearing. The exhibit is an 11-inch by 14-inch physical copy of the *The Supreme Court & The Lawgivers* illustration from the briefing and Defendants' exhibit book. *See* ECF No. 39-1 at 26, 32; ECF No. 39-2 at 9; ECF No. 54 at 12; DEFS_9. Defendants handed this copy to the courtroom deputy, Ms. Kristie Causey, at the conclusion of the October 21 hearing. This motion is unopposed. Accordingly, Defendants respectfully requested that the Court admit the copy.

Dated: October 22, 2024

Respectfully submitted,

/s/ J. Benjamin Aguiñaga
J. BENJAMIN AGUIÑAGA*
  *Solicitor General*
/s/ Zachary Faircloth
ZACHARY FAIRCLOTH (La #39875)
  *Principal Deputy Solicitor General*
MORGAN BRUNGARD (La #40298)
  *Deputy Solicitor General*
OFFICE OF THE LOUISIANA ATTORNEY GENERAL
1885 North Third Street
Baton Rouge, LA 70804
(225) 326-6766
aguinagab@ag.louisiana.gov
fairclothz@ag.louisiana.gov

*Counsel for Defendants Cade Brumley, Conrad Appel, Judy Armstrong, Kevin Berken, Preston Castille, Simone Champagne, Sharon Latten-Clark, Lance Harris, Paul Hollis, Sandy Holloway, Stacey Melerine, Ronnie Morris, East Baton Rouge Parish School Board, Livingston Parish School Board, Vernon Parish School Board, and St. Tammany Parish School Board*

*pro hac vice granted