UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| REVEREND DARCY ROAKE and ADRIAN VAN YOUNG, on behalf of themselves and on behalf of their minor children, A.V. and S.V., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CADE BRUMLEY, in his official capacity as the Louisiana State Superintendent of Education, et al.,<br><br>Defendants. | CIVIL ACTION NO.<br>3:24-cv-00517-JWD-SDJ |

**[PROPOSED] ORDER**

At the October 21 hearing in this matter, the Court requested that Defendants move to admit their physical exhibit—an 11-inch by 14-inch physical copy of their *The Supreme Court & The Lawgivers* illustration. Defendants have so moved. Accordingly, IT IS ORDERED THAT the physical exhibit is admitted.

IT IS SO ORDERED THIS _____ day of October, 2024.

                                                                        **JUDGE**