## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

MINUTE ENTRY:
OCTOBER 21, 2024
DISTRICT JUDGE JOHN W. deGRAVELLES

DARCY ROAKE, ET AL

VERSUS

CADE BRUMLEY, ET AL

CIVIL ACTION

NO. 24-517-JWD-SDJ

This matter came on this day for a hearing on the following motions:

1. Plaintiffs' Motion for Preliminary Injunction (**Doc. 20**)

2. Motion to Dismiss filed by Orleans Parish School Board (**Doc. 38**)

3. Motion to Dismiss for Failure to State a Claim filed by Conrad Appel, Judy Armstrong, Kevin Berken, Cade Brumley, Preston Castille, Simone Champagne, East Baton Rouge Parish School Board, Lance Harris, Paul Hollis, Sandy Holloway, Sharon Latten-Clark, Livingston Parish School Board, Stacey Melerine, Ronnie Morris, St. Tammany Parish School Board, Vernon Parish School Board (**Doc. 39**)

4. Conditional Motion to Stay *Preliminary Injunctive Relief Pending Appeal filed by* Conrad Appel, Judy Armstrong, Kevin Berken, Cade Brumley, Preston Castille, Simone Champagne, East Baton Rouge Parish School Board, Lance Harris, Paul Hollis, Sandy Holloway, Sharon Latten-Clark, Livingston Parish School Board, Stacey Melerine, Ronnie Morris, St. Tammany Parish School Board, Vernon Parish School Board (**Doc. 40**)

5. Motion to Exclude Putative Expert Testimony filed by Conrad Appel, Judy Armstrong, Kevin Berken, Cade Brumley, Preston Castille, Simone Champagne, East Baton Rouge Parish School Board, Lance Harris, Paul Hollis, Sandy Holloway, Sharon Latten-Clark, Livingston Parish School Board, Stacey Melerine, Ronnie Morris, St. Tammany Parish School Board, Vernon Parish School Board (**Doc. 53**)

    **PRESENT:**    Charles Andrew Perry, Heather Weaver,
Alex J. Luchenitser, Patrick C. Elliott,
Samuel T. Grover and Jonathan K. Youngwood
**Counsel for Plaintiffs**

    Liz Murrill
**Attorney General of Louisiana**

    Ben Aguinaga, Zack Faircloth,
Caitlin A. Huettemann and
Phyllis Esther Glazer
**Counsel for all Defendants except for Orleans Parish School Board**

    Rebecca Sha and Dan Zimmerman
**Counsel for Defendant Orleans Parish School Board**

Exhibits are filed.

**Dr. Steven K. Green** is sworn and testified. **Dr. Green** is offered as an expert in the filed of the history of the U.S. Constitution and First Amendment with respect to religious matters; the history of the Ten Commandments with respect to U.S. law and government; the history of the use and display of the Ten Commandments in public schools; and the denominational nature of the specific version of the Ten Commandments adopted in House Bill No. 71, Act No. 676.

Counsel presented arguments as requested in the Court's notice (Doc. 78).

The Court takes the pending motions under advisement and plans to issue its rulings on or before November 15, 2024.

Signed in Baton Rouge, Louisiana, on <u>October 23, 2024</u>.

CV 25b; T:  8:00
Reporter:  Gina Delatte-Richard

_____
**JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**