United States District Court
District Court
Exhibits Log: 24cv00517-JWD-SDJ
Roake et al v. Brumley et al, 10/21/2024

| EXHIBIT | DESCRIPTION | RLS |
|---|---|---|
| OPSB-1 | Declaration of Kristen Illarmo | No |
| OPSB-2 | Charter School Agreement | No |
| OPSB-3 | The Willow School Web Page | No |
| Pla-1 | Declaration of Steven K Green | No |
| Pla-1-a | Expert Report of Steven K Green | No |
| Pla-2 | Declaration of Darcy Roake | No |
| Pla-3 | Declaration of Adrian Van Young | No |
| Pla-4 | Declaration of Mamie Broadhurst | No |
| Pla-5 | Declaration of Richard Williams | No |
| Pla-6 | Declaration of Jeff Sims | No |
| Pla-7 | Declaration of Jennifer Harding | No |
| Pla-8 | Declaration of Benjamin Owens | No |
| Pla-9 | Declaration of Erin Hawley | No |
| Pla-10 | Declaration of David Hawley | No |
| Pla-11 | Declaration of Dustin McCrory | No |
| Pla-12 | Declaration of Gary Sernovitz | No |
| Pla-13 | Declaration of Molly Pulda | No |
| Pla-14 | Declaration of Christy Alkire | No |
| Pla-15 | Declaration of Joshua Herlands | No |
| Pla-16 | La House Bill No 71 Act No 676 2024 | No |
| Pla-17 | Declaration of Chloe LM Slater in Support of ECF No 47 | No |
| Pla-17-a | AG Murrill Post 7192024 | No |
| Pla-17-b | Office of the Louisiana AG Post 7192024 | No |
| Pla-17-c | AG Murrill Post 7242024 | No |
| Pla-17-d | Policies Bulletins Louisiana State Board of Elementary and Secondary Education | No |
| Pla-17-e | Louisiana Department of Education 2023-2024 Charter School Assurances | No |
| Pla-18 | Declaration of Chloe LM Slater in Support of ECF No 46 | No |
| Pla-18-a | NOLA PS Press Release 622024 | No |
| Pla-18-b | OPSB Policy HA | No |
| Pla-18-c | OPSB Policy HAA | No |
| Pla-18-d | Willow Charter School Agreement | No |
| Pla-18-e | New Orleans Public School 2022-2023 Governance Chart | No |
| Pla-18-f | OPSB Policy HB | No |
| Pla-18-g | OPSB Policy HH | No |
| Pla-18-h | OPSB Policy BBC | No |
| Pla-18-i | Charter School Agreement Legacy of Excellence | No |
| Pla-18-j | NOLA Public Schools 2024-2025 Charter School Assurances | No |
| Def-A | Townsend Declaration DOE | No |
| Def-B | Morris Declaration BESE | No |

| EXHIBIT | DESCRIPTION | RLS |
|---|---|---|
| Def-C | Smith Declaration EBR | No |
| Def-D | Hart Declaration St Tammany | No |
| Def-E | Travis Declaration Vernon | No |
| Def-F | Link Declaration Livingston | No |
| Def-G | Faircloth Declaration | No |
| Def-G-1 | The Herald-Leader Article - 12141980 | No |
| Def-G-10 | McGuffeys New Second Eclectic Reader for Young Learners 1925 p 162 | No |
| Def-G-11 | McGuffeys New High School Reader for Advanced Classes 1857 pp 76-78 | No |
| Def-G-12 | McGuffeys Fourth Eclectic Reader 1879 pp 207-210 | No |
| Def-G-13 | McGuffeys Newly Revised First Reader 1844 pp 95-96 | No |
| Def-G-14 | McGuffeys Newly Revised Eclectic Third Reader 1853 pp 134-136 | No |
| Def-G-15 | McGuffeys New Fifth Eclectic Reader 1857 pp 110-112 | No |
| Def-G-16 | The New-England Primer 1808 pp 56-64 | No |
| Def-G-17 | The American Spelling Book 1790 pp 54-57 70-71 105 | No |
| Def-G-18 | The American Spelling Book 1836 pp 34-37 135-144 | No |
| Def-G-2 | Photograph in G-1 Enlarged | No |
| Def-G-3 | The Herald-Leader Article - 11221980 | No |
| Def-G-4 | The Cincinnati Enquirer Article - 11181980 | No |
| Def-G-5 | Messenger Inquirer Article - 11181980 | No |
| Def-G-6 | The Paducah Sun Article - 11181980 | No |
| Def-G-7 | The Adair County News Article - 3201979 | No |
| Def-G-8 | The Eclectic Second Reader for the Younger Classes in Schools 1836 pp 160-161 | No |
| Def-G-9 | McGuffeys Newly Revised Eclectic Second Reader 1853 pp 216-217 | No |
| Def-H | Green Declaration | No |
| Def-H-1 | Green Expert Report | No |

Court's Exhibit 1(physical)- 11-inch by 14-inch physical copy of the The Supreme Court & The Lawgivers illustration from the briefing and Defendants. exhibit book. See ECF No. 39-1 at 26, 32; ECF No. 39-2 at 9; ECF No. 54 at 12; DEFS_9.

Case 3:24-cv-00517-JWD-SDJ    Document 84    10/21/24    Page 2 of 2

| EXHIBIT | DESCRIPTION | RLS |
|---|---|---|