# EXHIBIT A

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DARCY ROAKE, et al.,<br><br>                                 Plaintiffs,<br><br>v.<br><br>CADE BRUMLEY, et al.,<br><br>                                 Defendants. | Civil Action No. 3:24-cv-517<br><br>Judge: JWD - SDJ |

### DECLARATION OF ASHLEY TOWNSEND

Pursuant to 28 U.S.C. § 1746, I, Ashley Townsend, duly affirm under penalty of perjury as follows:

1. I am over 18 years of age, have personal knowledge of the matters set forth herein, and am competent to make this Declaration.

2. My name is Ashley Townsend. I serve as the Deputy Chief of Policy for the Louisiana Department of Education (DOE).

3. I understand that the Louisiana Legislature passed into law H.B. 71, which requires each public school governing authority to display the Ten Commandments in each classroom because of the prominent role of that text in the history of American public schools as evidenced by the copies of *McGuffey Readers* and the textbooks of Noah Webster, widely used in schools for three centuries.

4. I understand that H.B. 71 requires schools to display, alongside the Ten Commandments, a context statement explaining the history of the Ten Commandments in American public schools and that H.B. 71 permits the accompanying display of other prominent historical documents, including but not

1

limited to the Mayflower Compact, the Declaration of Independence, and the Northwest Ordinance.

5. I understand that H.B. 71 proscribes public school governing authorities from having to spend their funds to purchase displays, so the authorities can accept donated funds to purchase displays or accept donated displays.

6. I understand that H.B. 71 requires that (a) the State Board of Elementary and Secondary Education (BESE) adopt rules and regulations that will govern the proper implementation of the law and (b) the DOE identify appropriate resources to comply with the law that are free of charge and list those resources on its website.

7. I understand that public school governing authorities must comply with the law in 149 days from now—by January 1, 2025.

8. BESE has not adopted any rules or regulations governing the proper implementation of H.B. 71.

9. The DOE has not taken any steps to identify any free resources to comply with H.B. 71.

10. The DOE has not listed on its website any resources to comply with H.B. 71.

11. I have reviewed some of the pleadings in the above-captioned case, including Defendants' Motion to Dismiss and Memorandum of Law In Support of Defendants' Consolidated Motion to Dismiss, Opposition to Plaintiffs' Motion for Preliminary Injunction, and Alternative Motion for Stay Pending Appeal. The illustratives

in Defendants' Memorandum of Law that I reviewed are reproduced below as Exhibit A-1.

12. Though I and other DOE staff members do not yet know how DOE, among others, will implement H.B. 71, DOE will likely consider some of the illustratives in Exhibit A-1 or variations of them when identifying free resources.

13. In implementing H.B. 71 by identifying free resources, DOE will likely also consider other illustratives with different themes, content, formats, layouts, graphics, typography, color schemes, sizes, styles, interactive elements, spacing, borders, and headings.

14. Based on my experience, I anticipate BESE and public school governing authorities will likely also consider the illustratives in Exhibit A-1 and variations of them when implementing H.B. 71. I also expect them to likely consider other submissions from stakeholders (including but not limited to parents, students, staff, and community members) that have different themes, content, formats, layouts, graphics, typography, color schemes, sizes, styles, interactive elements, spacing, borders, and headings.

I declare, under penalty of perjury, that the foregoing is true and correct.

*Ashley Townsend*

Executed on: August 5, 2024          Ashley Townsend