# EXHIBIT G-2

Exhibit G-2_Photograph in G-1 Englarged
DEFS_000047



Exhibit G-2_Photograph in G-1 Englarged
DEFS_000048