Case 3:24-cv-00563-TAD-KDM   Document 59-16   10/21/24   Page 1 of 3

# EXHIBIT G-5

Exhibit G-5_Messenger Inquirer Article- 11.18.1980
DEFS_000053

# Messenger-Inquirer

VOL. 106  NO. 322    OWENSBORO, KY., TUESDAY, NOVEMBER 18, 1980    ☆20¢

# Ten Commandments requirement rejected

By RICHARD CARELLI
Associated Press

WASHINGTON — The Supreme Court on Monday struck down a Kentucky law that required the posting of the Ten Commandments on classroom walls in public schools.

The nation's highest court struck down the law by a 5-4 vote. The court's narrow majority said in an unsigned opinion that the law violated the Constitution's guarantee of religious freedom.

"The pre-eminent purpose for posting the Ten Commandments on schoolroom walls is plainly religious in nature," the court said in reversing a Kentucky Supreme Court ruling. "The Ten Commandments is undeniably a sacred text in the Jewish and Christian faiths, and no legislative recitation of a supposed secular purpose can blind us to that fact."

The 1978 law provided for each posted copy to contain, in small print, this notation concerning the display's purpose:

"The secular application of the Ten Commandments is clearly seen in its adoption as the fundamental legal code of Western Civilization and the Common Law of the United States."

Under the law, no tax money could be spent for the posted copies. Private donations were called for.

Monday's decision did not totally ban the Ten Commandments from public schools, just as the court's controversial 1963 ruling did not ban all Bible reading from the schools.

"This is not a case in which the Ten Commandments are integrated into the school curriculum, where the Bible may constitutionally be used in an appropriate study of history, civilization, ethics, comparative religion or the like," the court said. "Posting of religious texts on the wall serves no such educational function."

The court's majority relied heavily on a 1971 decision that fashioned a three-pronged test for determining whether a state law violates the First Amendment's "establishment of religion" prohibition.

In the 1971 ruling, Chief Justice Warren E. Burger said, "First, the statute must have a secular legislative purpose; second, its principal or primary effect must be one that neither advances nor inhibits religion, and finally the statute must not foster an excessive government entanglement with religion."

Monday's decision said the Kentucky law "has no secular legislative purpose and is therefore unconstitutional."

The law was challenged by four Louisville residents represented by the Kentucky Civil Liberties Union.

Voting to strike down the law were Justices William J. Brennan Jr., Byron R. White, Thurgood Marshall, Lewis F. Powell Jr. and John Paul Stevens.

Burger and Justice Harry A. Blackmun dissented, voting instead to hold off any decision until examining the arguments more closely.

Justices Potter Stewart and William H. Rehnquist said the Kentucky Supreme Court was right in upholding the law.

Sydell Stone, one of three Louisville women who challenged the law, said, "You've put sunshine in my heart on this rainy day," after she was notified of the Supreme Court decision. "I think it's a victory for the Constitution, particularly at this time in our history."

Rep. Dexter Wright, R-Louisville, a co-sponsor of the law, described the decision as "another case where the Supreme Court has overstepped its authority. We realize it interprets the law

(Please see RULING, back page)

## Will wait to remove plaques
# Local officials cautious

By STEWART JENNISON
Messenger-Inquirer

Owensboro and Daviess County school officials said Monday that they will wait for instructions before removing plaques displaying the Ten Commandments from school walls.

Their statements came after the U.S. Supreme Court ruled that the Kentucky law mandating the posting of the commandments in schools is unconstitutional.

It was not clear Monday night whether the court's decision would mean the plaques would have to come down. Private groups raised the money to buy the framed and glass-protected copies of the commandments, which are now hung in about 685 city and county classrooms.

Glenn Duncan, the Daviess County schools superintendent, said he found the court's decision very disturbing. He said he will await word from the Kentucky Department of Education before deciding what to do.

Duncan said the copies are hung in most schools and in every classroom of some schools. There's also one hung in the room where the county board of education conducts its business.

Ken Wills, the principal of Newton Parrish Elementary School in Owensboro, said that he plans to keep his donated plaques hanging until he is told to do otherwise by the city school board.

The Supreme Court's ruling overturned a Kentucky Supreme Court ruling that upheld a 1978 state law allowing the display of privately financed "permanent copies" of the Ten Commandments.

Owensboro Superintendent James Hilliard said he also wants to hear the Frankfort interpretation of the high court decision before yanking the 18-by-24-inch wall plaques.

Removing the copies may not be such a serious move, from the students' vantage, Hilliard suggested.

"I have some question that just posting them has that much impact. It's like a picture on the wall they get used to seeing.

"I've got a feeling children learn the Ten Commandments or whatever other rules they operate by before they get to school," Hilliard said.

State law said copies of the Ten Commandments could be placed in public schools provided they were bought by the state superintendent of public instruction from funds donated to the state treasury.

But little money was sent directly to the state, and in July 1979, representatives of the Kentucky Heritage Foundation and the Daviess County Homemakers Club told the Owensboro Board of Education that they were willing to take the chance on a legal complaint by directly contributing the plaques to local schools.

Anna Fuqua, spokesman for the Owensboro-based Concerned Women of Kentucky, which worked with the Heritage Foundation to support the project, said Monday the plaques are legally the property of the schools.

If the schools feel they must dispose of the copies, she said the organization is willing to collect and store them.

Although members of the group apparently have met a tough legal setback, Mrs. Fuqua said the new conservatism of the U.S. Senate and White House may make the coming years a better time to push for restoration of the Ten Commandments through national legislation.



—Mark Mahoney, Messenger-Inquirer

A student at Tamarack Elementary School in Owensboro walks beneath a plaque bearing the Ten Commandments. The U.S. Supreme Court ruled Monday that a state law requiring the display of the Ten Commandments in state schools is unconstitutional.

# RULING

**Continued from front page**

but it doesn't make the law. The people passed this law."

Mrs. Stone, a Unitarian, said the Ten Commandments "must be considered a religious document and a religious document does not belong in the school system."

Ann Bowers, who calls herself a nonbeliever in any form of organized religion, said the decision "couldn't have come at a better time. They're getting a new administration in Washington and the possibility's always there for a new president to appoint a new justice to the court. One more dissenting vote in this case would have made quite a difference."

Patricia Bricking, a Roman Catholic and the mother of three children in public schools, said, "It's just great, just great what the court has done. It was ludicrous that this had to go as far as the Supreme Court."

A schoolteacher, Mrs. Bricking said the commandments aren't posted in her elementary school, adding that she was "ecstatic about the ruling."