# EXHIBIT G-6

Exhibit G-6_The Paducah Sun Article
DEFS_000056

# Ten Commandments fight is likely for Kentucky

By BILL BARTLEMAN and NORMAN MARTIN
Sun Staff Writers

Supporters of Kentucky's Ten Commandments law say they will fight a U.S. Supreme Court decision that posting the commandments violates the U.S. Constitution.

The high court Monday ruled in a 5-4 vote that posting the Ten Commandments violates the Constitution's freedom-of-religion guarantees.

The Rev. Tom Riner, president of the Kentucky Heritage Foundation, a prime force in raising private funds to pay for copies of the Ten Commandments, said he anticipates that legislation will be introduced in the next session of the Kentucky General Assembly to "correct" the wording of the statute struck down by the high court.

Riner, a Louisville minister, is the husband of state Rep. Claudia Riner, D-Louisville, primary sponsor of the 1978 legislation calling for the Ten Commandments to be posted in classrooms.

Bill Stone, Kentucky Civil Liberties Union attorney, said the Supreme Court decision leaves no doubt that posting the Ten Commandments in classrooms is unconstitutional. He said he doesn't believe a bill could be written that would not violate the Constitution.

Stone represented four Louisville residents who filed legal action opposing the 1978 law.

Western Kentucky school superintendents, meanwhile, awaited word from the state superintendent of public instruction on what to do about copies of the Ten Commandments now on display in classrooms.

"Right now, KRS 158.178 is statute, and until I am advised that the news media are correct, I will simply leave the Ten Commandments up in the classrooms," said Dr. Daniel Keck, superintendent of Paducah schools. "When they (state officials) tell me to take them down, I will take them down."

Ed Fossett, attorney for the state Department of Education, said he had not seen the ruling, and was not prepared to advise local school officials.

Fossett said that when he does receive a copy of the ruling, he will review it with the state attorney



This copy of the Ten Commandments in a Tilghman High math class, and others posted in most schools, will remain until official notice is given.
(Staff photo by Barkley Thieleman)

(Continued On Back)

TUESDAY, NOVEMBER 18, 1980

# Ten Commandments...

(Continued From Page 1)

general's office.

Framed copies of the Ten Commandments are posted in most schools in western Kentucky; the copies were paid for with private donations, most of which came from Kentucky Heritage Foundation fundraising and from local churches.

Riner, meanwhile, claimed the high court ruling was based on the wording of the Kentucky statute, and not the constitutionality of the Ten Commandments being posted in classrooms.

Riner speculated that legislation will be introduced during the 1982 legislative session stating that "no document, whether Bible or Ten Commandments, would be censored or banned simply because it has a religious connotation."

Stone, however, disagreed with Riner on the nature of the ruling. He said the decision addressed the posting of the Ten Commandments in public classrooms, not simply the wording of Kentucky's law.

"The pre-eminent purpose for posting the Ten Commandments on schoolroom walls is plainly religious in nature," the court said. "The Ten Commandments is undeniably a sacred text in the Jewish and Christian faiths, and no legislative recitation of a supposed secular purpose can blind us to that fact."

"I think he is grasping for straws," Stone said in a telephone interview from his Louisville office when asked about Riner's comments. "I believe he thinks the ruling was based on using tax dollars to pay for the commandments... but that isn't so. It doesn't matter the source of the funds, what matters is the substance of the material being posted."

Stone said he received a "congratulatory" telephone call from the attorney who represented Riner and the Kentucky Heritage Foundation. "I think everyone in the legal community involved in this understands the ruling," Stone said.

Riner also said he is asking supporters of the law to write to Dr. Raymond Barber, state superintendent of public instruction, asking that he allow officials of each school system to decide if it they want to keep the Ten Commandments posted in their classrooms.

"It was a close decision and we feel like it is one that will be reversed in the future," Riner said. He said one and maybe two Supreme Court vacancies are expected to occur during President-elect Ronald Reagan's term. He said he thinks any Reagan appointees would conservatives rather than "liberal as many of the justices are today."

Bill Brown, superintendent of McCracken County schools, said he would wait to avoid confusion over the ruling. "I don't know whether the suit was to get them out of the classrooms or to stop the state from purchasing them," Brown said.

"Of course, none of ours was purchased with tax dollars. They were all donated by local churches," he said. Every classroom in the county system has a copy on the wall.

"My personal opinion is I don't see anything wrong with it, but here again I am not going to get into a religious debate or whatever," said Robert Jeffrey, superintendent of Murray city schools. But, he added, there will be no hesitation by him or the Murray school board in taking the Ten Commandments down once there has been an official ruling by the state board of education.

Fulton city schools won't have to worry about the situation. They never put any copies up. "We didn't have any up and didn't plan on putting any up until some civic or religious organization came forward with a request and the funds," said superintendent Ron McAlister. "If we had a request, we probably would have gone along with it."

All area superintendents contacted indicated there had been little or no community reaction other than calls from the news media.

### Chapter 158.178
### Kentucky Revised Statutes

Ten commandments to be displayed — (1) It shall be the duty of the superintendent of public instruction, provided sufficient funds are available as provided in subsection (3) of this section, to ensure that a durable, permanent copy of the Ten Commandments shall be displayed on a wall in each public elementary and secondary school classroom in the Commonwealth. The copy shall be sixteen (16) inches wide by twenty (20) inches high.

(2) In small print below the last commandment shall appear a notation concerning the purpose of the display, as follows: "The secular application of the Ten Commandments is clearly seen in its adoption as the fundamental legal code of Western Civilization and the Common Law of the United States."

(3) The copies required by this section shall be purchased with funds made available through voluntary contributions made to the state treasurer for the purposes of this section.