# EXHIBIT G-7

Exhibit G-7_The Adair County New Article
DEFS_000059

# Ten Commandments displayed in Washington

The Kentucky Heritage Foundation recently expanded the scope of its mission to include Washington, D.C. All seven Kentucky Congressmen as well as Sen. Ford and Sen. Huddleston were presented framed prints of the Ten Commandments to be hung in their Washington offices.

Fifth District Congressman, Tim Lee Carter wasted no time in hanging the Ten Commandments in his Washington office. Presenting the framed copy is Rev. Tom Riner, Executive Director of the Kentucky Heritage Foundation.

Presentations were also made to Deputy Att. General, Benjamin Civiletti for the Justice Department and to Mr. Phil Spector for the White House.

Waiving its strict ban on photographs, the U.S. Supreme Court gave special permission for the Kentucky Heritage Foundation to take two rare and remarkable pictures of the Ten Commandments as they are displayed inside the courtroom:

1. Directly above the Chief Justice is the hugh, marble relief of the Ten Commandments. It forms the base of the American Eagle symbolizing that American laws and institutions have been rooted in this ancient moral and legal code.

2. Inscribed in the marble wall to the left of the Supreme Court Justices is another figure of Moses holding the Ten Commandments.

In over 80 counties in Kentucky, local groups are actively working to put the Ten Commandments in the public school classrooms.

5,000 framed copies of the Ten Commandments are being placed in schools throughout the state including schools in the following 30 counties:

Ballard, Boyle, Brechinridge, Bullitt, Caldwell, Casey, Crittenden, Estill, Gallatin, Graves, Floyd, Hancock, Harlan, Harrison, Hickman, Hopkins, Jefferson, Livingston, Magoffin, Marion, Mason, Nelson, Ohio, Pulaski, Russell, Shelby, Taylor, Webster, Whitley, and Wolfe.

In addition to donating copies for public schools, most of the local groups sponsoring this project have also placed the Ten Commandments in the offices of elected officials, public libraries, and courtrooms in their county.

The goal of the Kentucky Heritage Foundation is to help local groups place framed copies of the Ten Commandments in schools in all 120 counties by the end of this school year. +



TIM LEE CARTER AND REV. TOM RINER