# EXHIBIT G-9

Exhibit G-9_McGuffey's Newly Revised Eclectic Second Reader (1853)
DEFS_000064

Case 8:24-cv-00151-JWH-DFM Document 59-17 Filed 09/23/24 Page 2 of 3

## LESSON CIV.

### The Child's Prayer.

1. GREAT GOD, and wilt thou condescend,
   To be my Father and my friend?
   I, a poor child, and thou so high,
   The Lord of earth, and air, and sky!

2. Art thou my Father? Canst thou bear
   To hear my poor, imperfect prayer?
   Or stoop to listen to the praise,
   That such a little child can raise?

3. Art thou my Father? Let me be
   A meek, obedient, child to thee,
   And try, in word, and deed, and thought,
   To serve and please thee as I ought.

4. Art thou my Father? I'll depend
   Upon the care of such a friend;
   And only wish to do and be,
   Whatever seemeth good to thee.

5. Art thou my Father? Then at last,
   When all my days on earth are past,
   Send down, and take me in thy love,
   To be thy better child above.

---

## LESSON CV.

### The Ten Commandments.

*First Command.*—Thou shalt have no other Gods before me.

*Second.*—Thou shalt not make unto thee any graven image, or any likeness of any thing that is in heaven above, or that is in the earth beneath, or that is in the water under the earth. Thou shalt not bow down thyself to them, nor

Exhibit G-9_McGuffey's Newly Revised Eclectic Second Reader (1853)
DEFS_000065
Generated on 2024-08-28 15:20 GMT / https://hdl.handle.net/2027/uc1.31822038197992
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google
Digitized by Google   Original from UNIVERSITY OF CALIFORNIA

Case 3:24-cv-00157-JWD-SDJ    Document 59-17    09/03/24    Page 3 of 3

serve them; for I the Lord thy God am a jealous God, visiting the iniquity of the fathers upon the children, unto the third and fourth generations of them that hate me, and showing mercy unto thousands of them that love me, and keep my commandments.

*Third.*—Thou shalt not take the name of the Lord thy God in vain; for the Lord will not hold him guiltless that taketh his name in vain.

*Fourth.*—Remember the Sabbath day to keep it holy. Six days shalt thou labor, and do all thy work; but the seventh day is the Sabbath of the Lord thy God: in it thou shalt not do any work, thou, nor thy son, nor thy daughter, thy man-servant, nor thy maid-servant, nor thy cattle, nor thy stranger that is within thy gates: for in six days the Lord made heaven and earth, the sea, and all that in them is, and rested the seventh day: wherefore the Lord blessed the Sabbath day and hallowed it.

*Fifth.*—Honor thy father and thy mother, that thy days may be long upon the land which the Lord thy God giveth thee.

*Sixth.*—Thou shalt not kill.

*Seventh.*—Thou shalt not commit adultery.

*Eighth.*—Thou shalt not steal.

*Ninth.*—Thou shalt not bear false witness against thy neighbor.

*Tenth.*—Thou shalt not covet thy neighbor's house, thou shalt not covet thy neighbor's wife, nor his man-servant, nor his maid-servant, nor his ox, nor his ass, nor any thing that is thy neighbor's.

---

Thou shalt love the Lord thy God with all thy heart, and with all thy soul, and with all thy mind: and thou shalt love thy neighbor as thyself.

Exhibit G-9_McGuffey's Newly Revised Eclectic Second Reader (1853)
DEFS_000066