# EXHIBIT G-10

Exhibit G-10_McGuffey's New Second Eclectic Reader for Young Learners (1925)
DEFS_000067

## LESSON LXXI.

| | | | |
|---|---|---|---|
| neigh | be-fore′ | ab-stain′ | fret′ful |
| neigh′bor | be-hind′ | un-clean′ | will′ful |
| neigh′bors | pro-fane′ | sab′bath | thy-self′ |

### TEN COMMANDMENTS IN VERSE.

1. THOU no gods shalt have but me.
2. Before no idol bend the knee.
3. Take not the name of God in vain.
4. Dare not the sabbath-day profane.
5. Give to thy parents honor due.
6. Take heed that thou no murder do.
7. Abstain from words and deeds unclean.
8. Steal not, for thou by God art seen.
9. Tell not a willful lie, nor love it.
10. What is thy neighbor's do not covet.

WITH all thy soul love God above;
And as thyself thy neighbor love.

THE END.

Exhibit G-10_McGuffey's New Second Eclectic Reader for Young Learners (1925)
DEFS_000068