# EXHIBIT G-13

Exhibit G-13_McGuffey's Newly Revised First Reader (1844)
DEFS_000078

"Now," said he, "if I take it, I shall be a thief—and yet no bod-y sees me. No bod-y! Does not God see me? Could I ev-er a-gain be good? Could I then ev-er say my pray-ers a-gain to God? And what should I do when I came to die?"

## LESSON LIII.

| | | | | |
|---|---|---|---|---|
| fear | steal | leave | own-ed | small-est |
| jail | says | would | for-get | trem-bled |
| grew | knees | school | al-ways | yes-ter-day |
| crept | years | thieves | rob-bers | com-mand-ment |

### MORE A-BOUT THE CHIM-NEY SWEEP.

WHILE the lit-tle sweep was think-ing a-bout tak-ing the la-dy's watch, he felt cold all o-ver, and trem-bled with fear.

"No," said he, "I can not take this watch. I would rath-er be a sweep and al-ways be poor, than steal." And down he laid the watch and crept up the chim-ney.

Now the la-dy who own-ed the watch was just in the next room, and she could look through, and see and hear all that

Generated on 2024-08-28 15:48 GMT / https://hdl.handle.net/2027/osu.32435017792177
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google    Original from THE OHIO STATE UNIVERSITY

Exhibit G-13_McGuffey's Newly Revised First Reader (1844) DEFS_000079

pass-ed. She did not say a-ny thing to the boy then, but let him go a-way.

The next day she sent for him, and when he came, she said to him, "Well, my lit-tle friend, why did you not take my watch yes-ter-day?" The lit-tle sweep then fell up-on his knees and told the la-dy all a-bout it.

Now, as the lit-tle sweep did not steal the gold watch, nor tell a-ny sto-ries a-bout it, the la-dy let him stay and live in her house. For ma-ny years she sent him to school, and when he grew up, he be-came a good man, and nev-er for-got the com-mand-ment which says, "Thou shalt not steal."

Had he ta-ken the la-dy's watch, he would have sto-len. Then he would have been sent to jail.

Let no lit-tle boy or girl ev-er take things with-out leave, for it is steal-ing; and they who steal are thieves.

You can not steal the small-est pin, with-out its be-ing a sin, nor with-out be-ing seen by that eye which nev-er sleeps.

Digitized by Google    Original from THE OHIO STATE UNIVERSITY