# EXHIBIT G-14

Exhibit G-14_McGuffey's Newly Revised Eclectic Third Reader (1853)
DEFS_000081

## LESSON XLI.

1. Mul'-ti-tude, a great number.
2. Bles'-sed, happy.
   Mer'-ci-ful, exercising mercy.
3. Per'-se-cu-ted, troubled or punished for religious opinions.
8. For-swear', to swear falsely.
9. De-spite'-ful-ly, maliciously.
10. Pub'-li-can, a collector of taxes. (These, among the Jews, were very bad men.)

### EXTRACT FROM THE SERMON ON THE MOUNT.

REMARK.—The words *Lord* and *God* are seldom pronounced with that full and solemn sound that is proper. *Lud* and *Laward*, and *Gud* and *Gawd*, are too frequently used instead of the proper sounds: if the pupil can learn to speak the three words, O — Lord — God, in a clear, full, and solemn tone, it will be worth no little attention.

ARTICULATE the *r* in the following words: *poor, their, hunger, are, pure, members, forswear, perform, earth, neither, heard, more, therefore, perfect.* See Exercise IV., page 19.

1. AND seeing the multitude, He went up into a mountain: and when He was set, His disciples came unto Him: and He opened His mouth, and taught them, saying,

2. Blessed are the poor in spirit: for theirs is the kingdom of heaven. Blessed are they that mourn: for they shall be comforted. Blessed are the meek: for they shall inherit the earth. Blessed are they which do hunger and thirst after righteousness: for they shall be filled. Blessed are the merciful: for they shall obtain mercy. Blessed are the pure in heart: for they shall see God.

3. Blessed are the peace-makers: for they shall be called the children of God. Blessed are they which are persecuted for righteousness' sake: for theirs is the kingdom of heaven. Blessed are ye when men shall revile you, and persecute you, and shall say all manner of evil against you falsely, for my sake. Rejoice and be exceeding glad; for great is your reward in heaven; for so persecuted they the prophets which were before you.

4. Think not that I am come to destroy the law, or the prophets: I am not come to destroy, but to fulfill. For verily

Exhibit G-14_McGuffey's Newly Revised Eclectic Third Reader (1853)
DEFS_000082

Case 3:24-cv-00515-JWD-SDJ    Document 59-15    09/03/24    Page 3 of 4

I say unto you, Till heaven and earth pass, one jot or one tittle shall in no wise pass from the law, till all be fulfilled.

5. Whosoever, therefore, shall break one of these least commandments, and shall teach men so, he shall be called least in the kingdom of heaven; but whosoever shall do, and teach them, the same shall be called great in the kingdom of heaven. For I say unto you, That except your righteousness exceed the righteousness of the Scribes and Pharisees, ye shall in no case enter into the kingdom of heaven.

6. Ye have heard that it was said by them of old time, Thou shalt not kill; and whosoever shall kill, shall be in danger of the judgment. But I say unto you, That whosoever is angry with his brother without a cause, shall be in danger of the judgment: and whosoever shall say to his brother, Raca, shall be in danger of the council: but whosoever shall say, Thou fool, shall be in danger of hell-fire.

7. If thy right eye offend thee, pluck it out, and cast it from thee: for it is profitable for thee that one of thy members should perish, and not that thy whole body should be cast into hell. If thy right hand offend thee, cut it off, and cast it from thee: for it is profitable for thee that one of thy members should perish, and not that thy whole body should be cast into hell.

8. Again, ye have heard that it hath been said by them of old time, Thou shalt not forswear thyself, but shalt perform unto the Lord thine oaths: but I say unto you, Swear not at all; neither by heaven; for it is God's throne: nor by the earth; for it is His footstool: neither by Jerusalem; for it is the city of the great King: neither shalt thou swear by thy head, because thou canst not make one hair white or black. But let your communication be yea, yea; nay, nay; for whatsoever is more than these cometh of evil.

9. Ye have heard that it hath been said, Thou shalt love thy neighbor and hate thine enemy: but I say unto you, Love your enemies, bless them that curse you, do good to them that hate you, and pray for them which despitefully use you and persecute you; that ye may be the children of your Father which is in heaven: for He maketh His sun to rise on the evil and on the good, and sendeth rain on the just and on the unjust.

10. For if you love them which love you, what reward

Exhibit G-14_McGuffey's Newly Revised Eclectic Third Reader (1853)
DEFS_000083

have ye? do not even the publicans the same? And if ye salute your brethren only, what do ye more than others? do not even the publicans so? Be ye, therefore, perfect, even as your Father which is in heaven is perfect.

BIBLE.

QUESTIONS.— Who delivered this sermon? Why are the poor in spirit blessed or happy? Why, they that mourn? What kind of mourners are intended? Why are the meek happy? Why, they who hunger and thirst after righteousness? Why, the merciful? Why, the pure in heart? Why, peace-makers? Why, the persecuted for righteousness' sake? What should we do to our enemies? What does God do to the evil and the good?

In the first sentence, for what noun does the pronoun *He* stand? Which are the nouns in this sentence? Which are the participles? Which are the conjunctions? Which words are in the objective case? Which in the nominative? What does the word *nominative* mean?

☞ See Pinneo's Primary Grammar.

From what is the word *unjust* derived? (page 111.) What is the prefix? (page 111.) What meaning does it give? (page 111.) What is a prefix? (page 111.) From what is the word *only* derived? (page 107.) What is the affix? (page 107.) What meaning does it give the word? (page 107.) From what is the affix *ly* derived? (page 107.) What is an affix? (page 100.) See McGuffey's Eclectic Spelling-book.

---

ARTICULATION.

NOTE.— Combinations composed of *two* elementary sounds having been thus far given for practice, the following exercises will contain principally combinations of *three, four,* and *five* elements. This progressive plan has been adopted, because thus the development of the organs will be better secured, and the habit of distinct articulation more easily acquired.

OBSERVE that *e* in blab*b*ed, gabbl*e*s, &c., is omitted.

| | | | | |
|---|---|---|---|---|
| Bz, bst. | Blabs, | blabst: | throbs, | throbst. |
| Bd, bdst. | Blabb'd, | blabb'dst: | throbb'd, | throbb'dst. |
| Blz, blst. | Gabbl's, | gabbl'st: | quibbl's, | quibbl'st. |
| Bld, bldst. | Gabbl'd, | gabbl'dst: | quibbl'd, | quibbl'dst. |

Exhibit G-14_McGuffey's Newly Revised Eclectic Third Reader (1853)
DEFS_000084