# EXHIBIT G-16

Exhibit G-16_The New-England Primer (1808)
DEFS_000089

Q. 38. *What benefits do believers receive from Christ at the Resurrection?* A. At the Resurrection, believers being raised up to glory, shall be openly acknowledged and acquitted in the day of judgment, and made perfectly blessed in the full enjoying of God to all eternity.

Q. 39. *What is the duty which God requires of man?* A. The duty which God requires of man is obedience to his revealed will.

Q. 40. *What did God at first reveal to man for the rule of his obedience?* A. The rule which God at first revealed to man for his obedience was the Moral Law.

Q. 41. *Wherein is the Moral Law summarily comprehended?* A. The Moral Law is summarily comprehended in the ten commandments.

Q. 42. *What is the sum of the ten commandments?* A. The sum of the ten commandments is, To love the Lord our God with all our heart, with all our soul, with all our strength, and with all our mind, and our neighbour as ourselves.

Q. 43. *What is the preface to the ten commandments?* A. The preface to the ten commandments is in these words, *I am the Lord thy God, which brought thee out of the Land of Egypt and out of the house of Bondage.*

Q. 44. *What doth the preface to the ten command-*

*ments teach us?* A. The preface to the ten commandments teacheth us, that because God is the Lord, and our God, and Redeemer, therefore we are bound to keep all his commandments.

Q. 45. *Which is the first commandment?*
A. The first commandment is, *Thou shalt have no other God's before me.*

Q. 46. *What is required in the first commandment?*
A. The first commandment requireth us to know and acknowledge God to be the only true God, and our God, and to worship and glorify him accordingly.

Q. 47. *What is forbidden in the first commandment?*
A. The first commandment forbiddeth the denying, or not worshipping and glorifying the true God as God and our God, and the giving that worship and glory to any other which is due to him alone.

Q. 48. *What are we specially taught by these Words (Before me) in the first commandment?*
A. These words (Before me) in the first commandment, teach us, that God who seeth all things, taketh notice of, and is much displeased with the Sin of having any other God.

Q. 49. *Which is the second commandment?*
A. *The second commandment is,* Thou shalt not make unto thee, any graven image, or any likeness of any thing that is in heaven above, or that is in the

F

Exhibit G-16_The New-England Primer (1808)
DEFS_000091

earth beneath, or that is in the water under the earth; thou shalt not bow down thyself to them, nor serve them, for I the Lord thy God am a jealous God, visiting the iniquity of the fathers upon the children, unto the third and fourth generation of them that hate me, and shewing mercy unto thousands of them that love me and keep my commandments.

Q. 50. *What is required in the second commandment?* A. The second commandment requireth the receiving, observing, and keeping pure and entire all such religious worship and ordinances, as God hath appointed in his word.

Q. 51. *What is forbidden in the second commandment?* A. The second commandment forbiddeth the worshipping of God by Images, or any other way not appointed in his word.

Q. 52. *What are the reasons annexed to the second commandment?* A. The reasons annexed to the second commandment, are God's Sovereignty over us, his propriety in us, and the zeal he hath to his own worship.

Q. 53. Which is the third commandment?

A. *The third commandment is,* Thou shalt not take the name of the Lord thy God in vain, for the Lord will not hold him guiltless that taketh his name in vain.

Q. 54. *What is required in the third commandment?*

Exhibit G-16_The New-England Primer (1808)
DEFS_000092

( 59 )

A. The third commandment requireth the holy and reverend use of God's name, Titles, Attributes, Ordinances, word and works.

Q. 55 *What is forbidden in the third commandment?* A. The third commandment forbiddeth all profaning or abusing of any thing whereby God maketh himself known.

Q. 56. *What is the reason annexed to the third commandment?* A. The reason annexed to the third commandment, is that however the breakers of this commandment may escape punishment from men, yet the Lord our God will not suffer them to escape his righteous judgment.

Q. 57. Which is the fourth commandment?
A. *The fourth commandment is*, Remember the Sabbath day to keep it holy, Six days shalt thou labour, and do all thy work, but the Seventh day is the Sabbath of the Lord thy God, in it thou shalt not do any work, thou, nor thy Son, nor thy Daughter, nor thy Man servant, nor thy Maid servant, nor thy Cattle, nor the Stranger that is within thy gates; for in six days the Lord made heaven and earth, the sea and all that in them is, and rested the seventh day, wherefore the Lord blessed the sabbath day and hallowed it.

Q. 58. *What is required in the fourth commandment?* A. The fourth commandment requireth the

Exhibit G-16_The New-England Primer (1808)
DEFS_000093

Case 3:24-cv-00151-JWD-SDJ   Document 59-16   09/03/24   Page 6 of 10

keeping holy to God such set times as he hath appointed in his word, expressly one whole day in seven to be an holy Sabbath to himself.

Q. 59. *Which day of the seven hath God appointed to be the weekly Sabbath?* A. From the beginning of the world to the resurrection of Christ, God appointed the seventh day of the week to be the weekly Sabbath, and the first day of the week ever since to continue to the end of the world, which is the Christian Sabbath.

Q. 60. *How is the Sabbath to be Sanctified?* A. The Sabbath is to be Sanctified by a holy resting all that day, even from such worldly employment and recreations as are lawful on other days, and spending the whole time in the public and private exercises of God's worship, except so much as is to be taken up in the works of necessity and mercy.

Q. 61. *What is forbidden in the fourth commandment?* A. The fourth commandment forbiddeth the omission or careless performance of the duties required, and the prophaning the day by idleness, or doing that which is in itself sinful, or by unnecessary thoughts, words, or works, about our worldly employments or recreations.

Q. 62. *What are the Reasons annexed to the fourth commandment?* A. The reasons annexed to the fourth commandment, are God's allowing us six days

Exhibit G-16_The New-England Primer (1808)
DEFS_000094

Case 3:24-cv-00515-JWD-SDJ   Document 59-16   09/03/24   Page 7 of 10

of the week for our own employment, his challenging a special propriety of the Seventh, his own example, and his blessing the Sabbath day.

Q. 63. *Which is the fifth commandment?*
A. The fifth commandment is, *Honour thy father and thy mother, that thy days may be long upon the Land which the Lord thy God giveth thee.*

Q. 64. *What is required in the fifth commandment?*
A. The fifth commandment requireth the preserving the honour, and performing the duties belonging to every one in their several places and relations, as superiors, inferiors, or equals.

Q. 65. *What is forbidden in the fifth commandment?*
A. The fifth commandment forbiddeth the neglecting of, or doing any thing against the honour and duty which belongeth to every one in their several places and relations.

Q. 66. *What is the reason annexed to the fifth commandment?* A. The reason annexed to the fifth commandment is, a promise of long life and prosperity, (as far as it shall serve for God's glory, and our own good) to all such as keep this commandment.

Q. 67. *Which is the sixth commandment?*
A. The sixth commandment is, *Thou shalt not kill.*

Q. 68. *What is required in the sixth commandment?*
A. The sixth commandment requireth all lawful

Exhibit G-16_The New-England Primer (1808)
DEFS_000095

endeavours to preserve our own life and the life of others.

Q. 69. *What is forbidden in the sixth commandment?* A. The sixth commandment forbiddeth the taking away of our own life, or the life of our neighbour unjustly, or whatsoever tendeth thereunto.

Q. 70. *Which is the seventh commandment?* A. The seventh commandment is, *Thou shalt not commit adultery.*

Q. 71. *What is required in the seventh commandment?* A. The seventh commandment requireth the preservation of our own and our neighbours chastity, in Heart, Speech, and Behaviour.

Q. 72. *What is forbidden in the seventh commandment?* A. The seventh commandment forbiddeth all unchaste thoughts, words and actions.

Q. 73. *Which is the eighth commandment?* A. The eighth commandment is, *Thou shalt not steal.*

Q. 74. *What is required in the eighth commandment?* A. The eighth commandment requireth the lawful procuring and furthering the wealth and outward estate of ourselves and others.

Q. 75. *What is forbidden in the eighth commandment?* A. The eighth commandment forbiddeth whatsoever doth or may unjustly hinder our own or our neighbour's wealth or outward estate.

Exhibit G-16_The New-England Primer (1808)
DEFS_000096

Case 3:24-cv-00563-TWD-SDJ   Document 59-26   09/03/24   Page 9 of 10

Q. 76. *Which is the ninth commandment?*
A. The ninth commandment is, *Thou shalt not bear false witness against thy neighbour.*

Q. 77. *What is required in the ninth commandment?*
A. The ninth commandment requireth the maintaining and promoting of truth between Man and Man, and of our own and our neighbour's good name, especially in witness bearing.

Q. 78. *What is forbidden in the ninth commandment?* A. The ninth commandment forbiddeth whatsoever is prejudicial to truth, or injurious to our own, or our neighbour's good name.

Q. 79. *Which is the tenth commandment?*
A. The tenth commandment is, Thou shalt not covet thy neighbour's house, thou shalt not covet thy Neighbour's wife, nor his Man Servant, nor his Maid Servant, nor his Ox, nor his Ass, nor any thing that is thy neighbour's.

Q. 80. *What is required in the tenth commandment?*
A. The tenth commandment requireth full contentment with our own condition, with a right and charitable frame of spirit toward our neighbour and all that is his.

Q. 81. *What is forbidden in the tenth commandment?* A. The tenth commandment forbiddeth all discontentment with our own estate, envying or griev-

Case 3:24-cv-00051-JWD-SDJ   Document 59-7   09/03/24   Page 10 of 10

( 64 )

ing at the good of our neighbour, and all inordinate motions or affections to any thing that is his.

Q. 82. *Is any man able perfectly to keep the commandments of God?* A. No mere man since the fall is able in this life perfectly to keep the commandments of God, but doth daily break them in thought, word and deed.

Q. 83. *Are all transgressions of the law, equally heinous?* A. Some sins in themselves, and by reason of several aggravations, are more heinous in the sight of God than others.

Q. 84. *What doth every sin deserve?*

A. Every sin deserveth God's Wrath and curse, both in this life and that which is to come.

Q. 85. *What doth God require of us that we may escape his wrath and curse due to us for sin?*

A. To escape the wrath and curse of God due to us for sin, God requireth of us faith in Jesus Christ, repentance unto life, with the diligent use of all the outward means whereby Christ communicateth to us the benefits of Redemption.

Q. 86. *What is Faith in Jesus Christ?*

A. Faith in Jesus Christ, is a saving grace, whereby we receive and rest upon him alone for salvation, as he is offered to us in the gospel.

Q. 87. *What is repentance unto life?*

A. Repentance unto life is a saving grace, whereby

Exhibit G-16_The New-England Primer (1808)
DEFS_000098