

**The Willow School New Orleans**
formerly Lusher Charter School

≡ MENU    SCHOOLS ⌄ 🌐 TRANSLATE    🔍

THE WILLOW SCHOOL NEW ORLEANS    //    ABOUT THE WILLOW SCHOOL    //    GOVERNANCE

# School Governance

## Overview

The Willow School, a Type-3 Charter in the New Orleans Public Schools (NOLA PS) district, is governed by the Advocates for Arts-Based Education (AABE) Board. The AABE Board of Directors has an important role in advancing the school's mission by setting policies, supervising the activities of the Corporation, and adopting positions on issues of substance related to the purposes of the Corporation.

## Board of Directors

Gary Solomon, President - gary_solomon@willowschoolnola.org

Jennifer McGowan - Vice President - jennifer_mcgowan@willowschoolnola.org

Rachel Wisdom, Treasurer - rachel_wisdom@willowschoolnola.org

Alysia Loshbaugh - alysia_loshbaugh@willowschoolnola.org

EXHIBIT
OPSB - 3

The authorized number of Directors, to be set by the Board of Directors, shall be no less than seven (7), and no greater than eleven (11). The Corporation may, at the discretion of the Board of Directors, also have one or more advisory Directors who shall have no voting power or authority but shall serve in an advisory capacity only. At least 60% of the members shall reside in Orleans Parish, including at least one parent or legal guardian of one or more students currently enrolled at The Willow School.

Qualified individuals may be nominated for consideration as a director-candidate by existing members of the Board of Directors. Once a candidate is established by a committee designated by the Board President, the individual may be elected to become a member of the Willow School Board by 60% of the Board members present and voting. To be seated as a Board Member, the individual must also meet the qualifications set forth by the Orleans Parish School Board.

The term of a Director shall be two (2) years. A Director may serve four (4) consecutive two (2) year terms.

Chris Reade - chris_reade@willowschoolnola.org

Jean May-Brett - jean_may-brett@willowschoolnola.org

Michelle Beaty - michelle_beaty@willowschoolnola.org

Patrick Hernandez - patrick_hernandez@willowschoolnola.org

Richard Cortizas - richard_cortizas@willowschoolnola.org

To contact Board Members by phone message, please call Gina Dupart at 504.304.3960, extension 214

Monthly meetings will rotate among the three Willow School Campuses. Dates/times are subject to change. The most up-to-date information will be available below.

## Board Meeting Dates 2024-2025

| | |
|---|---|
| September 24, 2024, 5 pm | Lower School (Williams) Campus, 7315 Willow Street |
| October 17, 2024, 5 pm | High School (Brimmer) Campus, 5624 Freret Street |
| November 14, 2024, 5 pm | High School (Brimmer) Campus, 5624 Freret Street |
| December 12, 2024, 5 pm | High School (Brimmer) Campus, 5624 Freret Street |
| January 30, 2025, 5pm | High School (Brimmer) Campus, 5624 Freret Street |
| February 20, 2025, 5 pm | High School (Brimmer) Campus, 5624 Freret Street |
| March 27, 2025, 5 pm | High School (Brimmer) Campus, 5624 Freret Street |
| April 24, 2025, 5 pm | High School (Brimmer) Campus, 5624 Freret Street |
| May 15, 2025, 5 pm | High School (Brimmer) Campus, 5624 Freret Street |
| June 12, 2025, 5 pm | High School (Brimmer) Campus, 5624 Freret Street |

| Committee Meeting Dates 2024-25 | Agendas | Minutes |
|---|---|---|

## Board Meeting Agendas

June 11, 2024
May 21, 2024
March 21, 2024
January 23, 2024
December 14, 2023
October 5, 2023

## Board Meeting Minutes

May 21, 2024 Minutes
March 21, 2024 Minutes
January 23, 2024 Minutes
December 14, 2023 Minutes
October 5, 2023 Minutes

| | |
|---|---|
| September 7, 2023 | September 7, 2023 Minutes |
| June 20, 2023 (Budget Hearing) | June 20, 2023 Minutes |
| June 13, 2023 | June 13, 2023 Minutes |
| May 3, 2023 | May 3, 2023 Minutes |
| April 5, 2023 | April 5, 2023 Minutes |
| March 22, 2023 (Special Meeting) | March 22, 2023 Minutes |
| March 16, 2023 (Special Meeting) | March 16, 2023 Minutes |
| January 5, 2023 | January 5, 2023 Minutes |
| December 1, 2022 | December 1, 2022 Minutes |
| November 3, 2022 | November 3, 2022 Minutes |
| October 6, 2022 | October 6, 2022 Minutes |
| September 6, 2022 | September 6, 2022 Minutes |

## Public Records Requests:

To reach The Willow School's Custodian of Records, CEO Nicolette London, please send an email to records@willowschoolnola.org.

## Louisiana Report Fraud:

Contact the Louisiana Legislative Auditor (LLA) Hotline if you suspect the misappropriation (theft), fraud, waste, or abuse of public funds by anyone.

Information provided to the LLA Hotline may result in an investigation, audit, or other review.

When providing information to the LLA Hotline, please include sufficient detail (describing who, what, where, when, why, and how) to allow us to fully evaluate your information. Although we will consider anonymous information, providing us with your name and telephone number will allow us to contact you with any additional questions that we have.

Your name and telephone number, as well as the status of complaints, are confidential.





**DOWNLOAD OUR MOBILE APP**



  

## District Contact Info

The Willow School  5624 Freret St.  New Orleans, LA 70115
Number: P. 504.304.3960  Fax: F. 504.861.1839

Copyright © 2024 The Willow School. All rights reserved.
Powered By Apptegy