# Exhibit 11

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| REVEREND DARCY ROAKE and ADRIAN VAN YOUNG, on behalf of themselves and on behalf of their minor children, A.V. and S.V., et al., <br><br> Plaintiffs, <br><br> v. <br><br> CADE BRUMLEY, in his official capacity as the Louisiana State Superintendent of Education, et al., <br><br> Defendants. | CIVIL ACTION NO. <br> 3:24-cv-00517-JWD-SDJ |

**DECLARATION OF DUSTIN MCCRORY IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

I, Dustin McCrory, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a plaintiff in the above-captioned case, on behalf of myself and my children, E.M., P.M., and L.M. I live in Livingston Parish. My children, E.M., P.M., and L.M., are enrolled in a public elementary school in Livingston Parish Public Schools.

2. I am an agnostic atheist. I am raising E.M., P.M., and L.M. in a nonreligious household. I allow my children to independently develop their own decisions on religious matters and do not want their public school to interfere with this decision.

3. I object to H.B. 71 because the displays it mandates will promote, and forcibly subject my children to, religious scripture to which we do not subscribe. The displays impinge on my role as a parent in directing my children's non-religious upbringing.

4. My family does not subscribe to the religious dictates of the Ten Commandments generally or the specific version that H.B. 71 mandates.

1

ROAKE-011

ROAKE-011-000001

5. I believe that H.B. 71 and the required Ten Commandments displays directly interfere with and substantially burden and undermine my ability to raise E.M., P.M., and L.M. in a nonreligious tradition by subjecting them to displays of religious doctrine in every classroom. Specifically, I object to the display of the first four commandments mandated by H.B. 71 in my children's classrooms. I view these as religious obligations that are contrary to my own views and beliefs and those of E.M., P.M., and L.M.

6. I will have to undertake additional burdens because of H.B. 71 and the displays that will be posted in my children's classrooms. I will feel compelled to discuss the Ten Commandments with E.M., P.M., and L.M. if the displays are put in their classrooms. I do not wish to be forced to have this sensitive conversation with E.M., P.M., and L.M. about the Ten Commandments given their young age. I also oppose posting the language mandated by H.B. 71 because I believe that it addresses age-inappropriate religious content. For example, I do not wish for my elementary-age children to be instructed by their school about the biblical conception of adultery.

7. I believe that the religious displays mandated by H.B. 71 will increase the pressure on E.M., P.M., and L.M. to suppress expression of their own nonreligious background and nonreligious views at school as well as pressure them to observe, venerate, and adopt the state's preferred religious doctrine.

8. For the 2024-25 school year, E.M., P.M, and L.M. will begin school on August 8, 2024.

ROAKE-011-000002

I declare under penalty of perjury that the foregoing is true and correct.

_____
Justin McCrory
Executed on this 2nd day of July, 2024.

3