# Exhibit 14

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| REVEREND DARCY ROAKE and ADRIAN VAN YOUNG, on behalf of themselves and on behalf of their minor children, A.V. and S.V., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>CADE BRUMLEY, in his official capacity as the Louisiana State Superintendent of Education, et al.,<br><br>    Defendants. | CIVIL ACTION NO.<br>3:24-cv-00517-JWD-SDJ |

**DECLARATION OF CHRISTY ALKIRE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

I, Christy Alkire, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a plaintiff in the above-captioned case, on behalf of myself and my child, L.A. L.A. lives in Vernon Parish and is enrolled in a public high school in Vernon Parish School District.

2. L.A. and I are nonreligious. I am raising L.A. in a nonreligious family.

3. I object to H.B. 71 because the displays it mandates will promote, and forcibly subject my child to, religious scripture to which we do not subscribe. The displays impinge on my role as a parent in directing my child's non-religious upbringing.

4. My family does not subscribe to the religious dictates of the Ten Commandments generally or the specific version that H.B. 71 mandates.

5. I believe that H.B. 71 and the required Ten Commandments displays directly interfere with and substantially burden and undermine my ability to raise L.A. in a nonreligious tradition by subjecting L.A. to displays of religious doctrine in every classroom.

ROAKE-014

ROAKE-014-000001

6. My family believes that the Ten Commandments displays required under H.B. 71 elevate Christianity over other religious beliefs and L.A.'s non-belief. We view H.B. 71 and the mandatory displays as setting a religious precedent for how kids are supposed to behave. We perceive the required displays as signifying that the posted Ten Commandments take precedence over our family's own personal nonreligious beliefs.

7. My family is concerned that the Ten Commandments displays will embolden and empower Christian students to harass L.A. and other students who do not conform to traditional Christian norms.

8. L.A. has already felt some pressure in school to be careful about exposing L.A.'s nonbelief to other students. My family believes that the religious displays mandated by H.B. 71 will increase the pressure on L.A. to suppress expression of L.A.'s own nonreligious background and nonreligious views at school as well as pressure L.A. to observe, venerate, and adopt the state's preferred religious doctrine.

9. For the 2024-25 school year, L.A. will begin school on August 19, 2024.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Christy Alkire
Executed on this 1st day of July, 2024