# Exhibit 17

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

REVEREND DARCY ROAKE and ADRIAN VAN YOUNG, on behalf of themselves and on behalf of their minor children, A.V. and S.V., et al.,

    Plaintiffs,

    v.

CADE BRUMLEY, in his official capacity as the Louisiana State Superintendent of Education, et al.,

    Defendants.

CIVIL ACTION NO.
3:24-cv-00517-JWD-SDJ

### DECLARATION OF CHLOE L.M. SLATER IN SUPPORT OF PLAINTIFFS' COMBINED MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND MOTION TO STAY AND REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

I, Chloe L.M. Slater, declare as follows pursuant to 18 U.S.C. § 1746:

    1.    I am a paralegal at the law firm of Simpson Thacher & Bartlett LLP, counsel for Plaintiffs in the above-captioned case. I have personal knowledge of the facts set forth herein and, if called upon, could and would competently testify thereto.

    2.    I submit this declaration in support of Plaintiffs' Combined Memorandum of Law in Opposition to Defendants' Motion to Dismiss and Motion to Stay and Reply In Support of Plaintiffs' Motion for Preliminary Injunction.

    3.    On August 23, 2024, I downloaded and prepared **Exhibit 1**, attached hereto, and I affirm that it is a true and correct copy of Attorney General Liz Murrill's X.Com (formerly Twitter) post, dated July 19, 2024. I screenshotted Exhibit 1 from Murrill's official X.com page. As of the

1

ROAKE-017

date of this declaration, the tweet was available online at https://x.com/aglizmurrill/status/1814460239208460383.

4. On August 23, 2024, I downloaded and prepared **Exhibit 2**, attached hereto, and I affirm that it is a true and correct copy of Attorney General Liz Murrill's Facebook post, dated July 19, 2024. I saved a copy of Exhibit 2 from Murrill's official Facebook page. As of the date of this declaration, the post was available online at https://www.facebook.com/photo/?fbid=1016178700175388&set=a.460334779093119.

5. On August 23, 2024, I downloaded and prepared **Exhibit 3**, attached hereto, and I affirm that it is a true and correct copy of Attorney General Liz Murrill's Facebook post dated July 24, 2024. I saved a copy of Exhibit 3 from Murrill's official Facebook page. As of the date of this declaration, the post was available at https://www.facebook.com/watch/?v=1308915246752326.

6. On August 23, 2024, I downloaded and prepared **Exhibit 4**, attached hereto, and I affirm that it is a true and correct copy of the Policies/Bulletins page that appears on the Louisiana State Board of Elementary and Secondary Education (BESE)'s website. I downloaded Exhibit 4 from the official BESE website.. As of the date of this declaration, the document was available at https://bese.louisiana.gov/policy..

7. On August 23, 2024, I downloaded and prepared **Exhibit 5**, attached hereto, and I affirm that it is a true and correct copy of the Louisiana Department of Education's 2023-2024 Charter School Assurances. I downloaded Exhibit 5 from the official Louisiana Department of Education website. As of the date of this declaration, the document was available at https://www.louisianabelieves.com/resources/library/charter-schools (under "Charter Guidance").

///

///

ROAKE-017-000002

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 26th day of August, 2024.

_____
Chloe L.M. Slater

3