# Exhibit 17-A



**Attorney General Liz Murrill** ✓
@AGLizMurrill

The Ten Commandments law is not "paused," "blocked," or "halted." No posters are going up before November 15 because certain legal actions take time, specifically publishing rules through BESE, in addition to creating the posters. The court was considering schedules for motions, briefing, oral argument and issuing a decision. All the parties agreed nothing would occur until November 15. The compliance date of January 2025 has not changed (and lawyers have no authority to change it). The judge declined expediting the briefing schedule because nothing would have occurred that justified it. #lalege

8:40 PM · Jul 19, 2024 · **2,962** Views

EXHIBIT 1

ROAKE-017-A

ROAKE-017-A-000001