# Exhibit 17-B



EXHIBIT 2

ROAKE-017-B

ROAKE-017-B-000001