# Exhibit 17-C



EXHIBIT 3

ROAKE-017-C

ROAKE-017-C-000001