# Exhibit 18-G

FILE:  HH

# *STUDENT SAFETY AND WELL-BEING*

The Orleans Parish School Board recognizes the importance of taking precautionary measures to provide a safe and secure environment for students in charter schools under its jurisdiction.  Unless otherwise specified below, beginning with the 2023-2024 school year, to reduce violence impacting our students and improve supports to our students and families, charter schools shall be required to implement the following student safety and well-being measures.

1. Panic Emergency Notification System and Anonymous Reporting System

    Pursuant to Act No. 334 of the 2023 Regular Session of the Louisiana Legislature, no later than April 1, 2024, charter schools shall implement the use of the panic emergency notification system and anonymous reporting system, such as the statewide systems provided by the Louisiana Center for Safe Schools (the "Center"); the RAVE Panic Button app, endorsed by the Louisiana State Board of Elementary and Secondary Education on March 10, 2021; and the Crime Stoppers app, or other system of equal or exceeding capabilities, to allow staff to quickly request immediate assistance from first responders in the event of a health or safety emergency in their schools and to allow members of the school community to report anonymous tips regarding potential threats.

    Schools shall provide information to the School District regarding the implementation of the aforementioned panic emergency notification system and anonymous reporting systems and information provided to the school community about the use of the systems, so that the School District may report the systems implemented to the State Board of Elementary and Secondary Education and the Center, no later than May 1, 2024.

2. Firearm Safe Storage and Accident Prevention Information Required

    Charter schools shall be required to provide printed materials in hardcopy related to safe storage of firearms and accident prevention to the families of their students on an annual basis.  Charter schools shall make such written materials accessible to families in the languages commonly served by the school.  The School District shall identify no-cost resources schools may utilize to satisfy the requirements of this section.

3. Student Wellness Activities

    Pursuant to La. Rev. Stat. Ann. §17:271.1 and La. Rev. Stat. Ann. §17:3996(B)(68), charter schools shall provide students in grades kindergarten through twelve age- and grade-appropriate classroom instruction relative to mental health.  The instruction shall include, at minimum, information on the following: (1) preventive mental health measures, including but not limited to proper diet, exercise, risk avoidance, and stress reduction; (2) the relationship between mental health and physical health; (3) brain health, emotional health, identifying trauma and stress, and the impact of trauma and stress on mental health and physical health, (4) resources and services available to assist people with mental health issues, and (5) violence interruption and conflict resolution.  The instruction shall be integrated into an existing required course, such as health education or another course deemed appropriate by the charter school's board.

    Charter schools shall update their school's website before the start of each school year with the social and emotional learning curricula, programming, and activities utilized in the school.

Beginning with the start of the 2024-2025 school year, charter schools shall adopt social and emotional learning curricula, programming and/or activities to implement in their schools.

4. Dating Violence Education

   Pursuant to La. Rev. Stat. Ann. §17:81(T), students in grades seven through twelve enrolled in health education age- and grade-appropriate classroom instruction relative to dating violence. Such instruction shall include but need not be limited to providing students with the following information: (a) The definition of "dating violence", which is a pattern of behavior where one person threatens to use, or actually uses, physical, sexual, verbal, or emotional abuse to control a dating partner; (b) dating violence warning signs; (c) characteristics of healthy relationships.

   Charter schools enrolling students in grades seven through twelve shall:

   A. At the beginning of each school year, provide instruction to all school employees having contact with students in such grades relative to the definition of dating violence, dating violence warning signs, and how to properly address suspected or reported dating violence involving students, including but not limited to counseling and notification of law enforcement, and provide information relative to dating violence to the parents of students in such grades.

   B. Include in student codes of conduct the definition of dating violence, dating violence warning signs, and instructions for reporting or seeking help relative to dating violence.

   C. Collect data relative to the number of incidents of dating violence reported to school employees and the actions taken by school employees to assist victims of dating violence.

   The Louisiana Coalition Against Domestic Violation has curriculum resources available which schools may utilize to satisfy this section.

5. Superintendent's Report to the Board

   In the spring of each school year, the Superintendent shall make a report at a meeting of the School Board that shall include but need not be limited to the school district's engagement with schools related to student safety and well-being, the compliance of each charter school with the requirements of this policy, aggregate data relative to violence in our school system, any recommendations for reducing violence among students, the number of mental health providers at each charter school, and compliance with La. Rev. Stat. Ann. §17:3996(B)(4) (in-service training regarding suicide prevention pursuant to La. Rev. Stat. Ann. §17:437.1), La. Rev. Stat. Ann. §17:3996 (B)(21) (electronic communication by an employee at a school to a student enrolled at that school, La. Rev. Stat. Ann. §17:81(Q)), La. Rev. Stat. Ann. §17:3996 (B)(30) ((30) Teaching regarding Internet and cell phone safety, La. Rev. Stat. Ann. §17:280), La. Rev. Stat. Ann. §17:3996 (B)(32) ((32) Procedures on bullying pursuant to La. Rev. Stat. Ann. §17:416.14), La. Rev. Stat. Ann. §17:3996 (B)(33) ((33) School crisis management and response plans, La. Rev. Stat. Ann. §17:416.16) and La. Rev. Stat. Ann. §17:3996 (B)(57) ((57) Youth suicide prevention programs, La. Rev. Stat. Ann. §17:282.4).

6. Annual Meeting

   On an annual basis, the School District shall coordinate a meeting of school leaders, families, and key stakeholders identified by the Superintendent, to discuss and address issues related to student safety and well-being.

New policy:   August 17, 2023

Ref:   Board minutes, 8-17-23

Orleans Parish School Board

ROAKE-018-G-000003