# Exhibit 18-H

Case 2:24-cv-06054-JTM-DPC   Document 4-69   09/01/24   Page 2 of 5

FILE:  BBC
Cf:  **AB**, **ABC**, **BCBB**
Cf:  **BCBG**, **BCBI**, **BCBK**, **BD**

# SCHOOL BOARD COMMITTEES

STANDING COMMITTEES

The Orleans Parish School Board shall be authorized to create standing School Board committees to be charged with deliberations of certain issues as deemed necessary.  The President shall appoint members with the approval of a *majority of the School Board present and voting*.  Such committees shall be composed of members of the School Board whose chairperson shall be appointed by the President and whose membership terms shall coincide with the President's term.

Committees shall have deliberative and recommending powers *only*.  A committee shall consider only those items referred to it by a School Board member, by the Superintendent and/or designee, or by formal School Board action.  All items on which a vote is be taken during a board meeting must first be considered during the same month's respective committee meeting, whenever possible.  School Board meeting agendas will specifically identify items that have not been considered previously at a committee meeting the same month.  No School Board member shall be denied the right to have an item placed on a committee agenda when the member has submitted the item to the board the Superintendent no later than forty-eight (48) hours preceding the distribution of the public notice for the committee meeting and agenda.

A committee shall consider only those items that fall within the committee's scope of duties.  The Superintendent, in consultation with the President, shall ensure that items are placed on the appropriate committee agenda.  If an item does not fall squarely within the scope of a particular committee, the School Board President, in consultation with the General Counsel, shall determine which committee shall consider the item.  Committees shall meet regularly and report their findings and recommendations to the School Board for approval.

The President of the School Board shall be an ex-officio voting member and the Superintendent shall be an ex-officio non-voting member of all committees.

Accountability and Charters Committee

The scope of the duties of the *Accountability and Charters Committee* shall include, but not be limited to:

1. Develop School Board academic goals;

2. Oversee development of the student handbook;

3. Coordinate School Board's accountability in compliance with policies of the Louisiana Board of Elementary and Secondary Education;

4. Assure a progressive curriculum that meets state guidelines and School Board goals;

5. Oversee teacher certification;

6. Assure School Board compliance with academic and legal standards;



ROAKE-018-H-000001

8/20/24, 2:55 PM  Case 2:24-cv-00517-JTM-DPC   Document 84-69   09/01/24   Page 3 of 5
                 Case 2:24-cv-00517-WBV-DPC   Document 46-9    08/21/24   Page 2 of 4
BBCx-20 School Board Committees

7. Oversee district academic performance;

8. Assure charter agreements compliance;

9. Assure charter mandate compliance; and

10. Assure charter fiscal accountability.

Budget and Finance Committee

The scope of the duties of the Budget and Finance Committee shall include, but not be limited to:

1. Ensure that the fiscal operations of the School Board are in accordance with generally accepted governmental accounting principles and pursuant to the best practices for fiscal integrity and accountability for public school districts, and more particularly as relates to:

   A. Payment of debt;
   B. Capital funds;
   C. Investments;
   D. Receipt of revenues due; and
   E. Disbursements of revenues.

2. Evaluate School Board financial and operational functions and performance, including but not limited to:

   A. Employee salaries and benefits;
   B. Safety and risk management;
   C. Insurance;
   D. Opportunities to increase financial assets;
   E. Legal settlements and obligations;
   F. Purchasing; and
   G. Audit advisory.

Legal Committee and Legislative Committee

The scope and duties of the Legal Committee shall include, but not be limited to:

1. Ensure that the operations of the School Board are in accordance with current legal standards and pursuant to best practices for legal representation of public school districts as relates to litigation and federal and state compliance.

2. Evaluate and act upon the recommendations of the General Counsel relative to legal agreements, including but not limited to:

   A. Contracts;
   B. Cooperative Endeavor Agreements;
   C. Memoranda of Understanding; and
   D. Charter Agreements.

3. Oversee legal matters relative to Charter Schools, to include:

   A. Evaluate and act upon the recommendations of the Superintendent relative to the interpretation, enforcement, renewal and extension of *Charter Operating Agreements;*

   B. Evaluate and act upon the recommendations of the Superintendent relative to the review, negotiation, and enforcement of contracts for services with charter schools, such as transportation, information technology and food service;

   C. Evaluate and act upon the recommendations of the Superintendent relative to federal and/or state legislation and regulations relative to charter schools; and

   D. Review and recommend to the School Board matters relative to charter school disputes and negotiations.

4. Initiate and recommend new legislation or amendments to existing legislation for the benefit of the school system.

5. Review, analyze, and recommend a position on legislative initiatives that may impact the school system.

6. Oversee lobbying activities as necessary to ensure communication of the School Board's position on legislative matters to legislators and stakeholders.

Policy Committee

The scope of the duties of the Policy Committee shall include, but not be limited to:

1. Develop and review policies of the School Board to ensure compliance with all legal and operational requirements;

2. Initiate and direct the process to apportion School Board election districts.

Property Committee

The scope of the duties of the Property Committee shall include, but not be limited to:

1. Review construction contracts proposed by the Superintendent and staff;

2. Assure legal and efficient execution of construction agreements;

3. Initiate and review disposal and/or acquisition of property and real estate; and

4. Initiate and/or review plans for capital improvements, inclusive of the *School Facilities Master Plan for Orleans Parish*, and ensure the equitable use of all school buildings under School Board control.

COMMITTEE OF THE WHOLE

The School Board shall constitute itself as a Committee of the Whole to consider the following items:

1. Adoption of School Board vision or priorities;

2. Approval of district strategic plan;

3. Appointment of School Board Counsel, subject to the executive session provisions of the Open Meetings Law; and

4. Superintendent's appointment, annual evaluation, or other actions related to the Superintendent's contract, subject to the executive session provisions of the Open Meetings Law.

The President may also convene a Committee of the Whole in lieu of separate committee meetings, whenever necessary.

When the School Board convenes itself as a Committee of the Whole, it has no greater authority than a regular committee. The President presides over the meeting. Votes are not final, and Committee of the Whole actions are considered to be recommendations from the committee to the School Board.

## SPECIAL COMMITTEES

Other special committees may from time to time be appointed by the President or School Board to study specific issues. The membership of any special committee need not be restricted to members of the School Board, but may include such persons who may have knowledge or interest in the subject studied. Special committees shall report their findings to the School Board.

## COMMITTEE MEETINGS

The agenda, time and date of committee meetings shall be set by the Committee Chairperson in consultation with the Superintendent and the School Board President. A committee may not take up a matter not on the agenda except by ***unanimous approval of the members present*** at the meeting.

All School Board committee meetings shall be subject to the same statutory provisions as regular and special meetings of the School Board. As such, all committee meetings shall be advertised according to state statutes and School Board policy and shall be open to the public, except in those instances allowed as provided by state law. *A majority of the committee membership* shall constitute a quorum for purposes of making recommendations. Only appointed members of the Committee shall be allowed to vote on items submitted for its consideration and approval.

Minutes shall be taken of the proceedings of all committee meetings.

A public comment period shall be held before any vote is taken by the committee on an agenda item, in accordance with policy *BCBI, Public Participation in School Board Meetings*. A public comment period shall also be held during committees for first readings of policies, as provided for in policy *BD, School Board Policy*.

Revised: November 19, 2020


Ref:    La. Rev. Stat. Ann. §§17:55, 17:81, 42:19
        Board minutes, 11-19-20

Orleans Parish School Board

ROAKE-018-H-000004