## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**REVEREND DARCY ROAKE and**
**ADRIAN VAN YOUNG, on behalf of**
**themselves and on behalf of their minor**
**children, A.V. and S.V., et al.**

**CIVIL ACTION NO.  3:24-cv-0517**

**VERSUS**

**JUDGE:**
**JOHN W. DEGRAVELLES**

**CADE BRUMLEY, in his official**
**capacity as the Louisiana State**
**Superintendent of Education, et al.**

**MAGISTRATE JUDGE:**
**SCOTT D. JOHNSON**

## NOTICE OF APPEAL

Pursuant to Federal Rule of Appellate Procedure 3(a), Defendant Orleans Parish School

Board ("Defendant") hereby appeals to the United States Court of Appeals for the Fifth Circuit the

Court's November 12, 2024 Ruling and Order (Rec. Doc. 86) denying Defendant's Motion to

Dismiss (Rec. Doc. 38) and granting Plaintiffs' Motion for Preliminary Injunction (Rec. Doc. 20).

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:  */s/ Dan Zimmerman*
       Rebecca Sha (Bar #35317)
       Dan Zimmerman (Bar #2202)
       Canal Place | 365 Canal Street, Suite 2000
       New Orleans, Louisiana 70130
       Telephone: 504 566 1311
       Facsimile: 504 568 9130
       Email: rebecca.sha@phelps.com
       Email: zimmermd@phelps.com

**ATTORNEYS FOR DEFENDANT**
**ORLEANS PARISH SCHOOL BOARD**