# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 20, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

     No. 24-30779    Orleans Parish Sch Bd v. Roake
                     USDC No. 3:24-CV-517

Enclosed is an order entered in this case.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Sean Hannan, Deputy Clerk
                    504-310-7702

Ms. Nora Ahmed
Mr. Patrick Elliott
Mr. Samuel Troxell Grover
Mr. Alex J. Luchenitser
Mr. Daniel Mach
Mr. Michael L. McConnell
Ms. Caroline Perlis
Mr. Charles Andrew Perry
Ms. Rebecca Sha
Ms. Heather Weaver
Mr. Jonathan K. Youngwood

# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

May 20, 2026

Lyle W. Cayce
Clerk

No. 24-30779

---

Darcy Roake, Reverend, on behalf themselves and *on behalf of their minor children*, real party in interest A.V., real party in interest S.V.; Adrian Van Young, *on behalf of themselves and on behalf of their minor children*, real party inf interest A.V., real party in interest S.V.; Mamie Broadhurst, Reverend; on behalf of themselves and on behalf of their minor child, real party in interest N.W.; Richard Williams, Reverend; on behalf of themselves and on behalf of their minor child, real party in interest N.W.; Jeff Sims, Reverend; on behalf of himself and on behalf of his minor children, real party in interest A.S., real party in interest C.S. 1, real party in interest C.S. 2; Jennifer Harding, *on behalf of themselves and on behalf of their minor child*, real party in interest A.O.; Benjamin Owens, *on behalf of themselves and on behalf of their minor child*, real party in interest A.O.; David Hawley, *on behalf of themselves and on behalf of their minor children* real party in interest A.H., real party in interest L.H.; Erin Hawley, *on behalf of themselves and on behalf of their minor children*, real party in interest A.H, real party in interest L.H.; Dustin McCrory, *on behalf of themselves and on behalf of his minor children*, real party in interest E.M.; real party in interest P.M., real party in interest L.M.; Gary Sernovitz, *on behalf of themselves and on behalf of their minor child*, real party in interest T.S.; Molly Pulda, *on behalf of themselves and on behalf of their minor child*. real party in interest T.S.; Christy Alkire, *on behalf of herself and on hehalf of her minor child*, real party in interest L.A.; Joshua Herlands, *on behalf of himself and on behalf of his minor children*, real party in interest E.H., real party in interest J.H.,

No. 24-30779

*Plaintiffs—Appellees*,

*versus*

ORLEANS PARISH SCHOOL BOARD,

*Defendant—Appellant*.

---

Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 3:24-CV-517

---

ORDER:

     IT IS ORDERED that the Appellant's motion to stay the case in this court is GRANTED.


           */s/ Priscilla Richman*
           PRISCILLA RICHMAN
           *United States Circuit Judge*